| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Richards Conditioning Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**13-1727303** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**70 Marbledale Road**<br>**Tuckahoe, NY**<br>ZIP Code **10707** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Westchester** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9      of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13     of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,    ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as      business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information**<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Richards Conditioning Corp.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Richards Conditioning Corp.**

### Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
 Signature of Debtor

X _____
 Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
 Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
 Signature of Foreign Representative

_____
 Printed Name of Foreign Representative

_____
 Date

**Signature of Attorney***

X **/s/ Anne Penachio**
 Signature of Attorney for Debtor(s)

 **Anne Penachio AJP-9721**
 Printed Name of Attorney for Debtor(s)

 **Penachio Malara LLP**
 Firm Name

 **235 Main Street**
 **White Plains, NY 10601**

_____
 Address

 **Email: apenachio@pmlawllp.com**
 **(914) 946-2889  Fax: (914) 946-2882**
 Telephone Number

 **April  5, 2009**
 Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Martin M. Hopwood, Jr.**
 Signature of Authorized Individual

 **Martin M. Hopwood, Jr.**
 Printed Name of Authorized Individual

 **Sr. Vice President/CEO**
 Title of Authorized Individual

 **April  5, 2009**
 Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
 Address

X _____

_____
 Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Southern District of New York

In re    **Richards Conditioning Corp.**                                    Case No. _____

                                              Debtor(s)          Chapter      **11**   _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Alfa Piping Corp.**<br>**57-12 Grand Avenue**<br>**Maspeth, NY 11378** | **Alfa Piping Corp.**<br>**57-12 Grand Avenue**<br>**Maspeth, NY 11378**<br>**718-381-2525** | **Trade Debt** | | **135,000.00** |
| **All Points Capital Corp**<br>**275 Broad Hollow Road**<br>**Melville, NY 11747** | **All Points Capital Corp**<br>**275 Broad Hollow Road**<br>**Melville, NY 11747** | **Lease** | | **200,000.00**<br><br>**(0.00 secured)** |
| **Automated Control Logic**<br>**578 Commerce Street**<br>**Thornwood, NY 10594** | **Automated Control Logic**<br>**578 Commerce Street**<br>**Thornwood, NY 10594**<br>**914-769-8800** | **Trade Debt** | | **108,595.69** |
| **Benfield Electric**<br>**25 Lafayette Avenue**<br>**Ardsley On Hudson, NY 10503** | **Benfield Electric**<br>**25 Lafayette Avenue**<br>**Ardsley On Hudson, NY 10503**<br>**914-948-3231** | **Trade Debt** | | **102,398.00** |
| **Broad USA Inc.**<br>**401 Hackensack Avenue**<br>**Suite 503**<br>**Hackensack, NJ 07601** | **Broad USA Inc.**<br>**401 Hackensack Avenue**<br>**Hackensack, NJ 07601**<br>**201-678-3010** | **Trade Debt** | | **290,000.00** |
| **Buckley Assoc., Inc.**<br>**15 Progress Circle**<br>**Newington, CT 06111** | **Buckley Assoc., Inc.**<br>**15 Progress Circle**<br>**Newington, CT 06111**<br>**781-878-5000** | **Trade Debt** | | **103,614.00** |
| **Carrier Northeast**<br>**175 Central Avenue**<br>**Suite 300**<br>**Farmingdale, NY 11735** | **Carrier Northeast**<br>**175 Central Avenue**<br>**Farmingdale, NY 11735** | **Trade Debt** | | **161,643.00** |
| **CT Pipe Trades Benefit Fund**<br>**Funds Administration, Inc.**<br>**1155 Silas Deane Hgway**<br>**Manchester, CT 06040** | **CT Pipe Trades Benefit Fund**<br>**1155 Silas Deane Hgway**<br>**Manchester, CT 06040**<br>**860-571-9191** | **Trade Debt/Union** | | **87,764.00** |
| **Elite Contractors Trust of NY**<br>**PO Box 1642**<br>**Albany, NY 12201-1642** | **Elite Contractors Trust of NY**<br>**PO Box 1642**<br>**Albany, NY 12201-1642** | **Trade Debt** | | **87,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  __Richards Conditioning Corp.__                          Case No. _____

