# EXHIBIT E
# LIST OF SHAREHOLDERS

| Name | No. of Shares (Total Number of Shares 400) | Title |
|---|---|---|
| Lawrence Hopwood | 140/400 | N/A |
| Martin M. Hopwood, Jr. | 112/400 | Sr. VP, CEO, Director |
| Richard Hopwood | 140/400 | Sr. VP, Chief Operations Officer, Director |
| Martin M. Hopwood, Executor for the Estate of Loretta Hopwood | 8/400 | N/A |
| Brian Hopwood | N/A | VP Operations |