170131

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re

        RICHARDS CONDITIONING CORP.,

               Debtor.

Chapter 11

Case No. 09-22525 (RDD)

------------------------------------------------------------X

**ORDER AUTHORIZING RULE 2004 EXAMINATION**
**AND DIRECTING THE PRODUCTION OF DOCUMENTS**

      Upon the application of Expocredit Corp. ("Expocredit"), by and through its attorneys, Reisman, Peirez & Reisman, L.L.P., dated May 29, 2009, seeking an order, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, directing F.J. Sciame Construction Co., Inc. ("Sciame"), by a person with the most knowledge of Sciame's relationship with Richards Conditioning Corp. ("Debtor") to appear for a Rule 2004 examination, and further directing the production of documents by Sciame in connection with such Rule 2004 examination, and good cause appearing therefore, it is

      **ORDERED**, that Expocredit be and hereby is authorized and empowered to undertake and cause the examination of Sciame by a person with the most knowledge of Sciame's relationship with the Debtor, including, but not limited to, the Cooper Union Project on which the Debtor is a subcontractor for Sciame, and the acts, conduct, property, operations, transactions, and liabilities and financial condition of the Debtor; and Expocredit is further authorized to demand the production of all documents in

170131

Sciame's possession, custody and control concerning the Debtor as set forth in Schedule "A" to the Application; and it is further

**ORDERED**, that such persons to be examined be and hereby are directed to appear at the law offices of Reisman, Peirez & Reisman, L.L.P., 1305 Franklin Avenue, Garden City, New York 11530 at such time and date as may be designated by Expocredit, or as the parties may agree and to submit to examination pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure; and it is further

**ORDERED,** that a subpoena to compel the attendance of Sciame and the production of the documents referenced in this Order may be issued by counsel for Expocredit pursuant to Federal Rules of Civil Procedure 45; and it is further

**ORDERED**, that a copy of this Order and the application upon which it is based and Subpoena shall be served by first-class mail upon Mazur, Carp, Rubin & Schulman, PC, Attorneys for F.J. Sciame Construction Co. Inc., 1250 Broadway, 38th Floor, New York, New York 10001, at least ten (10) days prior to the date set for the examination.

Dated: New York, New York
    June 9, 2009

/s/ Robert D. Drain
**HON. ROBERT D. DRAIN**
**UNITED STATES BANKRUPTCY JUDGE**