PENACHIO MALARA LLP
235 Main Street
Suite 600A
White Plains, NY 10601
(914) 946-2889

**Electronically Filed**

Claire Togher
Courtroom Deputy
United States Bankruptcy Court
300 Quarropas St.
White Plains, NY   10601

        Re: Richards Conditioning Corp.
         Chapter 11 Case No.: 09-22525 (RDD)

Dear Ms. Togher:

  I serve as counsel to the above-referenced debtor (the "Debtor").  I am writing to confirm that the presentment date of the proposed "Order authorizing payment by LiRo Program and Construction Management, PC to Vendors by Joint Check" has been adjourned to July 13, 2009 with the deadline to file objections adjourned to July 8, 2009.

  Thank you.

                Respectfully,

                /s/ Anne Penachio

                Anne Penachio