| JRN | Ref 1/ Vendor | Ref 2/ Invoice | Job | Description | Acctg Date | Debit | Credit |
|---|---|---|---|---|---|---|---|
| | | | | | 01-00-00-6560 Rent | | |
| 20 | | | | | 04-01-2008 | | 25,000.00 |
| 20 | | | | HFP | 04-09-2008 | 3,850.00 | |
| 20 | | | | HFP | 04-25-2008 | 10,622.72 | |
| 20 | | | | HVB-Overdraft Charges | 04-25-2008 | 3,705.00 | |
| 20 | | | | HFP | 04-28-2008 | 1,300.00 | |
| | | | | | 05-01-2008 | | 25,000.00 |
| 20 | | | | HFP | 05-02-2008 | 15,950.00 | |
| 20 | | | | HFP | 05-15-2008 | 1,200.00 | |
| 20 | | | | HFP | 05-16-2008 | 10,214.16 | |
| | | | | | 06-01-2008 | | 25,000.00 |
| 40 | HFPI | 06/02/08 | | | 06-02-2008 | 3,864.75 | |
| 40 | HFPI | 06/12/08 | | | 06-12-2008 | 650.00 | |
| 20 | | | | HFP | 06-18-2008 | 650.00 | |
| 20 | | | | HFP | 06-24-2008 | 10,622.72 | |
| | | | | | 07-01-2008 | | 25,000.00 |
| | | | | | 07-18-2008 | 10,622.72 | |
| | | | | | 07-31-2008 | 12,033.04 | |
| | | | | | 08-01-2008 | | 25,000.00 |
| | | | | | 08-25-2008 | 10,622.72 | |
| | | | | | 08-31-2008 | 14,946.87 | |
| | | | | | 09-01-2008 | | 25,000.00 |
| | | | | | 09-17-2008 | 10,622.72 | |
| | | | | Closing entry | 09-30-2008 | | 24,818.98 |
| | | | | | 09-30-2008 | 14,545.96 | |
| | | | | | 10-01-2008 | | 25,000.00 |
| | | | | | 10-20-2008 | 10,622.72 | |
| | | | | | 10-31-2008 | 16,285.08 | |
| | | | | | 11-01-2008 | | 25,000.00 |
| | | | | | 11-05-2008 | 20,400.00 | |
| | | | | | 11-19-2008 | 10,622.72 | |
| | | | | | 11-30-2008 | 24,008.41 | |
| | | | | | 12-01-2008 | | 25,000.00 |
| | | | | | 12-17-2008 | 10,622.72 | |
| | | | | | 12-31-2008 | 16,706.46 | |
| | | | | | 01-01-2009 | | 25,000.00 |
| | | | | | 01-22-2009 | 10,622.72 | |
| | | | | | 01-31-2009 | 9,810.22 | |
| | | | | | 02-01-2009 | | 25,000.00 |
| | | | | | 02-20-2009 | 10,622.72 | |
| | | | | | 02-28-2009 | 13,840.19 | |
| | | | | | 03-01-2009 | | 25,000.00 |
| 40 | HFPI | 03/12/09 | | | 03-12-2009 | 803.30 | |
| | | | | | 03-19-2009 | 10,622.72 | |
| | | | | | 03-31-2009 | 10,358.42 | |
| | | | | Account Totals | | 311,971.78* | 324,818.98* |
| | | | | Report Totals | | 311,971.78* | 324,818.98* |

300,000.00