DAVIDOFF MALITO & HUTCHER LLP
605 Third Avenue, 34th Floor
New York, NY 10158
David Wander, Esq. (dhw@dmlegal.com)

MAZUR, CARP, RUBIN & SCHULMAN, P.C.
1250 Broadway- 38th Fl.
New York, NY 10001
(212) 686-7700 x518
Ira M. Schulman, Esq. (ischulman@MazurCarp.com)

*Co-Counsel for F.J. Sciame Construction Co., Inc.*

**Presentment Date and Time**
September 14, 2009, at 12:00 noon
**Objection Deadline**
September 14, 2009, at 11:30 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                    Chapter 11

RICHARDS CONDITIONING CORP.,                    Case No. 09-22525 (RDD)

                    Debtor.
-----------------------------------------------------------X

## NOTICE OF PRESENTMENT

**PLEASE TAKE NOTICE**, that the attached **Order Granting Motion By F.J. Sciame Construction Co., Inc., Pursuant to Bankruptcy Rule 2004, Directing Examnination of Debtor and Production of Documents by Debtor** upon motion by F.J. Sciame Construction Co., Inc., will be presented to the Honorable Robert D. Drain, United States Bankruptcy Judge, in chambers, at the U.S. Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 (the "Court"), on **September 14, 2009, at 12:00 noon.**

**PLEASE TAKE FURTHER NOTICE** that any objection to the Order must be filed with the Court, pursuant to the procedures set forth at www.nysb.uscourts.gov, by **September 14, 2009, at 11:30 a.m. (the "Objection Deadline")**, with a copy (i) delivered to Judge Drain's

00394951

chambers at the Court by the Objection Deadline and (ii) served upon the undersigned attorneys, so as to be received by the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that unless objections are filed and served in accordance with the above provisions, the Order may be considered and signed by the Court without further notice. If an objection is filed, the Court may schedule a hearing (or otherwise enter the Order with any modifications the Court deems appropriate) and, in such event, notice thereof as prescribed by the Court shall be given.

Dated: New York, New York
       September 2, 2009

                    DAVIDOFF MALITO & HUTCHER LLP

                    By: /s/ David Wander, Esq.
                        David Wander, Esq.
                    605 Third Avenue, 34th Floor
                    New York, NY 10158
                    dhw@dmlegal.com

                    MAZUR, CARP, RUBIN & SCHULMAN, P.C.   1250
                    Broadway- 38th Fl.
                    New York, NY 10001
                    (212) 686-7700 x518
                    Ira Schulman, Esq. (ischulman@MazurCarp.com)

                    ***Co-Counsel for F.J. Sciame Construction Co., Inc.***

To: All Entities on Attached Service List