**BK Attorney Services, LLC**

BK Attorney Services, LLC
PO Box 1028
Davenport, WA  99122

# CERTIFICATE OF SERVICE

DATE RECEIVED: Dec 28, 2010     TIME RECEIVED: 08:29AM     TOTAL SERVED: 337

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

IN RE:    Richards Conditioning Corp.                    CASE NO: 09-22525

CERTIFICATE OF
SERVICE

ATTORNEY/TRUSTEE:        Panachio Malara, LLP
ADDRESS                          235 Main Street, Suite 600A
                                      White Plains, NY  10601

On Tuesday, December 28, 2010, a copy of the following documents, described below,

**Notice of Hearing on the Debtor's Application in Support of Approval of Its Agreement with Expo Credit Corp. Pursuant to Federal Rule of Bankruptcy Procedure 9010 and Granting Such Other and Further Relief as is Just**

were deposited for delivery by the United States Postal Service, via first class United States Mail, postage prepaid, first class, with sufficient postage thereon to the parties listed on the mailing list attached hereto and incorporated as though fully set forth herein.

The undersigned does hereby declare under penalty of perjury, under the laws of the United States of America,  that I have served the above referenced document(s) on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: December 28, 2010

_Maria Gonzalez_

Maria Gonzalez
BK Attorney Services, LLC
An Authorized Notice Provider for
the United States Bankruptcy Courts

*Certificate of Service*

Label Matrix for local noticing
0208-7
Case 09-22525-rdd
Southern District of New York
White Plains
Tue Dec 28 12:17:22 EST 2010

Accord Pipe Fabricators
92-26 180th Street
Jamaica
.

All Points Capital Corporation
c/o Helfand & Helfand
60 East 42nd Street, Ste. 1048
New York, NY 10165-1048

Asbestos Workers Local No. 91 Union & Fringe
Holm & O'Hara LLP
3 West 35th Street, 9th Floor
New York, NY 10001-2204

Better Air Quality, Inc.
556 Ferru Street
Newark, NJ 07105-4402

ExpoCredit Corporation
c/o Reisman Peirez & Reisman
1305 Franklin Avenue
PO Box 119
Garden City, NY 11530-0119

P.J. Sciame Construction Co., Inc.
14 Wall Street
New York, NY 10005-2101

Galasso Trucking & Rigging, Inc.
c/o Pryor & Mandelup, LLP
675 Old Country Road
Westbury, NY 11590-4503

Hudson Valley Bank
c/o Wilson Elser Moskowitz Edelman & Dic
3 Gannett Drive
White Plains, NY 10604-3407

J.T. Lynne Representatives Inc.
Suite 145
One Westchester Plaza
Elmsford, NY 10523-1600

JPMorgan Chase Bank N.A.
c/o Deborah Schaal Esq.
Gordon and Schaal LLP
1039 Monroe Ave.
Rochester, NY 14620-1730

LEAF FUNDING, INC.
c/o Charles A. Gruen, Esq.
381 Broadway
Suite 300
Westwood, NJ 07675-2239

~~New York State Department of Taxation and Fi~~

~~Plumbers and Pipefitters National Pension Fu~~

Richards Conditioning Corp.
70 Marbledale Road
Tuckahoe, NY 10707-3499

Sheet Metal Workers Funds of Local Union 38
Sullivan Ward Asher & Patton PC
25800 Northwestern Highway
1000 Maccabees Center
P O Box 222
Southfield, MI 48037-0222

Sheet Metal Workers International Associatio
195 Mineola Blvd.
Mineola, NY 11501-2524

State of Connecticut Department of Revenue S
Office of the Attorney General
55 Elm Street
Hartford, CT 06106-1746

The Hanover Insurance Company
McElroy, Deutsch, Mulvaney & Carpenter
88 Pine Street
24th Floor
New York, NY 10005-1801

Trustees of the Plumbers and Steamfitters Lo
3 Surrey Lane
Hempstead, NY 11550-3547

VW Credit, Inc.
P O Box 829009
Dallas, TX 75382-9009

~~White Plains Division~~
~~300 Quarropas Street~~
~~White Plains, NY 10601-4140~~

