PENACHIO MALARA LLP
Attorney for the Debtor
235 Main Street - Suite 600A
White Plains, New York 10601
(914) 946-2889

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
In re:                                          CHAPTER 11
                                                :
RICHARDS CONDITIONING CORP.                     CASE NO.:09-22525 (RDD)
                                                :
              Debtor.
----------------------------------X

## AFFIDAVIT OF SERVICE

**I, JENNIFER RAGGO**, under penalties of perjury, duly sworn, set forth as follows:

1. On December 30, 2010, I caused to be served, by First Class Mail, a true copy of the "Debtor's Application in Support of an Order (I) Approving the Settlement Agreement Among the Debtor, Expo Credit Corporation, and BHRMH Investment, LLC, Pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure" by placing such document in a sealed, postage paid envelope and depositing them in the care of the United States Post Office at a branch located within the State of New York, on:

   1. The Honorable Robert D. Drain
      United States Bankruptcy Judge
      United States Bankruptcy Court
      The Hon. Charles L. Brieant, Jr. Federal Building and Courthouse
      300 Quarropas Street
      White Plains, NY 10601

   2. Richard C. Morrissey, Esq.
      Office of the United States Trustee
      33 Whitehall Street
      21st Floor
      New York, NY 10004

3. Debra Beth Pevos, Esq.
   Sullivan, Ward, Asher & Patton, P.C.
   25800 Northwestern Highway
   Suite 100
   Southfield, MI 48075

4. Jerome Reisman, Esq.
   Resiman, Peirez, & Reisman, LLP
   1305 Franklin Avenue
   Suite 270
   P.O. Box 119
   Garden City, NY 11530

5. Dawn K. Arnold, Esq.
   Rattet, Pasternak & Gordon-Oliver, LLP
   550 Mamaroneck Avenue
   Harrison, NY 10528

Dated: White Plains, New York
       December 30, 2010

_____
Jennifer Raggo