                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| FW Sims, Inc.<br>101 Otis St.<br>West Babylon, NY 11704 | FW Sims, Inc.<br>101 Otis St.<br>West Babylon, NY 11704 | Trade Debt | | 284,626.92 |
| Galasso Trucking & Rigging<br>2 Galasso Place<br>Maspeth, NY 11378 | Galasso Trucking & Rigging<br>2 Galasso Place<br>Maspeth, NY 11378<br>718-456-1800 | Trade Debt | | 126,100.00 |
| Gilmour Supply Co.<br>152 Forty First Street<br>Brooklyn, NY 11232 | Gilmour Supply Co.<br>152 Forty First Street<br>Brooklyn, NY 11232<br>914-662-2900 | Trade Debt | | 127,614.00 |
| Internal Revenue Service<br>IRS Insolvency Group 4<br>Stop 5th Floor<br>New York, NY 10007 | Internal Revenue Service<br>IRS Insolvency Group 4-5th Fl<br>New York, NY 10007 | Taxes | Unliquidated | 1,000,000.00 |
| Local Union 28<br>500 Greenwich Street<br>New York, NY 10013 | Local Union 28<br>500 Greenwich Street<br>New York, NY 10013<br>212-941-7700 | Trade Debt/Union | Unliquidated | 265,000.00 |
| Nelson Air Device<br>46-14 54th Avenue<br>Maspeth, NY 11378 | Nelson Air Device<br>46-14 54th Avenue<br>Maspeth, NY 11378<br>718-729-3800 | Trade Debt | | 220,607.00 |
| New York State Tax Comm<br>P.O. Box 5149<br>Albany, NY 12205 | New York State Tax Comm<br>P.O. Box 5149<br>Albany, NY 12205 | Taxes | Unliquidated | 100,000.00 |
| Shelter Rock Contracting<br>96 Lakeville Road<br>New Hyde Park, NY 11040 | Shelter Rock Contracting<br>96 Lakeville Road<br>New Hyde Park, NY 11040<br>516-3589700 | Trade Debt | | 167,156.68 |
| Siemens Building Tech.<br>19 Chapin Rd<br>Haledon, NJ 07508 | Siemens Building Tech.<br>19 Chapin Rd<br>Haledon, NJ 07508<br>860-635-4113 | Trade Debt | | 806,839.00 |
| Summit HVAC Mechanical<br>266 E. 239th St.<br>Bronx, NY 10470 | Summit HVAC Mechanical<br>266 E. 239th St.<br>Bronx, NY 10470<br>718-231-8249 | Trade Debt | | 192,000.00 |
| The Hartford Insurance<br>P.O. Box 2907<br>Hartford, CT 06104 | The Hartford Insurance<br>P.O. Box 2907<br>Hartford, CT 06104 | Claim for Workers Comp. - Disputed | Disputed | 80,000.00 |

In re    **Richards Conditioning Corp.**                                                Case No. _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the Sr. Vice President/CEO of the corporation named as the debtor in this case, declare under penalty of perjury
that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date   **April 5, 2009**                                Signature    **/s/ Martin M. Hopwood, Jr.**
                                                                     **Martin M. Hopwood, Jr.**
                                                                     **Sr. Vice President/CEO**


 *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

In re    __Richards Conditioning Corp.__       Case No. _____

                            Debtor(s)       Chapter    __11__

# VERIFICATION OF CREDITOR MATRIX

I, the Sr. Vice President/CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __April 5, 2009__          __/s/ Martin M. Hopwood, Jr.__