A & A CRANES
688-700 N. WASHINGTON AVE.
BRIDGEPORT, CT 06604-2916

A & C/ FURIA ELECTRIC MOTORS
75 LAFAYETTE AVENUE
WHITE PLAINS, NY 10603-1613

A & P TOWING & TRANSPORT
29 N. WATER STREET
OSSINING, NY 10562-3257

AAF INTERNATIONAL
PO BOX 828436
PHILADELPHIA, PA 19182-8436

ABCO REFRIGERATION
49-70 31ST STREET
LONG ISLAND CITY, NY 11101-3193

ACCORD PIPE FABRICATORS
92-26 180TH STREET
JAMAICA, NY 11433-1427

ADE SYSTEMS, INC.
19 WILBUR STREET
LYNBROOK, NY 11563-2360

AEF SALES ENGINEERING
PO BOX 295
MAMARONECK, NY 10543-0295

AIR-MAC
2 EDNA STREET
PO BOX 430
BEDFORD HILLS, NY 10507-0430

AIRCONTROL SUPPLY
1580 LAKELAND AVENUE
BOHEMIA, NY 11716-2170

AIRGAS EAST
PO BOX 827049
PHILADELPHIA, PA 19182-7049

ALFA PIPING CORP.
57-12 GRAND AVENUE
MASPETH, NY 11378-3118

ALL POINTS CAPITAL CORP
275 BROAD HOLLOW ROAD
MELVILLE, NY 11747-4808

ALL-WELD PRODUCTS
15 HAYES STREET
ELMSFORD, NY 10523-2501

ALPHIL SPOT WELDER MANUFACT'G
PO BOX 1217
MANHASSET, NY 11030-6217

AMERICAN EXPRESS
2965 W. CORPORATE LAKES BLVD.
FORT LAUDERDALE, FL 33331-3626

AMERICAN EXPRESS
P.O. BOX 2855
NEW YORK, NY 10116-2855

AMERICAN EXPRESS
P.O. BOX 360002
FT. LAUDERDALE, FL 33336-0002

AMERICAN INFOSOURCE LP AS AGENT FOR
FIA CARD SERVICES, NA/BANK OF AMERICA
PO Box 248809
Oklahoma City, OK  73124-8809

AMERICAN PROMARK
4891 NW 103RD AVENUE
SUITE 11 D
FORT LAUDERDALE, FL 33351-7940

ARCH
PO BOX 4062
WOBURN, MA 01888-4062

ASBESTOS WORKERS LOCAL 33
616 SOUTH COLONY ROAD
WALLINGFORD, CT 06492-5154

ASBESTOS WORKERS LOCAL 91
DUES & ADMIN FUND
1 CENTRAL AVE. - PO BOX 38
TARRYTOWN, NY 10591-0038

ASBESTOS WORKERS LOCAL 91 UNION AND BENEFIT
c/o HOLM & O'HARA LLP
3 West 35th Street, 9th Floor
New York, NY 10001-2204
Attn: Carol G. Dell, Esq.

ASBESTOS WORKERS LU #33
616 COLONY ROAD
WALLINGFORD, CT 06492-5154

ASEBESTOS WORKERS LOCAL 91
3161 ALBANY POST ROAD
BUCHANAN, NY 10511-1652

AUDI FINANCIAL
PO BOX 7247-0136
PHILADELPHIA, PA 19170-0001

AUTOMATED BUILDING SYSTEMS
13650 IMPERIAL HWY
UNIT 12
SANTA FE SPRINGS, CA 90670-4822

AUTOMATED CONTROL LOGIC
578 COMMERCE STREET
THORNWOOD, NY 10594-1327

AirGas East Inc
27 North Western Dr
Salem NH 03079-4809

All Points Capital Corporation
c/o Helfand & Helfand
60 East 42nd Street, Ste. 1048
New York, New York 10165-1048

Alvy & Tablante,LLP
Norman D. Alvy
1979 Marcus Avenue, Suite 225
Lake Success, NY 11042-1002

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern  PA 19355-0701

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern  PA 19355-0701

Asbestos Workers Local No. 91 Union & Fringe
c/o Carol G. Dell, Esq.
HOLM & O'HARA LLP
3 West 35th Street, 9th Floor
New York, NY 10001-2204

Asher & Patton
25800 Norhtwestern Highway
PO Box 222
Southfield MI 48037-0222

BALTIMORE AIRCOIL CO.
12259 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0001

BANK OF AMERCIA
PO BOX 15726
WILMINGTON, DE 19886-5726

BANK OF AMERICA
PO BOX 15726
WILMINGTON, DE 19886-5726

BARDON INDUSTRIES, INC.
3399 SOUTH COUNTY TRAIL
PO BOX 1657
EAST GREENWICH, RI 02818-0698

BAXTER RUBBER CO.
10 SPIELMAN ROAD
FAIRFIELD, NJ 07004-3497

BENFIELD ELECTRIC
25 LAFAYETTE AVENUE
ARDSLEY ON HUDSON, NY 10503

BETTER AIR QUALITY
PO BOX 50000
566 FERRY STREET
NEWARK, NJ 07105-8000

BHRMH Investment, LLC
c/o Rattet, Pasternak & Gordon-Oliver, L
550 Mamaroneck Avenue, Suite 510
Harrison, NY 10528-1609

(p)BMW FINANCIAL SERVICES
CUSTOMER SERVICE CENTER
PO BOX 3608
DUBLIN OH 43016-0306

BP INDEPENDENT REPOGRAPHICS
853 BROADWAY
NEW YORK, NY 10003-4703

BRIAN HOPWOOD
105 TULLAMORE ROAD
GARDEN CITY, NY 11530-2511

BROAD USA INC.
401 HACKENSACK AVENUE
SUITE 503
HACKENSACK, NJ 07601-6411

BROTHERS SUPPLY CO.
34-38 31ST STREET
ASTORIA, NY 11106-2302

BUCKLEY ASSOC., INC.
15 PROGRESS CIRCLE
NEWINGTON, CT 06111-5540

BUILDING TRADES ASSOC.
630 THIRD AVENUE
7TH FLOOR
NEW YORK, NY 10017-6705

Barnes, Iaccarino & Shepherd
258 Saw Mill River Road
Elmsford NY 10523-1955

Benfield Control Systems, Inc.
c/o Goetz Fitzpatrick LLP
One Penn Plaza
New York, NY 10119-0002

Better Air Quality, Inc.
556 Perry Street
Newark, New Jersey 07105-4402

Better Air Quality, Inc.
PO Box 50000
Newark, New Jersey 07105-8000

Bruce Supply Corp.
c/o Marshall M. Stern, P.C.
17 Cardiff Court
Huntington Station, NY 11746-4412