                                         **Martin M. Hopwood, Jr./Sr. Vice President/CEO**
                                         Signer/Title

A & A CRANES
688-700 N. WASHINGTON AVE.
BRIDGEPORT, CT 06604


A & C/ FURIA ELECTRIC MOTORS
75 LAFAYETTE AVENUE
WHITE PLAINS, NY 10603


A & P TOWING & TRANSPORT
29 N. WATER STREET
OSSINING, NY 10562


AAF INTERNATIONAL
PO BOX 828436
PHILADELPHIA, PA 19182-8436


ABCO REFRIGERATION
49-70 31ST STREET
LONG ISLAND CITY, NY 11101-3193


ACCORD PIPE FABRICATORS
92-26 180TH STREET
JAMAICA, NY 11433


ADE SYSTEMS, INC.
19 WILBUR STREET
LYNBROOK, NY 11562


AEF SALES ENGINEERING
PO BOX 295
MAMARONECK, NY 10543


AIR-MAC
2 EDNA STREET
PO BOX 430
BEDFORD HILLS, NY 10507


AIRCONTROL SUPPLY
1580 LAKELAND AVENUE
BOHEMIA, NY 11716


AIRGAS EAST
PO BOX 827049
PHILADELPHIA, PA 19182-7049

ALFA PIPING CORP.
57-12 GRAND AVENUE
MASPETH, NY 11378


ALL POINTS CAPITAL CORP
275 BROAD HOLLOW ROAD
MELVILLE, NY 11747


ALL-WELD PRODUCTS
15 HAYES STREET
ELMSFORD, NY 10523


ALPHIL SPOT WELDER MANUFACT'G
PO BOX 1217
MANHASSET, NY 11030


AMERICAN EXPRESS
2965 W. CORPORATE LAKES BLVD.
FORT LAUDERDALE, FL 33310


AMERICAN EXPRESS
P.O. BOX 360002
FT. LAUDERDALE, FL 33336-0002


AMERICAN EXPRESS
P.O. BOX 2855
NEW YORK, NY 10116-2855


AMERICAN PROMARK
4891 NW 103RD AVENUE
SUITE 11 D
FORT LAUDERDALE, FL 33351


ARCH
PO BOX 4062
WOBURN, MA 01888-4062


ASBESTOS WORKERS LOCAL 33
616 SOUTH COLONY ROAD
WALLINGFORD, CT 06492


ASBESTOS WORKERS LOCAL 91
DUES & ADMIN FUND
1 CENTRAL AVE. - PO BOX 38
TARRYTOWN, NY 10591

ASBESTOS WORKERS LU #33
616 COLONY ROAD
WALLINGFORD, CT 06492


ASEBESTOS WORKERS LOCAL 91
3161 ALBANY POST ROAD
BUCHANAN, NY 10511


AUDI FINANCIAL
PO BOX 7247-0136
PHILADELPHIA, PA 19170-0136


AUTOMATED BUILDING SYSTEMS
13650 IMPERIAL HWY
UNIT 12
SANTA FE SPRINGS, CA 90670


AUTOMATED CONTROL LOGIC
578 COMMERCE STREET
THORNWOOD, NY 10594


BALTIMORE AIRCOIL CO.
12259 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