Buckley Associates Inc.
15 Progress Circle
Newington, CT 06111-5540

CANON FINANCIAL SERVICES
PO BOX 4004
CAROL STREAM, IL 60197-4004

CAPE SALES
107 SCHOOLHOUSE ROAD
SUITE 107
SPRING VALLEY, NY 10977

CARDINAL TANK CORP.
700 HICKS STREET
BROOKLYN, NY 11231-1823

CARNES COMPANY
PO BOX 689861
MILWAUKEE, WI 53268-0001

CARRIER NORTHEAST
175 CENTRAL AVENUE
SUITE 300
FARMINGDALE, NY 11735-6917

CARTRIDGE WORLD
339 MAMARONECK AVENUE
WHITE PLAINS, NY 10605-1440

CENTRAL PLUMBING
550 SAW MILL RIVER ROAD
YONKERS, NY 10701-4927

CERCO PRODUCTS
115 AMFESCO DRIVE
PLAINVIEW, NY 11803-4503

CHASE AUTO FINANCE
PO BOX 78101
PHOENIX, AZ 85062-8101

CINTAS CORP.
RTE 22
PO BOX 10
BREWSTER, NY 10509-0010

CITICARD
BOX 6500
SIOUX FALLS, SD 57117-6500

CLEAVER-BROOKS
11950 WEST LAKE PARK DRIVE
MILWAUKEE, WI 53224-3018

COLONIAL HARDWARD
PO BOX 822799
PHILADELPHIA, PA 19182-2799

COLONY HARDWARE SUPPLY
15 STILES STREET
EAST HAVEN, CT 06512-1710

COMMERCIAL HEATING SUPPLY
25 RACHEL DRIVE
PO BOX 432
STRATFORD, CT 06615-0432

COMMISSIONER REVENUE SERVICES
DEPARTMENT OF REVENUE SERVICES
PO BOX 2974
HARTFORD, CT 06104-2974

CONNECTICUT HEATING & COOLING
5 YORKSHIRE DRIVE
HARTFORD, CT 06144

CONSOLIDATED PLUMBING & SUPPLY
121 STEVENS AVENUE
MOUNT VERNON, NY 10550-2591

CORNELY BROTHERS, INC.
62 WEST 1ST STREET
MOUNT VERNON, NY 10550-3077

COUNTY REPRODUCTIONS, INC.
32 BELDEN STREET
STAMFORD, CT 06902

CT PIPE TRADES BENEFIT FUND
FUNDS ADMINISTRATION, INC.
1155 SILAS DEANE HGWAY
MANCHESTER, CT 06040

CT PLUMBERS & PIPEFITTERS
NATIONAL PENSION FUND
PO BOX 62031
BALTIMORE, MD 21264-2031

CT TREASURER'S OFFICE
165 CAPITOL AVENUE - 5TH FLOOR
HARTFORD, CT 06106-1632

CURTIS EAST
61A AERO DRIVE
BUFFALO, NY 14225-1481

Canon Financial Services, Inc.
Howard N. Sobel
507 Kresson Road
Voorhees, NJ 08043-9564

(p)CHRYSLER FINANCIAL
27777 INKSTER RD
FARMINGTON HILLS MI 48334-5326

Chrysler Financial Services Americas LLC
c/o Deily, Mooney & Glastetter, LLP
8 Thurlow Terrace
Albany, New York 12203-1006

Consolidated Edison Company of New York, Inc
4 Irving Place, Room 1875-S
New York, New York 10003-3502
Attn: Bankruptcy Group

DAVIS & WARSHAW, INC.
PO BOX 35619
NEWARK, NJ 07193-5619

DC TRUCK FINANCIAL
PO BOX 3288
MILWAUKEE, WI 53201-3288

DELL FINANCIAL SERVICES
PAYMENT PROCESSING CENTER
P.O. BOX 5292
CAROL STREAM, IL 60197-5292

DISCOVER BUSINESS CARD
PO BOX 7104
CHARLOTTE, NC 28241-7104

DO NOT USE MARKETING SERVICE
1175 LEGGETT AVENUE
BRONX, NY 10474-6246

Danielle M. Carney
Barnes, Iaccarino & Shepherd
3 Surrey Lane, Suite 200
Hempstead NY 11550-3547

David Wander
Davidoff Malito & Hutcher LLP
605 Third Avenue, 34th Floor
New York, NY 10158-0098

Davis & Warshaw Inc.
Law Firm & Ellias C. Schwartz
343 Great Neck Road
Great Neck, New York 11021-4220

Deily, Mooney & Glastetter,LLP
8 Thurlow Terrace
Albany NY 12203-1006

Dennis E Quaid
55 East Monroe
Chicago IL 60603-5713

Discover Bank/DFS Services LLC
PO Box 3025
New Albany OH 43054-3025

EASCO BOILER CORP
1175 LEGGETT AVENUE
BRONX, NY 10474-6294

EAST COAST FILTER SALES
PO BOX 2049
SAINT JAMES, NY 11780-0602

EASTCHESTER SERVICE STA.
407 WHITE PLAINS ROAD
EASTCHESTER, NY 10709-2805

EASTCHESTER TOWN COURT
40 MILL ROAD
EASTCHESTER, NY 10709-1523

EASTERN CONCRETE CUTTING
37-21 39TH STREET
LONG ISLAND CITY, NY 11101

ELECK & SALVATO ELECTRIC
4 FITCH STREET
NORWALK, CT 06855-1309

ELITE CONTRACTORS TRUST OF NY
PO BOX 1642
ALBANY, NY 12201-1642

EMPIRE DISTRIBUTORS & ASSOC.
100-A BRENNER DRIVE
CONGERS, NY 10920-1322

EMPIRE FORKLIFT
PO BOX 108
BLOOMINGBURG, NY 12721-0108

ENGINEERS LOCAL UNION 30
115-10 MYRTLE AVENUE
RICHMOND HILL, NY 11418-1717

EXPOCREDIT CORP.
1201 BRICKELL AVENUE - STE 210
MIAMI, FL 33131-3200

Empire Distributors & Associates, LLC
100A Brenner Drive
Congers, NY 10920-1322

Ettelman & Hochheiser
100 Quentin Roosevelt Boulevard
Suite 401
Garden City NY 11530-4843