BANK OF AMERCIA
PO BOX 15726
WILMINGTON, DE 19886-5726


BANK OF AMERICA
PO BOX 15726
WILMINGTON, DE 19886-5726


BARDON INDUSTRIES, INC.
3399 SOUTH COUNTY TRAIL
PO BOX 1657
EAST GREENWICH, RI 02818


BAXTER RUBBER CO.
10 SPIELMAN ROAD
FAIRFIELD, NJ 07004


BENFIELD ELECTRIC
25 LAFAYETTE AVENUE
ARDSLEY ON HUDSON, NY 10503

BETTER AIR QUALITY
PO BOX 50000
566 FERRY STREET
NEWARK, NJ 07105


BMW FINANCIAL SERVICES
5515 PARKCENTER CIRCLE
DUBLIN, OH 43017


BP INDEPENDENT REPOGRAPHICS
853 BROADWAY
NEW YORK, NY 10003


BRIAN HOPWOOD
105 TULLAMORE ROAD
GARDEN CITY, NY 11530


BROAD USA INC.
401 HACKENSACK AVENUE
SUITE 503
HACKENSACK, NJ 07601


BROTHERS SUPPLY CO.
34-38 31ST STREET
ASTORIA, NY 11106


BUCKLEY ASSOC., INC.
15 PROGRESS CIRCLE
NEWINGTON, CT 06111


BUILDING TRADES ASSOC.
630 THIRD AVENUE
7TH FLOOR
NEW YORK, NY 10017


CANON FINANCIAL SERVICES
PO BOX 4004
CAROL STREAM, IL 60197-4004


CAPE SALES
107 SCHOOLHOUSE ROAD
SUITE 107
SPRING VALLEY, NY 10977

CARDINAL TANK CORP.
700 HICKS STREET
BROOKLYN, NY 11231


CARNES COMPANY
PO BOX 689861
MILWAUKEE, WI 53268-9861


CARRIER NORTHEAST
175 CENTRAL AVENUE
SUITE 300
FARMINGDALE, NY 11735


CARTRIDGE WORLD
339 MAMARONECK AVENUE
WHITE PLAINS, NY 10605


CENTRAL PLUMBING
550 SAW MILL RIVER ROAD
YONKERS, NY 10701


CERCO PRODUCTS
115 AMFESCO DRIVE
PLAINVIEW, NY 11803


CHASE AUTO FINANCE
PO BOX 78101
PHOENIX, AZ 85062-8101


CINTAS CORP.
RTE 22
PO BOX 10
BREWSTER, NY 10509


CITICARD
BOX 6500
SIOUX FALLS, SD 57117


CLEAVER-BROOKS
11950 WEST LAKE PARK DRIVE
MILWAUKEE, WI 53224


COLONIAL HARDWARD
PO BOX 822799
PHILADELPHIA, PA 19182-2799

COLONY HARDWARE SUPPLY
15 STILES STREET
EAST HAVEN, CT 06512


COMMERCIAL HEATING SUPPLY
25 RACHEL DRIVE
PO BOX 432
STRATFORD, CT 06615-0432


COMMISSIONER REVENUE SERVICES
DEPARTMENT OF REVENUE SERVICES
PO BOX 2974
HARTFORD, CT 06104-2974


CONNECTICUT HEATING & COOLING
5 YORKSHIRE DRIVE
HARTFORD, CT 06144


CONSOLIDATED PLUMBING & SUPPLY
121 STEVENS AVENUE
MOUNT VERNON, NY 10550


CORNELY BROTHERS, INC.
62 WEST 1ST STREET
MOUNT VERNON, NY 10550


COUNTY REPRODUCTIONS, INC.
32 BELDEN STREET
STAMFORD, CT 06902


CT PIPE TRADES BENEFIT FUND
FUNDS ADMINISTRATION, INC.
1155 SILAS DEANE HGWAY
MANCHESTER, CT 06040


CT PLUMBERS & PIPEFITTERS
NATIONAL PENSION FUND
PO BOX 62031
BALTIMORE, MD 21264


CT TREASURER'S OFFICE
165 CAPITOL AVENUE - 5TH FLOOR
HARTFORD, CT 06102

CURTIS EAST
61A AERO DRIVE
BUFFALO, NY 14225


DAVIS & WARSHAW, INC.
PO BOX 35619
NEWARK, NJ 07193-5619


DC TRUCK FINANCIAL
PO BOX 3288
MILWAUKEE, WI 53201-3288


DELL FINANCIAL SERVICES
PAYMENT PROCESSING CENTER
P.O. BOX 5292
CAROL STREAM, IL 60197-5292


DISCOVER BUSINESS CARD
PO BOX 7104
CHARLOTTE, NC 28272-1084


DO NOT USE MARKETING SERVICE
1175 LEGGETT AVENUE
BRONX, NY 10474


EASCO BOILER CORP
1175 LEGGETT AVENUE
BRONX, NY 10474


EAST COAST FILTER SALES
PO BOX 2049
SAINT JAMES, NY 11780


EASTCHESTER SERVICE STA.
407 WHITE PLAINS ROAD
EASTCHESTER, NY 10709


EASTCHESTER TOWN COURT
40 MILL ROAD
EASTCHESTER, NY 10709


EASTERN CONCRETE CUTTING
37-21 39TH STREET
LONG ISLAND CITY, NY 11101

```
ELECK & SALVATO ELECTRIC
4 FITCH STREET
NORWALK, CT 06855


ELITE CONTRACTORS TRUST OF NY
PO BOX 1642
ALBANY, NY 12201-1642


EMPIRE DISTRIBUTORS & ASSOC.
100-A BRENNER DRIVE
CONGERS, NY 10920


EMPIRE FORKLIFT
PO BOX 108
BLOOMINGBURG, NY 12721


ENGINEERS LOCAL UNION 30
115-10 MYRTLE AVENUE
RICHMOND HILL, NY 11418


EXPOCREDIT CORP.
1201 BRICKELL AVENUE - STE 210
MIAMI, FL 33131


FEDERAL EXPRESS
PO BOX 371461
PITTSBURGH, PA 15250-7461


FJ SCIAME CO.
14 WALL STREET
NEW YORK, NY 10005


FLEET PUMP AND SERVICE GROUP
55 CALVERT ST.
PO BOX 616
HARRISON, NY 10529


FORD CREDIT
PO BOX 220564
PITTSBURGH, PA 15257-2564


FORD MOTOR CREDIT
P.O. BOX 220555
PITTSBURGH, PA 15257-2555
```