ExpoCredit Corporation
c/o Jerome Reisman, Esq.
1305 Franklin Avenue
PO Box 119
Garden City, NY 11530-0119

FEDERAL EXPRESS
PO BOX 371461
PITTSBURGH, PA 15250-7461

FJ SCIAME CO.
14 WALL STREET
NEW YORK, NY 10005-2101

FJ Sciame Construction Co
c/o Davidoff Malito & Hutcher LLP
605 Third Avenue, 34th Floor
New York, NY 10158-3499

FLEET PUMP AND SERVICE GROUP
55 CALVERT ST.
PO BOX 616
HARRISON, NY 10528-0616

FORD CREDIT
PO BOX 220564
PITTSBURGH, PA 15257-2564

FORD MOTOR CREDIT
P.O. BOX 220555
PITTSBURGH, PA 15257-2555

FORT LEE SAVINGS BANK
817 ABBOT BLVD
FORT LEE, NJ 07024-4101

FRANK TRACY/DVI. OF N SID
309-317 MORGAN AVENUE
BROOKLYN, NY 11211-2714

FRED BURACK CO., INC.
15 PURITAN ROAD
RYE, NY 10580-1930

FULL SPECTRUM SOLUTIONS
4500 PARK GRANDA
CALABASAS, CA 91302-1613

FW SIMS, INC.
101 OTIS ST.
WEST BABYLON, NY 11704-1401

Ford Motor Credit Company
c/o Deily, Mooney & Glastetter, LLP
8 Thurlow Terrace
Albany, New York 12203-1006

(p)FORD MOTOR CREDIT COMPANY
PO BOX 6275
DEARBORN MI 48121-6275

Fox Rothschild LLP
100 Park Avenue, Suite 1500
New York, NY 10017-5551

GALASSO TRUCKING & RIGGING
2 GALASSO PLACE
MASPETH, NY 11378-2010

GE BETZ, INC.
7796 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0001

GE CAPITAL
PO BOX 642111
PITTSBURGH, PA 15264-2111

GEA PHE SYSTEMS NA
100 GEA DRIVE
YORK, PA 17406-8469

GENERAL INSULATION CO.
PO BOX 951892
DALLAS, TX 75395-1892

GIL BAR INDUS.
5 WEST 19TH STREET
NEW YORK, NY 10011-4216

GILMOUR SUPPLY CO.
152 FORTY FIRST STREET
BROOKLYN, NY 11232

GOODMAN CO. LP
PO BOX 203071
HOUSTON, TX 77216-3071

GREENHECK
BIN 145
MILWAUKEE, WI 53288-0001

Gilmour Supply Company
c/o Fox Rothschild LLP
100 Park Avenue, Suite 1500
New York, NY 10017-5551
Attn: Yann Geron

H. WEISS MACHINERY & SUPPLY
344 COSTER ST
BRONX, NY 10474-6810

HAIER NY LLC
1356 BROADWAY
NEW YORK, NY 10018-7300

HARRY BRAINUM JR., INC.
300 MCGUINNESS BLVD.
BROOKLYN, NY 11222-1822

HARTFORD GROUP BENEFITS DIV
PO BOX 8500-3690
PHILADELPHIA, PA 19178-0001

HFP Investment Co.
80 Marbledale Rd
Tuckahoe NY 10707-3420

HILTI, INC.
PO BOX 382002
PITTSBURGH, PA 15250-8002

HUDSON VALLEY BANK
35 E. GRASSY SPRAIN RD.
YONKERS, NY 10710-4607

HVP LEASING CORP
PO BOX 7011
CENTUCK STA
YONKERS, NY 10710-7011

Hartford Fire Insurance Company
Bankruptcy Unit T-1-55
Hartford Plaza
Hartford CT 06115

Harvey S. Barr
664 Chestnut Ridge Road
Spring Valley NY 10977-6201

Helfand & Helfand
60 E 42nd St Suite 1048
New York NY 10165-0122

Holm and O'Hara
3 West 35th Street
9th Floor
New York NY 10001-2204

Hudson Valley Bank
c/o Wilson, Elser
3 Gannett Drive
White Plains, NY 10604-3407
Attn.: David L. Tillem