FORT LEE SAVINGS BANK
817 ABBOT BLVD
FORT LEE, NJ 07024


FRANK TRACY/DVI. OF N SID
309-317 MORGAN AVENUE
BROOKLYN, NY 11211


FRED BURACK CO., INC.
15 PURITAN ROAD
RYE, NY 10580


FULL SPECTRUM SOLUTIONS
4500 PARK GRANDA
CALABASAS, CA 91302


FW SIMS, INC.
101 OTIS ST.
WEST BABYLON, NY 11704


GALASSO TRUCKING & RIGGING
2 GALASSO PLACE
MASPETH, NY 11378


GE BETZ, INC.
7796 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0077


GE CAPITAL
PO BOX 642111
PITTSBURGH, PA 15264-2111


GEA PHE SYSTEMS NA
100 GEA DRIVE
YORK, PA 17406


GENERAL INSULATION CO.
PO BOX 951892
DALLAS, TX 75395-1892


GIL BAR INDUS.
5 WEST 19TH STREET
NEW YORK, NY 10011

GILMOUR SUPPLY CO.
152 FORTY FIRST STREET
BROOKLYN, NY 11232


GOODMAN CO. LP
PO BOX 203071
HOUSTON, TX 77216-3071


GREENHECK
BIN 145
MILWAUKEE, WI 53288-0145


H. WEISS MACHINERY & SUPPLY
344 COSTER ST
BRONX, NY 10474


HAIER NY LLC
1356 BROADWAY
NEW YORK, NY 10018


HARRY BRAINUM JR., INC.
300 MCGUINNESS BLVD.
BROOKLYN, NY 11222


HARTFORD GROUP BENEFITS DIV
PO BOX 8500-3690
PHILADELPHIA, PA 19178-3690


HILTI, INC.
PO BOX 382002
PITTSBURGH, PA 15250-8002


HUDSON VALLEY BANK
35 E. GRASSY SPRAIN RD.
YONKERS, NY 10710


HVP LEASING CORP
PO BOX 7011
CENTUCK STA
YONKERS, NY 10710


I & I SYSTEMS, INC.
66 TABLE ROCK ROAD
TUXEDO PARK, NY 10987

ICW
PO BOX 847
BRONX, NY 10457


IJA BUSINESS SERVICES, LLC
68A MOUNTAIN AVENUE
SOMERVILLE, NJ 08876


IMPERIAL DAMPER & LOUVER, LLC
4228-38 PARK AVENUE
BRONX, NY 10457


INDOOR ENVIRONMENTAL SOLUTIONS
3276 SPENCER DRIVE
BRONX, NY 10465


INDUSTRIAL LADDER & SUPPLY
10611-C IRON BRIDGE ROAD
JESSUP, MD 20794


INDUSTRIAL THREATED PRODUCTS
55 PENATAQUIT AVENUE
BAY SHORE, NY 11706


INGERSOL-RAND FINANCIAL
P.O. BOX 6229
CAROL STREAM, IL 60197


INSULATION INDUSTRY
PROMOTIONAL FUND
25-19 43RD AVENUE
LONG ISLAND CITY, NY 11101-4208


INTELICAD
PLASMA AUTOMATION
1801 ARTIC AVENUE
BOHEMIA, NY 11716


INTERNAL REVENUE  SERVICE
IRS INSOLVENCY GROUP 4
STOP 5TH FLOOR
NEW YORK, NY 10007

```
J BASS & SONS, INC.
9-11 CARELTON AVENUE
MOUNT VERNON, NY 10550


JEFF DIORIO
39 MCLAUGHLIN DR.
MAHOPAC, NY 10541


JOHNSON CONTROLS, INC.
PO BOX 905240
CHARLOTTE, NC 28290-5240


JOHNSTON SUPPLY OF WP
66 BROCKWAY PLACE
WHITE PLAINS, NY 10601


JT LYNN REPS, INC.
ONE WESTCHESTER PLAZA
SUITE 145
ELMSFORD, NY 10523


KENT SUPPLY
201 FERRIS AVENUE
WHITE PLAINS, NY 10603


L & M DIST.
80 MARBLEDALE ROAD
TUCKAHOE, NY 10707


LAWRENCE HOPWOOD
47 STURGIS ROAD
BRONXVILLE, NY 10708


LEAF FINANCIAL CORP.
1845 WALNUT STREET
SUITE 1000
PHILADELPHIA, PA 19103


LEAF FUNDING
PO BOX 643172
CINCINNATI, OH 45264
```

```
LEAF FUNDING,INC.
1818 MARKET STREET
9TH FLOOR
PHILADELPHIA, PA 19103


LEXUS FINANCIAL
PO BOX 17187
BALTIMORE, MD 21297-0511


LIEBERT CORP.
PO BOX 70474
CHICAGO, IL 06073


LM ELECTRIC, INC.
258 MILLARD AVENUE
TARRYTOWN, NY 10591


LOCAL 21
16 LOCKWOOD AVENUE
YONKERS, NY 10701


LOCAL 21 ADMINISTRATION
1024 MCKINLEY STREET