I & I SYSTEMS, INC.
66 TABLE ROCK ROAD
TUXEDO PARK, NY 10987-4720

ICW
PO BOX 847
BRONX, NY 10457-0847

IJA BUSINESS SERVICES, LLC
68A MOUNTAIN AVENUE
SOMERVILLE, NJ 08876

IMPERIAL DAMPER & LOUVER, LLC
4228-38 PARK AVENUE
BRONX, NY 10457-4201

INDOOR ENVIRONMENTAL SOLUTIONS
3276 SPENCER DRIVE
BRONX, NY 10465-1226

INDUSTRIAL LADDER & SUPPLY
10611-C IRON BRIDGE ROAD
JESSUP, MD 20794-9497

INDUSTRIAL THREATED PRODUCTS
55 PENATAQUIT AVENUE
BAY SHORE, NY 11706-8814

INGERSOL-RAND FINANCIAL
P.O. BOX 6229
CAROL STREAM, IL 60197-6229

INSULATION INDUSTRY
PROMOTIONAL FUND
25-19 43RD AVENUE
LONG ISLAND CITY, NY 11101-4208

INTELICAD
PLASMA AUTOMATION
1801 ARTIC AVENUE
BOHEMIA, NY 11716-2449

INTERNAL REVENUE SERVICE
IRS INSOLVENCY GROUP 4
STOP 5TH FLOOR
NEW YORK, NY 10007

International Training Fund
c/o Marc A. Tenenbaum, Esq.
Virginia & Ambinder, LLP
111 Broadway, Suite 1403
New York, New York 10006-1979

J BASS & SONS, INC.
9-11 CARLETON AVENUE
MOUNT VERNON, NY 10550-4617

JEFF DIORIO
39 MCLAUGHLIN DR.
MAHOPAC, NY 10541-3938

JOHNSON CONTROLS, INC.
PO BOX 905240
CHARLOTTE, NC 28290-5240

JOHNSTON SUPPLY OF WP
66 BROCKWAY PLACE
WHITE PLAINS, NY 10601-4002

JT LYNN REPS, INC.
ONE WESTCHESTER PLAZA
SUITE 145
ELMSFORD, NY 10523-1640

JT Lynne Representatives, Inc.
c/o Jeff Morgenstern, Esq.
One Old Country Road  Suite 320
Carle Place, N.Y 11514-1845

Jeff Morgenstern
One Old Country Road
Suite 320
Carle Place NY 11514-1845

Jeff Morgenstern, PLLC
Suite 320
One Old Country Road
Carle Place, NY 11514-1845
(516) 739-5908
(516) 719-7280 (fax)

KENT SUPPLY
201 FERRIS AVENUE
WHITE PLAINS, NY 10603-3466

Kevin P. O'Malley
155 Washington Street
PO Box 40
Tappan NY 10983-0040

L & M DIST.
80 MARBLEDALE ROAD
TUCKAHOE, NY 10707-3420

LAWRENCE HOPWOOD
47 STURGIS ROAD
BRONXVILLE, NY 10708-5012

LEAF FINANCIAL CORP.
1845 WALNUT STREET
SUITE 1000
PHILADELPHIA, PA 19103-4733

LEAF FUNDING
PO BOX 643172
CINCINNATI, OH 45264-3172

LEAF FUNDING,INC.
1818 MARKET STREET
9TH FLOOR
PHILADELPHIA, PA 19103-3647

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

LIEBERT CORP.
PO BOX 70474
CHICAGO, IL 06073

LM ELECTRIC, INC.
258 MILLARD AVENUE
Sleepy Hollow, NY 10591-1415

LOCAL 21
16 LOCKWOOD AVENUE
YONKERS, NY 10701-5504

LOCAL 21 ADMINISTRATION
1024 MCKINLEY STREET
PEEKSKILL, NY 10566-5604

LOCAL 777
1250 EAST MAIN STREET
MERIDEN, CT 06450-4806

LOCAL UNION 28
500 GREENWICH STREET
NEW YORK, NY 10013-1354

Lovell Safety Management Co. LLC
110 William St. 12th Floor
New York NY 10038-3901

M-CORE CREDIT CORP.
21 PAR ROAD
SUFFERN, NY 10901-3937

MAJESTIC INS.
DEPT. 33417
PO BOX 39000
SAN FRANCISCO, CA 94139-3417

MANIFEST FUNDING
PO BOX 790448
SAINT LOUIS, MO 63179-0448

MARKS O'NEILL O'BRIEN ET AL
530 SAW MILL RIVER ROAD
ELMSFORD, NY 10523-1028

MARTIN M. HOPWOOD
2 STONELEIGH PLAZA
BRONXVILLE, NY 10708-2652

MARTIN M. HOPWOOD, JR.
105 TULLAMORE ROAD
GARDEN CITY, NY 11530-2511

MASON-MERCER
PO BOX 410
SMITHTOWN, NY 11787-0410

MAYER MALBIN CO.
41-01 36TH AVENUE
LONG ISLAND CITY, NY 11101-1593

MCKINNEY WELDING SUPPLY CO.
535 W. 52ND ST.
NEW YORK, NY 10019-5096

MCMASTER-CARR SUPPLY
PO BOX 7690
CHICAGO, IL 60680-7690

MCQUAY INTERNATIONAL
PO BOX 828451
PHILADELPHIA, PA 19182-8451

MILLER PROCTOR NICKOLAS, INC.
2 HUDSON STREET
TARRYTOWN, NY 10591-2496

MINUTEMAN PRESS
1299 NORTH AVENUE
NEW ROCHELLE, NY 10804-2642

MOUNT VERNON IRON WORKS
PO BOX 3009
MOUNT VERNON, NY 10553-3009

MOVEX, INC.
5966 KEYSTONE DRIVE
BATH, PA 18014-8898

MV CONTROLS, INC.
111 CANFIELD AVENUE
SUITE A-13
RANDOLPH, NJ 07869-1128

Mark G. Ledwin
3 Gannett Drive
White Plains NY 10604-3407

Matthew G. Roseman
Cullen and Dykman
100 Quentin Roosevelt Boulevard
Garden City NY 11530-4850

Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq.
Cullen and Dykman, LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850

Matthew G. Roseman, Esq.
Cullen and Dykman, LLP
100 Quentin Rossevelt Blvd.
Garden City, New York 11530-4850
(516) 357-3700

McElroy, Deutsch, Mulvaney & Carpenter
88 Pine Street
24th Floor
New York NY 10005-1801

NANDA'S FLOWER SHOP
1773 CENTRAL PARK AVENUE
YONKERS, NY 10710-2828

NAPCO COPY GRAPHICS CENTER
PO BOX 234
LYNDHURST, NJ 07071-0234

NATIONAL COMPRESSOR EXCHANGE
75 ONDERDONK AVENUE
RIDGEWOOD, NY 11385-1054

NELSON AIR DEVICE
46-14 54TH AVENUE
MASPETH, NY 11378-1012

NES RENTALS
PO BOX 8500-1226
PHILADELPHIA, PA 19178-0001

NEW YORK LADDER & SCAFFOLD
PO BOX 847
YONKERS, NY 10702-0847

NEW YORK STATE
EMPLOYMENT TAXES
PO BOX 1119
BINGHAMTON, NY 13902

NEW YORK STATE DEPT OF LABOR
UNEMPLOYMENT INS.
BLDG 12 - ROOM 256
ALBANY, NY 12240-0001

NEW YORK STATE TAX COMM
P.O. BOX 1250
NEW YORK, NY 10015-1250

NEW YORK STATE TAX COMM
P.O. BOX 5149
ALBANY, NY 12205-0149

NEW YORK STATE UNSURANCE FUND
WORKERS COMPENSATION
P.O. BOX 4788
SYRACUSE, NY 13221-4788

NORTHERN TEST & BALANCE CORP.
PO BOX 407
REDDING RIDGE, CT 06876-0407

NOTIFY MD, INC.
318 SEABOARD LANE
STE 310
FRANKLIN, TN 37067-2880

NY REPLACEMENTS PARTS
19 SCHOOL STREET
YONKERS, NY 10701-4104

NY STATE INSURANCE FUND
110 WILLIAM STREET
NEW YORK, NY 10038-3901

NYC DEPARTMENT OF FINANCE
P.O. BOX 5100
KINGSTON, NY 12402-5100

NYC DEPT OF FINANCE
AUDIT DIVISION
345 ADAMS STREET, 5TH FLOOR
BROOKLYN, NEW YORK 11201-3719
ATTENTION: BANKRUPTCY UNIT

NYS DEPT OF TAX AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY NY 12205-0300

NYS Dept of Labor
State Office Campus Building # 12
Room # 256
Albany NY 12240-0001

Neal S. Mann
120 Broadway, 24th Floor
New York NY 10271-0002

Norman D. Alvy
Alvy & Tablante
1979 Marcus Avenue, Suite 225
Lake Success, NY 11042-1002

OLORI CRAN SERVICE, INC.
11 SEEGER DR.
NANUET, NY 10954-2323

OXFORD HEALTH PLANS
PO BOX 1697
NEWARK, NJ 07101-1697

PACIFIC PLUMBING & HEATING
235 WESTPORT AVENUE
NORWALK, CT 06851-4310

PELHAM LUMBER & MASON
437 FIFTH AVENUE
PELHAM, NY 10803-1295

PEMCO
87 GOLDEN HILL ROAD
DANBURY, CT 06811-4631

PITNEY BOWES GLOBAL FINANCIAL
PO BOX 856460
LOUISVILLE, KY 40285-6460

PLUMBERS & PIPEFITTERS
NATIONAL PENSION FUND
PO BOX 62031
BALTIMORE, MD 21264-2031

POLARIS
28 MAY STREET
EDISON, NJ 08837-3541

PREM-AIR
43-24 21ST STREET
LONG ISLAND CITY, NY 11101-5094

PREPSTAR CARD INDUS., INC.
PO BOX 182
SAINTE GENEVIEVE, MO 63670-0182

Pitney Bowes Global Financial Services
27 Waterview Drive
Shelton CT 06484-4301

Plumbers and Pipefitters National Pension Fu
c/o Marc A. Tenenbaum, Esq.
Virginia & Ambinder, LLP
111 Broadway, Suite 1403
New York, New York 10006-1979

Plumbers and Steamfitters Local 21
Barnes, Iaccarino & Shepherd
3 Surrey Lane
Hempstead NY 11550-3547

Pryor & Mandelup
675 Old Country Road
Westbury NY 11590-4513

QUILL CORP.
PO BOX 94081
PALATINE, IL 60094-4081

RICHARD HOPWOOD
12 WESTWOOD DR.
HARRISON, NY 10528-2502

ROCCO'S SERVICE CENTER
181 MARBLEDALE ROAD
TUCKAHOE, NY 10707-3117

ROSENTHAL & ROSENTHAL, INC.
1370 BROADWAY
NEW YORK, NY 10018-7399

ROVANCO PIPING
20535 SE FRONTAGE ROAD
JOLIET, IL 60431-9357

Rattet, Pasternak & Gordon Oliver, LLP
550 Mamaroneck Avenue
Suite 510
Harrison NY 10528-1609

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Reich Reich & Reich
235 Main Street, Suite 450
White Plains NY 10601-2421