PEEKSKILL, NY 10566


LOCAL 38


LOCAL 777
1250 EAST MAIN STREET
MERIDEN, CT 06450


LOCAL UNION 28
500 GREENWICH STREET
NEW YORK, NY 10013


M-CORE CREDIT CORP.
21 PAR ROAD
SUFFERN, NY 10901-3937


MAJESTIC INS.
DEPT. 33417
PO BOX 39000
SAN FRANCISCO, CA 94139-3417
```

```
MANIFEST FUNDING
PO BOX 790448
SAINT LOUIS, MO 63179-0448


MARKS O'NEILL O'BRIEN ET AL
530 SAW MILL RIVER ROAD
ELMSFORD, NY 10523


MARTIN M. HOPWOOD
2 STONELEIGH PLAZA
BRONXVILLE, NY 10708


MARTIN M. HOPWOOD, JR.
105 TULLAMORE ROAD
GARDEN CITY, NY 11530


MASON-MERCER
PO BOX 410
SMITHTOWN, NY 11787-0410


MAYER MALBIN CO.
41-01 36TH AVENUE
LONG ISLAND CITY, NY 11101


MCKINNEY WELDING SUPPLY CO.
535 W. 52ND ST.
NEW YORK, NY 10019


MCMASTER-CARR SUPPLY
PO BOX 7690
CHICAGO, IL 60680-7690


MCQUAY INTERNATIONAL
PO BOX 828451
PHILADELPHIA, PA 19182-8451


MILLER PROCTOR NICKOLAS, INC.
2 HUDSON STREET
TARRYTOWN, NY 10591


MINUTEMAN PRESS
1299 NORTH AVENUE
NEW ROCHELLE, NY 10804
```

```
MOUNT VERNON IRON WORKS
PO BOX 3009
MOUNT VERNON, NY 10553-3009


MOVEX, INC.
5966 KEYSTONE DRIVE
BATH, PA 18014


MV CONTROLS, INC.
111 CANFIELD AVENUE
SUITE A-13
RANDOLPH, NJ 07869


NANDA'S FLOWER SHOP
1773 CENTRAL PARK AVENUE
YONKERS, NY 10710


NAPCO COPY GRAPHICS CENTER
PO BOX 234
LYNDHURST, NJ 07071


NATIONAL COMPRESSOR EXCHANGE
75 ONDERDONK AVENUE
RIDGEWOOD, NY 11385


NELSON AIR DEVICE
46-14 54TH AVENUE
MASPETH, NY 11378


NES RENTALS
PO BOX 8500-1226
PHILADELPHIA, PA 19178-1226


NEW YORK LADDER & SCAFFOLD
PO BOX 847
YONKERS, NY 10702


NEW YORK STATE
EMPLOYMENT TAXES
PO BOX 1119
BINGHAMTON, NY 13902-4127
```

```
NEW YORK STATE DEPT OF LABOR
UNEMPLOYMENT INS.
BLDG 12 - ROOM 256
ALBANY, NY 12240


NEW YORK STATE TAX COMM
P.O. BOX 5149
ALBANY, NY 12205


NEW YORK STATE TAX COMM
P.O. BOX 1250
NEW YORK, NY 10015-1250


NEW YORK STATE UNSURANCE FUND
WORKERS COMPENSATION
P.O. BOX 4788
SYRACUSE, NY 13221-4788


NORTHERN TEST & BALANCE CORP.
PO BOX 407
REDDING RIDGE, CT 06876


NOTIFY MD, INC.
318 SEABOARD LANE
STE 310
FRANKLIN, TN 37067


NY REPLACEMENTS PARTS
19 SCHOOL STREET
YONKERS, NY 10701


NY STATE INSURANCE FUND
110 WILLIAM STREET
NEW YORK, NY 10038


NYC DEPARTMENT OF FINANCE
P.O. BOX 5100
KINGSTON, NY 12402-5100


OLORI CRAN SERVICE, INC.
11 SEEGER DR.
NANUET, NY 10954
```

```
OXFORD HEALTH PLANS
PO BOX 1697
NEWARK, NJ 07101-1967


PACIFIC PLUMBING & HEATING
235 WESTPORT AVENUE
NORWALK, CT 06852


PELHAM LUMBER & MASON
437 FIFTH AVENUE
PELHAM, NY 10803


PEMCO
87 GOLDEN HILL ROAD
DANBURY, CT 06811


PITNEY BOWES GLOBAL FINANCIAL
PO BOX 856460
LOUISVILLE, KY 40285-6460


PLUMBERS & PIPEFITTERS
NATIONAL PENSION FUND
PO BOX 62031
BALTIMORE, MD 21264


POLARIS
28 MAY STREET
EDISON, NJ 08837


PREM-AIR
43-24 21ST STREET
LONG ISLAND CITY, NY 11101


PREPSTAR CARD INDUS., INC.
PO BOX 182
SAINTE GENEVIEVE, MO 63670


QUILL CORP.
PO BOX 94081
PALATINE, IL 60094-4081


RICHARD HOPWOOD
12 WESTWOOD DR.
HARRISON, NY 10528
```