Richard Conditioning Corp.
12 Westwood Drive
Harrison, NY 10528-2502

SACHS PLUMBING SUPPLIES
200 RICHMIND HILL AVENUE
STAMFORD, CT 06902-5629

SAGE CRE FORMS
PO BOX 230578
PORTLAND, OR 97281-0578

SELECTIVE INSURANCE
PO BOX 371468
PITTSBURGH, PA 15250-7468

SHEET METAL & AIR CONDITIONING
NATIONAL ASSOC.
4201 LAFAYETTE CENTER DR.
CHANTILLY, VA 20151-1209

SHEET METAL INDUSTRY FUND NYC
16 COURT STREET
SUITE 2100
BROOKLYN, NY 11241-1021

SHEET METAL WORKERS
NATIONAL PENSION FUND
601 N. FAIRFAX ST. #500
ALEXANDRIA, VA 22314-2078

SHEET METAL WORKERS FUND
LOCAL 38
38 STARR ROADGE ROAD
BREWSTER, NY 10509-4503

SHELTER ROCK CONTRACTING
96 LAKEVILLE ROAD
NEW HYDE PARK, NY 11040-3002

SIEMENS
104 SEBETHE DRIVE
CROMWELL, CT 06416-1041

SIEMENS BUILDING TECH.
19 CHAPIN RD
HALEDON, NJ 07508

SMITH CAIRNS FORD
900 CENTRAL PARK AVENUE
YONKERS, NY 10704-1042

SPECIALTY PRODUCTS & INSULAT'N
PO BOX 7777
PHILADELPHIA, PA 19175-0001

SPRINT
PO BOX 541023
LOS ANGELES, CA 90054-1023

SPX COOLING TECHNOLOGIES
PO BOX 99038
CHICAGO, IL 60693-9038

SRS ENTERPRISES, INC.
2711 HARWAY AVE.
BROOKLYN, NY 11214-5530

STANDARD TINSMITH & ROOFER SUP
335 IRVING AVENUE
BROOKLYN, NY 11237-5716

STEAMFITTERS IND. DIS ACCOUNT
FRINGE BENEFITS CONTRIBUTIONS
PO BOX 1668
NEW YORK, NY 10116-1668

STULZ AIR TECH SYSTEMS
1572 TILCON DR.
FREDERICK, MD 21704-6659

SUMMIT HVAC MECHANICAL
266 E. 239TH ST.
BRONX, NY 10470-1810

SWAN ASSOC., INC.
49 HOLLY DR.
NEWINGTON, CT 06111-2243

SWEP NORTH AMERICA
3483 SATELLITE BLVD.
SUITE 210
DULUTH, GA 30096-5800

Sheet Metal Workers Funds Local Union 38
c/o David J. Selwocki
Sullivan Ward Asher & Patton PC
25800 Northwestern Highway
Southfield MI 48075-1000

Sheet Metal Workers Funds of Local Union 38
c/o Sullivan Ward Asher & Patton
Attn: D B Pevos
25800 Northwestern Highway - Suite 1000
Southfield MI 48075-1000

Siemens Building Technologies
Credit Department
887 Deerfield Parkway
Buffalo Grove IL 60089-4511

Sprint Nextel  Correspondence
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

Sprint Nextel Distribution
Attn: Bankruptcy Dept
P.O. Box 3326
Englewood, CO 80155-3326

State of Connecticut
Department of Revenue Services
C&E Division, Bankruptcy Unit
25 Sigourney Street
Hartford, CT 06106-5041

State of Connecticut
Dept of Labor
200 Folly Brook Boulevard
Wethersfield CT 06109-1153

Stein Riso Mantel, LLP
405 Lexington Avenue  42nd Floor
New York NY 10174-4299

Sullivan, Ward, Asher & Patton
1000 Maccabees Center
25800 Northwestern Highway
PO Box 222
Southfield MI 48037-0222

TECH AIR
PO BOX 229
DANBURY, CT 06813-0229

TECH BUSINESS SYS. OF NY
173 SUMMERFIELD ST.
SCARSDALE, NY 10583-5425

THE HARTFORD INSURANCE
P.O. BOX 2907
HARTFORD, CT 06104-2907

THE SMEDLEY CO.
40 FLAXMILL ROAD
BRANFORD, CT 06405-2898

THE WATTS GROUP
65 LASALLE RD
SUITE 404
WEST HARTFORD, CT 06107-2312

THOMAS BROWN ASSOC.
36-30 WOODSIDE AVENUE
SUNNYSIDE, NY 11101

THOMAS HUGHES
3189 HATTING PLACE
BRONX, NY 10465-4066

TRANE CO.
PO BOX 406469
ATLANTA, GA 30384-6469

TRAVELERS
ONE TOWER SQUARE
HARTFORD, CT 06183-0002

TREASURER STATE OF CT
165 CAPITAL AVENUE
HARTFORD, CT 06106-1659

TRI-STATE SUPPLY
PO BOX 3380
MOUNT VERNON, NY 10553-3380

The Davidson Group
D.B.A. Gilmour Supply Co.
152 41st Street Brooklyn NY 11232-3320

The Hanover Insurance Company
c/o McElroy, Deutsch, Mulvaney
& Carpenter, LLP
88 Pine Street-24th Floor
New York, New York 10005-1801

Toyota Motor Credit Corporation
c/o Becket and Lee LLP
POB 3001
Malvern  PA 19355-0701