ROCCO'S SERVICE CENTER
181 MARBLEDALE ROAD
TUCKAHOE, NY 10707


ROSENTHAL & ROSENTHAL, INC.
1370 BROADWAY
NEW YORK, NY 10018


ROVANCO PIPING
20535 SE FRONTAGE ROAD
JOLIET, IL 60431


SACHS PLUMBING SUPPLIES
200 RICHMIND HILL AVENUE
STAMFORD, CT 06902


SAGE CRE FORMS
PO BOX 230578
PORTLAND, OR 97281


SELECTIVE INSURANCE
PO BOX 371468
PITTSBURGH, PA 15250-7468


SHEET METAL & AIR CONDITIONING
NATIONAL ASSOC.
4201 LAFAYETTE CENTER DR.
CHANTILLY, VA 20151-1209


SHEET METAL INDUSTRY FUND NYC
16 COURT STREET
SUITE 2100
BROOKLYN, NY 11241


SHEET METAL WORKERS
NATIONAL PENSION FUND
601 N. FAIRFAX ST. #500
ALEXANDRIA, VA 22314-2075


SHEET METAL WORKERS FUND
LOCAL 38
38 STARR ROADGE ROAD
BREWSTER, NY 10509

```
SHELTER ROCK CONTRACTING
96 LAKEVILLE ROAD
NEW HYDE PARK, NY 11040


SIEMENS
104 SEBETHE DRIVE
CROMWELL, CT 06416


SIEMENS BUILDING TECH.
19 CHAPIN RD
HALEDON, NJ 07508


SMITH CAIRNS FORD
900 CENTRAL PARK AVENUE
YONKERS, NY 10704


SPECIALTY PRODUCTS & INSULAT'N
PO BOX 7777
PHILADELPHIA, PA 19175-3625


SPRINT
PO BOX 541023
LOS ANGELES, CA 90054-1023


SPX COOLING TECHNOLOGIES
PO BOX 99038
CHICAGO, IL 60693


SRS ENTERPRISES, INC.
2711 HARWAY AVE.
BROOKLYN, NY 11214


STANDARD TINSMITH & ROOFER SUP
335 IRVING AVENUE
BROOKLYN, NY 11237


STEAMFITTERS IND. DIS ACCOUNT
FRINGE BENEFITS CONTRIBUTIONS
PO BOX 1668
NEW YORK, NY 10116-1668


STULZ AIR TECH SYSTEMS
1572 TILCON DR.
FREDERICK, MD 21704
```

```
SUMMIT HVAC MECHANICAL
266 E. 239TH ST.
BRONX, NY 10470


SWAN ASSOC., INC.
49 HOLLY DR.
NEWINGTON, CT 06111


SWEP NORTH AMERICA
3483 SATELLITE BLVD.
SUITE 210
DULUTH, GA 30096


TECH AIR
PO BOX 229
DANBURY, CT 06813-0229


TECH BUSINESS SYS. OF NY
173 SUMMERFIELD ST.
SCARSDALE, NY 10583


THE HARTFORD INSURANCE
P.O. BOX 2907
HARTFORD, CT 06104


THE SMEDLEY CO.
40 FLAXMILL ROAD
BRANFORD, CT 06405


THE WATTS GROUP
65 LASALLE RD
SUITE 404
WEST HARTFORD, CT 06107


THOMAS BROWN ASSOC.
36-30 WOODSIDE AVENUE
SUNNYSIDE, NY 11104


THOMAS HUGHES
3189 HATTING PLACE
BRONX, NY 10465


TRANE CO.
PO BOX 406469