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

UNITED PARCEL
PO BOX 7247-0244
PHILADELPHIA, PA 19170-0001

UNITED REFRIGERATION
PO BOX 82-0100
PHILADELPHIA, PA 19182-0100

UNITED RENTALS SHARE SERVICE
PO BOX 19633A
NEWARK, NJ 07195-0633

UNITED WATER OF NEW ROCHELLE
PO BOX 371804
PITTSBURGH, PA 15250-7804

UNIVERSAL COPY LLC
PO BOX 1468
WATERBURY, CT 06721-1468

US BANCORP
PO BOX 580337
MINNEAPOLIS, MN 55458-0337

US Bancorp Manifest Funding
1450 Channel Parkway
Marshall MN 56258-4005

USA MOBILITY WIRELESS
PO BOX 4062
WOBURN, MA 01888-4062

United Rentals, Inc.
1 Bic Way
Shelton CT 06484-6223

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004-2122

VERIZON
PO BOX 1100
ALBANY, NY 12250-0001

VERIZON WIRELESS
PO BOX 408
NEWARK, NJ 07101-0408

VERNON TOOL CO.
503 JONES ROAD
OCEANSIDE, CA 92058-1285

VMC GROUP
113 MAIN STREET
BLOOMINGDALE, NJ 07403-1673

Verizon Wireless
PO Box 3397
Bloomington IL 61702-3397

WA GREGORY & CO
1199 MCDERMOTT DR.
WEST CHESTER, PA 19380-4042

WATER ENERGY DIST.
100 MAPLE AVENUE
ATKINSON, NH 03811-2245

WB MASON, INC.
PO BOX 55840
BOSTON, MA 02205-5840

WESHAUPT CORP.
6280 DANVILLE ROAD
ONTARIO  CANADA L5T 2H7
MISSISSAUGA

WESTCHESTER FIRE EXTINGUISHER
37 LOCKWOOD AVENUE
YONKERS, NY 10701-5528

WIN WHOLESALE
PO BOX 530957
ATLANTA, GA 30353-0957

WW GRAINGER
505 SAW MILL RIVER RD.
ELMSFORD, NY 10523-1093

Wilson, Elser, Moskowitz , Edelman
& Dicker LLp
3 Gannett Drive
White Plains NY 10604-3407

YALE EXTERMINATING
PO BOX 342
VALLEY COTTAGE, NY 10989-0342

YARDE METALS
999 MOTOR PARKWAY
HAUPPAUGE, NY 11788-5230

YELLOW TRANSPORTATION
1851 SHERRICK RD SE
CANTON, OH 44707

Anne J. Penachio
Penachio Malara LLP
235 Main Street
Sixth Floor
White Plains, NY 10601-2418

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BMW FINANCIAL SERVICES
5515 PARKCENTER CIRCLE
DUBLIN, OH 43017

Chrysler Financial Services
Trustee Payment Dept.
P.O. Box 9001897
Louisville, Kentucky 40290-1897

Ford Motor Credit Company LLC
Dept 55953
P O Box 55000
Detroit  MI  48255-0953

LEXUS FINANCIAL
PO BOX 17187
BALTIMORE, MD 21297-0511

(d)Toyota Motor Credit Corporation
500 Redbrook Blvd.
Owings Mills, MD 21117

U.S. Bank N.A.
P.O. Box 5229
Cincinnati, OH 45201

(d)US BANK, NA
PO BOX 790117
SAINT LOUIS, MO 63179

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BHRMH Investment, LLC

(u)Benfield Control Systems, Inc.

(u)CAB East LLC

(u)Chrysler Financial Services Americas LLC

(u)F.W. Sims, Inc.

(u)Ford Motor Credit Company

(u)Gilmour Supply Company

(u)International Training Fund

(u)James S. Mitchell & Sons, Inc.

(u)NES Equipment Services Corporation

(u)Nelson Air Device Corp.

(u)Siemens Building Technologies, Inc.

(u)Summit HVAC Mechanical
266 East 239th Street
Bronx

(u)The LiRo Group

(u)Toyota Motor Credit Corporation

(d)All Points Capital Corporation
c/o Helfand & Helfand
60 East 42nd Street, Ste.1048
New York, New York 10165-1048

(d)Galasso Trucking & Rigging, Inc.
c/o Pryor & Mandelup, LLP
675 Old Country Road
Westbury, NY 11590-4503

(du)James S. Mitchell & Sons, Inc.

(d)Johnson Controls Inc
PO Box 905240
Charlotte NC 28290-5240

(d)LEAF FUNDING, INC.
c/o Charles A. Gruen, Esq.
381 Broadway, Suite 300
Westwood, NJ 07675-2239

(u)LOCAL 38

(du)Nelson Air Device Corp.

(d)Norman D. Alvy
Alvy & Tablante,LLP
1979 Marcus Avenue, Suite 225
Lake Success NY 11042-1002

(u)Sheet Metal Workers International Associat

(d)Sheet Metal Workers International Associat
195 Mineola Blvd.
Mineola, NY 11501-2524

(d)State of Connecticut,Department of Revenue
Office of the Attorney General
55 Elm Street
Hartford, CT 06106-1746

(d)VW Credit Inc
PO Box 829009
Dallas TX 75382-9009

(d)VW Credit, Inc.
PO BOX 829009
Dallas, TX 75382-9009

(d)Lawrence Hopwood
47 Sturgis Road
Bronxville, NY 10708-5012

(u)M. Jacob Renick, CPA CIRA

(u)Martin M. Hopwood, Jr.

End of Label Matrix
Mailable recipients    340
Bypassed recipients     31
Total                  371