ATLANTA, GA 30384
```

```
TRAVELERS
ONE TOWER SQUARE
HARTFORD, CT 06183


TREASURER STATE OF CT
165 CAPITAL AVENUE
HARTFORD, CT 06106


TRI-STATE SUPPLY
PO BOX 3380
MOUNT VERNON, NY 10553-3380


UNITED PARCEL
PO BOX 7247-0244
PHILADELPHIA, PA 19170-0001


UNITED REFRIGERATION
PO BOX 82-0100
PHILADELPHIA, PA 19182-0100


UNITED RENTALS SHARE SERVICE
PO BOX 19633A
NEWARK, NJ 07195-0633


UNITED WATER OF NEW ROCHELLE
PO BOX 371804
PITTSBURGH, PA 15250-7804


UNIVERSAL COPY LLC
PO BOX 1468
WATERBURY, CT 06721-1468


US BANCORP
PO BOX 580337
MINNEAPOLIS, MN 55458-0337


US BANK, NA
PO BOX 790117
SAINT LOUIS, MO 63179


USA MOBILITY WIRELESS
PO BOX 4062
WOBURN, MA 01888
```

```
VERIZON
PO BOX 1100
ALBANY, NY 12250


VERIZON WIRELESS
PO BOX 408
NEWARK, NJ 07101-0408


VERNON TOOL CO.
503 JONES ROAD
OCEANSIDE, CA 92058-1217


VMC GROUP
113 MAIN STREET
BLOOMINGDALE, NJ 07403


WA GREGORY & CO
1199 MCDERMOTT DR.
WEST CHESTER, PA 19380


WATER ENERGY DIST.
100 MAPLE AVENUE
ATKINSON, NH 03811


WB MASON, INC.
PO BOX 55840
BOSTON, MA 02205-5840


WESHAUPT CORP.
6280 DANVILLE ROAD
ONTARIO  CANADA L5T 2H7
MISSISSAUGA


WESTCHESTER FIRE EXTINGUISHER
37 LOCKWOOD AVENUE
YONKERS, NY 10701


WIN WHOLESALE
PO BOX 530957
ATLANTA, GA 30353-0957


WW GRAINGER
505 SAW MILL RIVER RD.
ELMSFORD, NY 10523
```

YALE EXTERMINATING
PO BOX 342
VALLEY COTTAGE, NY 10989


YARDE METALS
999 MOTOR PARKWAY
HAUPPAUGE, NY 11788


YELLOW TRANSPORTATION
1851 SHERRICK RD SE
CANTON, OH 44751

# United States Bankruptcy Court
## Southern District of New York

In re  __Richards Conditioning Corp.__  
Debtor(s)

Case No. _____  
Chapter  __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Richards Conditioning Corp.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April  5, 2009
Date

/s/ Anne Penachio

**Anne Penachio**

Signature of Attorney or Litigant
Counsel for   __Richards Conditioning Corp.__

**Penachio Malara LLP**
**235 Main Street**
**White Plains, NY 10601**
**(914) 946-2889 Fax:(914) 946-2882**
**apenachio@pmlawllp.com**