Richards Conditioning Corp                                                                                    03-17-2011                Page 1

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

Aging As of Date              03-17-2011
Aging Basis                   Accounting date
Include Retainage?            Yes
Unpaid Only?                  Yes
Age Finance Charges?          No

| Tran | Type | ID | Date | Amount | Current Column | Over 30 Column | Over 60 Column | Over 90 Column | Over 120 Column | Retainage |
|---|---|---|---|---|---|---|---|---|---|---|
| SC-Maryknol | | Maryknoll Fathers & Brothers | | | 212-697-4470 | | | | | |
| Invoice | | SM8859 | 11-06-2008 | 118.00 | | | | | 118.00 | |
| Invoice | | SM8860 | 11-07-2008 | 118.00 | | | | | 118.00 | |
| Invoice | | SM8861 | 11-07-2008 | 118.00 | | | | | 118.00 | |
| Invoice | | SM8862 | 11-07-2008 | 118.00 | | | | | 118.00 | |
| Invoice | | SM8863 | 11-07-2008 | 236.00 | | | | | 236.00 | |
| Invoice | | SM8864 | 11-07-2008 | 118.00 | | | | | 118.00 | |
| Invoice | | SM8865 | 11-07-2008 | 118.00 | | | | | 118.00 | |
| Invoice | | SM8866 | 11-07-2008 | 118.00 | | | | | 118.00 | |
| Invoice | | SM8867 | 11-07-2008 | 59.00 | | | | | 59.00 | |
| Invoice | | SM8868 | 11-07-2008 | 118.00 | | | | | 118.00 | |
| Invoice | | SM8869 | 11-07-2008 | 59.00 | | | | | 59.00 | |
| Invoice | | SM8870 | 11-07-2008 | 118.00 | | | | | 118.00 | |
| Invoice | | SM8871 | 11-07-2008 | 118.00 | | | | | 118.00 | |
| Invoice | | SM8872 | 11-07-2008 | 118.00 | | | | | 118.00 | |
| Invoice | | SM8873 | 11-07-2008 | 118.00 | | | | | 118.00 | |
| Invoice | | SM8874 | 11-07-2008 | 118.00 | | | | | 118.00 | |
| Invoice | | SM8875 | 11-07-2008 | 59.00 | | | | | 59.00 | |
| Invoice | | SM8876 | 11-07-2008 | 118.00 | | | | | 118.00 | |
| Invoice | | SM8877 | 11-07-2008 | 118.00 | | | | | 118.00 | |
| Invoice | | SM8878 | 11-07-2008 | 118.00 | | | | | 118.00 | |
| Invoice | | SM8879 | 11-07-2008 | 59.00 | | | | | 59.00 | |
| Invoice | | SM8880 | 11-07-2008 | 59.00 | | | | | 59.00 | |
| Invoice | | SM8881 | 11-07-2008 | 59.00 | | | | | 59.00 | |
| Invoice | | SM8882 | 11-07-2008 | 59.00 | | | | | 59.00 | |
| Invoice | | SM8883 | 11-07-2008 | 59.00 | | | | | 59.00 | |
| Invoice | | SM8884 | 11-07-2008 | 59.00 | | | | | 59.00 | |
| Invoice | | SM8885 | 11-07-2008 | 59.00 | | | | | 59.00 | |
| Invoice | | SM8886 | 11-07-2008 | 59.00 | | | | | 59.00 | |
| Invoice | | SM8887 | 11-07-2008 | 59.00 | | | | | 59.00 | |
| Invoice | | SM8888 | 11-07-2008 | 59.00 | | | | | 59.00 | |
| Invoice | | SM8889 | 11-07-2008 | 59.00 | | | | | 59.00 | |
| Invoice | | SM8890 | 11-07-2008 | 59.00 | | | | | 59.00 | |
| Invoice | | SM8891 | 11-07-2008 | 118.00 | | | | | 118.00 | |
| Invoice | | SM8892 | 11-07-2008 | 118.00 | | | | | 118.00 | |
| Invoice | | SM8893 | 11-07-2008 | 118.00 | | | | | 118.00 | |
| Invoice | | SM8894 | 11-07-2008 | 118.00 | | | | | 118.00 | |
| Invoice | | SM8895 | 11-07-2008 | 118.00 | | | | | 118.00 | |
| Invoice | | SM8896 | 11-07-2008 | 177.00 | | | | | 177.00 | |
| Invoice | | SM8897 | 11-07-2008 | 177.00 | | | | | 177.00 | |
| Invoice | | SM8898 | 11-07-2008 | 236.00 | | | | | 236.00 | |
| Invoice | | SM8899 | 11-07-2008 | 59.00 | | | | | 59.00 | |
| Invoice | | SM8900 | 11-07-2008 | 177.00 | | | | | 177.00 | |
| Invoice | | SM8901 | 11-07-2008 | 118.00 | | | | | 118.00 | |
| Invoice | | SM8902 | 11-07-2008 | 118.00 | | | | | 118.00 | |
| Invoice | | SM8903 | 11-07-2008 | 412.50 | | | | | 412.50 | |
| Invoice | | SM8904 | 11-07-2008 | 118.00 | | | | | 118.00 | |
| Invoice | | SM8905 | 11-07-2008 | 59.00 | | | | | 59.00 | |
| Invoice | | SM8906 | 11-07-2008 | 59.00 | | | | | 59.00 | |
| Invoice | | SM8907 | 11-07-2008 | 118.00 | | | | | 118.00 | |
| Invoice | | SM8908 | 11-07-2008 | 495.00 | | | | | 495.00 | |
| Invoice | | SM8909 | 11-07-2008 | 412.50 | | | | | 412.50 | |
| | | Maryknoll Fathers & Brothers Totals | | 6,335.00* | .00* | .00* | .00* | .00* | 6,335.00* | .00* |
| | | Report Totals | | 6,335.00* | .00* | .00* | .00* | .00* | 6,335.00* | .00* |

35509

## RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning • Heating • Ventilation
70 Marbledale Road • Tuckahoe, NY 10707
OFFICE: (914) 337-0300 • Fax: (914) 337-5404

Ticket Date 9/29/2009
Vendor _____
P.O. # _____
Old Ticket No _____
Field Ticket# _____

Ticket No. ~~21294~~
Time of Day 9:00 am
RCC Job# SC 2-0
BLDG. NO. _____

UNIT TAG/WING/FLR
FCU # 1-1
Entrance foyer next to
elevator 1st flr

Service Contract ☐   Job Service ☐   Guarantee ☐   COD ☐   Billing ☒
Name ▆▆- MARYKNOLL
Address 39TH STREET
City NEW YORK    State NY    Zip _____    Tel. No (212) 697-4470

| Make | Model | Serial | MFG. |
|---|---|---|---|
| Air Handling Unit | PFFY-P12NRMUE | 060529 | Mitsubishi |

COMPLAINT OR ORDER:    SC-Preventative Maint.

✓ Inv. 8859

REPORT:    Service Work Completed    YES ☒   NO ☐    Parts Required    YES ☐   NO ☒

beyond and cleaned entire unit checked and washed
in filter, checked blower operation cooling and heating
try Vaccuum cleaned entire cabinete, checked controls
try, started up and unit runs properly

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Ordering Information: | | | | | | |
|---|---|---|---|---|---|---|
| Date: 9/29/08 | Names: UF | 1 | 118 hrs@ | 118.00 |
| Date: | Names | | hrs@ | |
| Date: | Names | | hrs@ | |
| Date: | Names | | hrs@ | |
| | Total: | | | 118.00 |
| | Tax: | | | 0.00 |
| | Total Amount Due: | | | 118.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION

no one to sign

Customer or Authorized Signature                    Print Name

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe , NY  10707
OFFICE: (914) 337-0300 * Fax: (914) 337-5404

TicketNo. 35510

Time of Day  9:00 am

RCC-Job#  SC 20

BLDG. NO.

Ticket Date  9/28/2008
Vendor
P.O. #
Old Ticket No.
Field Ticket#

UNIT TAG/WING/FLR
AC # 201A (RM # 201)
Dining Rm 2nd flr.

Service Contract ☐   Job Service ☐   Guarantee ☐   COD ☐   Billing ☒

Name  ██ - MARYKNOLL

Address  39TH STREET
City  NEW YORK    State  NY    Zip _____    Tel  No  (212) 697-4470

| Make | Model | Serial | MFG. |
|---|---|---|---|
| Air Conditioning Unit | PTC153B00HJ-PBM | 0709036420 | Amana |

COMPLAINT OR ORDER:    SV-Start Up

2 Inv. 8860

| REPORT: | Service Work Completed    YES ☒    NO ☐ | Parts Required    YES ☐    NO ☒ |
|---|---|---|

checked and cleaned entire unit, cleaned and washed
air filter, check blower operation and heating and
cooling operation on, vaccum cleaned entire cabinet,
started up and unit runs properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Ordering  Information: | Date: 9/29/08  Names: WF | | | 1 | 118 hrs@ | | 118.00 |
| | Date: _____  Names: _____ | | | | hrs@ | | |
| | Date: _____  Names: _____ | | | | hrs@ | | |
| | Date: _____  Names: _____ | | | | hrs@ | | |
| | Total: | | | | | | 118.00 |
| | Tax: | | | | | | 0.00 |
| | Total Amount Due: | | | | | | 118.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS
INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS
ACCEPTED BY PURCHASER (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4)
PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE
HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE
ATTORNEYS FEES AND EXPENSES (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE
WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION

Customer or Authorized Signature

Print Name

35511

## RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning - Heating - Ventillation
70 Marbledale Road - Tuckahoe , NY 10707
OFFICE: (914) 337-0200 - Fax. (914) 337-5404

Ticket No. ~~34857~~
Time of Day  8:00 am
RCC-Job#  SC 20
BLDG. NO.

UNIT TAG/WING/FLR
AHU #1-1A    Conference Rm
1st floor

Ticket Date  9/29/2009
Vendor
P.O. #
Old Ticket No.
Field Ticket#

Service Contract ☐    Job Service ☐    Guarantee ☐    COD ☐    Billing ☐

Name  ■■ - MARYKNOLL

Address  39TH STREET
City  NEW YORK    State  NY    Zip    Tel. No  (212) 697-4470

| Make | Model | Serial | MFG. |
|---|---|---|---|
| Air Handling Unit | PFFY-P12NRMUE | | Mitsubishi |

COMPLAINT OR ORDER:    SC-Preventative Maint.

Inv. 8861

| REPORT: | Service Work Completed    YES ☐    NO ☑    Parts Required    YES ☐    NO ☑ |
|---|---|

Can not removed wood cover, only check units thermostat, unit cools properly. Fan is functional, need to gain access to clean filter and fan housing. checked controls operation ok, unit runs properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Ordering Information: | | Date: 9/29/08 | Names: WF | | 1 | 118 hrs@ | 118.00 |
| | | Date: | Names: | | | hrs@ | |
| | | Date: | Names: | | | hrs@ | |
| | | Date: | Names: | | | hrs@ | |
| | | Total: | | | | | 118.00 |
| | | Tax: | | | | | 0.00 |
| | | Total Amount Due: | | | | | 118.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS
INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS
ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER (4)
PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE
HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE
ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE
WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature        Print Name

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning = Heating = Ventillation
70 Marbledale Road = Tuckahoe, NY  10707
OFFICE: (914) 337-0300 = Fax: (914) 337-5404

35512

TicketNo.  34868
Time of Day  9:00 am
RCC-Job#  SC20
BLDG. NO.

UNIT TAG/WING/FLR
AC # 108 (RM # 108)

Rear of 1st floor (next to courtyard entrance + pantry)

Ticket Date  9/28/2008
Vendor
P.O.#
Old Ticket No.
Field Ticket#

Service Contract ☐    Job Service ☐    Guarantee ☐    COD ☐    Billing  X

Name  _____ - MARYKNOLL
Address  39TH STREET
City  NEW YORK    State  NY    Zip    Tel. No  (212) 697-4470

| Make | Model | Serial | MFG. |
|---|---|---|---|
| Air Conditioning Unit | PTC093B00HJ | 0708007066 | Amana |

COMPLAINT OR ORDER:    SV-Start Up

Inv. 8862

| REPORT: | Service Work Completed | YES ☑ | NO ☐ | Parts Required | YES ☐ | NO ☑ |

tried entire unit, only able to check furnise and removed and clean filter, Unit is installed thru the wall, but there is a fix desk over it that will not allow us to removed any covers. To inspect the unit started up and Unit runs properley

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Ordering Information: | | Date: 9-29-08 | Names: WF | | 1 | 118 hrs@ | 118.00 |
| | | Date: | Names: | | | hrs@ | |
| | | Date: | Names: | | | hrs@ | |
| | | Date: | Names: | | | hrs@ | |
| | | Total: | | | | | 118.00 |
| | | Tax: | | | | | 0.00 |
| | | Total Amount Due: | | | | | 118.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN. (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEY'S FEES AND EXPENSES (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

No one to Sign

Customer or Authorized Signature                    Print Name

355/3

**RICHARDS CONDITIONING CORP.**

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning • Heating • Ventilation
70 Marbledale Road • Tuckahoe , NY  10707
OFFICE: (914) 337-0900 • Fax: (914) 337-5404

Ticket No. _____ 3550

Time of Day  8:00 am

RCC Job#  _SC20_

BLDG. NO. _____

Ticket Date  9/28/2009

Vendor  _____

P.O. #  _____

Old Ticket No.  _____

Field Ticket#  _____

UNIT TAG/WING/FLR

#2-2   Kitchen 2nd floor

FLU

Service Contract ☐   Job Service ☐   Guarantee ☐   COD ☐   Billing ☒

Name  _____- MARYKNOLL_

Address  39TH STREET

City  NEW YORK   State  NY   Zip _____   Tel. No. (212) 697-4470

| Make | Model | Serial | MFG. |
|------|-------|--------|------|
| Air Handling Unit | PFK   7 | | Mitsubishi |

COMPLAINT OR ORDER:    SC Preventive Maint

alnv. 8863

REPORT:    Service Work Completed    YES ☒    NO ☐    Parts Required    YES ☐    NO ☒

tried entire unit, Removed cand cleaned air filter
1 accenu clean Cabinet customer complained about
1 water leak, started up unit there was a condens
son, cleaned and found, condensate pump/Sensor was not
running water proderly, Removed cleaned, started up and
unit runs properly

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|-------|-------------|-----|----------|-------|-------------|-----|----------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Ordering Information: | Date: 9-29-09 | Names: WF | 2 | 118 hrs@ | 236.00 |
|------------------------|---------------|-----------|---|----------|--------|
| | Date _____ | Names: _____ | | hrs@ | |
| | Date _____ | Names: _____ | | hrs@ | |
| | Date: _____ | Names: _____ | | hrs@ | |
| | Total: | | | | 236.00 |
| | Tax: | | | | 0.00 |
| | Total Amount Due: | | | | 236.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS
INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS
ACCEPTED BY PURCHASER (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER, (4)
PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE
HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE
ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE
WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature        Print Name

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-5404

355/4

Ticket No. ___34972___
Time of Day  9:00 am
RCC Job# ___220___
BLDG. NO. _____

Ticket Date  9/28/2008
Vendor _____
P.O. # _____
Old Ticket No. _____
Field Ticket# _____

UNIT TAG/WING/FLR
AC # 2018 (RM # 201)

Dining Rm 2nd flr.

Service Contract ☐   Job Service ☐   Guarantee ☐   COD ☐   Billing ☒

Name ____-MARYKNOLL
Address  39TH STREET
City  NEW YORK    State  NY    Zip _____    Tel. No  (212) 697-4470

| Make | Model | Serial | MFG. |
|------|-------|--------|------|
| Air Conditioning Unit | PTC153B00HJ-PBM | 0709036421 | Amana |

COMPLAINT OR ORDER:    Sv-Stan Up

alnu. 8864

| REPORT: | Service Work Completed | YES ☒ | NO ☐ | Parts Required | YES ☐ | NO ☐ |

Checked operation of unit. Cleaned filter, Vacuumed out unit. Checked
T-Stat. Checked Electrical connections. Checked control valve for heat mode.
Checked cooling mode. Checked air temps. unit operates properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|-------|-------------|-----|----------|-------|-------------|-----|----------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Ordering Information: | | Date: 9/29/08 | Names: David | 1 | | 118 hrs@ | 118.00 |
| | | Date: ___ | Names: ___ | | | hrs@ | |
| | | Date: ___ | Names: ___ | | | hrs@ | |
| | | Date: ___ | Names: ___ | | | hrs@ | |
| | | Total: | | | | | 118.00 |
| | | Tax: | | | | | 0.00 |
| | | Total Amount Due: | | | | | 118.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS
INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS
ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4)
PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE
HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE
ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE
WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

No One To Sign

Customer or Authorized Signature                    Print Name

**RICHARDS CONDITIONING CORP.**
Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-8404

Ticket Date 9/28/2008
Vendor
P.O. #
Old Ticket No.
Field Ticket#

TicketNo. 35515
TicketNo. 34962
Time of Day 9:00 am
RCC Job# 5C20
BLDG. NO.

UNIT TAG/WING/FLR
EX FAN #1
Roof

Service Contract ☐   Job Service ☐   Guarantee ☐   COD ☐   Billing ☐

Name ____ - MARYKNOLL
Address 39TH STREET
City NEW YORK   State NY   Zip ____   Tel. No. (212) 697-4470

| Make | Model | Serial | MFG. |
|---|---|---|---|
| Exhaust Fan | 6-121A | N/A 11060 3970710 | Greenheck |

COMPLAINT OR ORDER:   SV-Start Up

Inv. 8865

**REPORT:**   Service Work Completed   YES ☐   NO ☐   Parts Required   YES ☐   NO ☐

Checked operation of unit. Checked fan speed control + electrical connection
checked blower. Checked voltage + motor amps. Unit operates properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Ordering Information: | Date: 9/30/08 Names: Darren | 118 hrs@ | 118.00 |
|---|---|---|---|
| | Date: ____ Names: ____ | hrs@ | |
| | Date: ____ Names: ____ | hrs@ | |
| | Date: ____ Names: ____ | hrs@ | |
| | Total: | | 118.00 |
| | Tax: | | 0.00 |
| | Total Amount Due: | | 118.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS
INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS
ACCEPTED BY PURCHASER (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4)
PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE
HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE
ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE
WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature                    Print Name

35 5/6

TicketNo. 34863
Time of Day 8:00 am
RCC Job# SC 20
BLDG. NO. _____

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning · Heating · Ventilation
70 Marbledale Road · Tuckahoe , NY 10707
OFFICE: (914) 337-0900 · Fax: (914) 337-5404

Ticket Date 9/28/2008
Vendor _____
P.O. # _____
Old Ticket No. _____
Field Ticket# _____

UNIT TAG/WING/FLR
EDH #1 TV Rm 2ndflr ceiling
for ductwork on Mitsubishi FCU
2-3

Service Contract ☐ Job Service ☐  Guarantee ☐  COD ☐  Billing ☑
Name **2682 - MARYKNOLL**
Address **38TH STREET**
City **NEW YORK**  State **NY**  Zip _____  Tel. No. **(212) 697-4470**

| Make | Model | Serial | MFG. |
|---|---|---|---|
| ELECTRIC HEATER | CBK-15.00-22.00X12.00 | 500 173247-001 | WARREN |

COMPLAINT OR ORDER: SV-Start Up

2 VW. 8866

REPORT: Service Work Completed  YES ☑  NO ☐   Parts Required  YES ☑  NO ☐

Chamt entire duct water unit air flow sensor
tube needs to be replaced, change all connections
or, need to confirm with a/c control operation
it runs with FCU 2-3 with is 100% OA.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Ordering Information: | Date: 4/30/08 | Names: Will V | 1 | hrs@ 118 | 118.00 |
|---|---|---|---|---|---|
| 21 1/2"-1/4 I.D. VINYL | Date: _____ | Names: _____ | | hrs@ | |
| tubing | Date: _____ | Names: _____ | | hrs@ | |
| J. l. | Date: _____ | Names: _____ | | hrs@ | |
| 16 | Total: | | | | 118.00 |
| | Tax: | | | | 0.00 |
| | Total Amount Due: | | | | 118.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS
INSTALLED AS STATED HEREIN. (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS
ACCEPTED BY PURCHASER (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4)
PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE
HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE
ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE
WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature                    Print Name

## RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning ⁎ Heating ⁎ Ventilation
70 Marbledale Road ⁎ Tuckahoe, NY 10707
OFFICE: (914) 337-0300 ⁎ Fax: (914) 337-6404

Ticket No. 35517

Time of Day 9:00 am
RCC Job# 5C 20
BLDG. NO.

UNIT TAG/WING/FLR
AC #416 (RM #416)

Ticket Date 9/28/2008
Vendor
P.O. #
Old Ticket No.
Field Ticket#

Service Contract ☐  Job Service ☐  Guarantee ☐  COD ☐  Billing ☒

Name  MARYKNOLL
Address  39TH STREET
City  NEW YORK   State  NY   Zip
Tel. No. (212) 697-4470

| Make | Model | Serial | MFG. |
|---|---|---|---|
| Air Conditioning Unit | PTH123B50AMBP | 0708030290 | Amana |

COMPLAINT OR ORDER:  Sv-Start Up

2 MW 8867

| REPORT: | Service Work Completed | YES ☒ | NO ☐ | Parts Required | YES ☐ | NO ☒ |
|---|---|---|---|---|---|---|

Checked and cleaned entire units checked and washed air filter, checked cooling, heat and blower operation, checked tstat etc, cleaned entire cabinet, unit runs properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Ordering Information:

| | | | |
|---|---|---|---|
| Date: 9/30/08 | Names: WF | 1 1/2 hrs@ | 118 | 59.00 |
| Date: | Names: | hrs@ | |
| Date: | Names: | hrs@ | |
| Date: | Names: | hrs@ | |

Total: 59.00
Tax: 0.00
Total Amount Due: 59.00

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature                    Print Name

35518

# RICHARDS CONDITIONING CORP.
Mechanical Contractors-Design, Engineering, Installation
Air Conditioning ＊ Heating ＊ Ventilation
70 Marbledale Road ＊ Tuckahoe , NY  10707
OFFICE: (914) 337-0300 ＊ Fax: (914) 337-5404

TicketNo.  34865
Time of Day  9:00 am
RCC-Job#  SC20
BLDG. NO.

**UNIT TAG/WING/FLR**
AC #513 (RM #513)

Ticket Date  8/28/2008
Vendor
P.O.#
Old Ticket No.
Field Ticket#

Service Contract ☐    Job Service ☐    Guarantee ☐    COD ☐    Billing ☐

Name    2682 - MARYKNOLL

Address    39TH STREET
City    NEW YORK    State    NY    Zip    Tel. No  (212) 697-4470

| Make | Model | Serial | MFG. |
|------|-------|--------|------|
| Air Conditioning Unit | PBH113A35MA | 0804782743 | Amana |

COMPLAINT OR ORDER:    SV-Start Up

LMW 8868

| REPORT: | Service Work Completed | YES ☑ | NO ☐ | Parts Required | YES ☐ | NO ☑ |
|---------|------------------------|-------|------|----------------|-------|------|

Checked operation of unit. Checked T-stat & electrical connections. Cleaned filters. Vacuumed out unit. Checked coil. Checked heat mode. Checked cooling mode. Checked air temps. unit operates properly

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|-------|-------------|-----|----------|-------|-------------|-----|----------|
|       |             |     |          |       |             |     |          |
|       |             |     |          |       |             |     |          |
|       |             |     |          |       |             |     |          |
|       |             |     |          |       |             |     |          |

| Ordering Information: | Date: 10/1/08 | Names: | 118 hrs@ | 118.00 |
|------------------------|---------------|--------|----------|--------|
|                        | Date:         | Names: | hrs@     |        |
|                        | Date:         | Names: | hrs@     |        |
|                        | Date:         | Names: | hrs@     |        |
|                        | Total:        |        |          | 118.00 |
|                        | Tax:          |        |          | 0.00   |
|                        | Total Amount Due: |    |          | 118.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION

Customer or Authorized Signature                    Print Name

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning · Heating · Ventilation
70 Marbledale Road · Tuckahoe, NY  10707
OFFICE: (914) 337-0300 · Fax: (914) 337-5404

TicketNo.  35519

Ticket No.  _____
Time of Day  9:00 am
RCC-Job#  _____
BLDG. NO.  _____

UNIT TAG/WING/FLR
AC #514 (RM #514)

Ticket Date  9/29/2008
Vendor  _____
P.O.#  _____
Old Ticket No.  _____
Field Ticket#  _____

Service Contract ☐   Job Service ☐   Guarantee ☐   COD ☐   Billing ☐

Name  ____ - MARYKNOLL
Address  38TH STREET
City  NEW YORK   State  NY   Zip  _____   Tel. No.  (212) 697-4470

| Make | Model | Serial | MFG. |
|------|-------|--------|------|
| Air Conditioning Unit | PBH113A35MA | 0604783685 | Amana |

COMPLAINT OR ORDER:   SV-Start Up

Inv. 8869

REPORT:   Service Work Completed   YES ☒   NO ☐     Parts Required   YES ☐   NO ☒

Checked operation of unit. Checked T-stat + electrical connections. Vacuumed
out front. Cleaned filter. Checked coil. Checked heat mode. Checked
cooling mode. Checked air temps. Unit operates properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|-------|-------------|----|----------|-------|-------------|----|----------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Ordering Information:

| Date: 10 | 1 | 08 | Names: | | hrs@ | 1 | 59.00 |
|----------|---|----|--------|--|------|---|-------|

| Date: _____ | Names: _____ | hrs@ | |
| Date: _____ | Names: _____ | hrs@ | |
| Date: _____ | Names: _____ | hrs@ | |

Total:  59.00
Tax:  0.00
Total Amount Due:  59.00

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS
INSTALLED AS STATED HEREIN. (2) THIS WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS
ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4)
PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE
HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE
ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE
WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION

Customer or Authorized Signature                    Print Name

35520

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning ᵃ Heating ᵃ Ventilation
70 Marbledale Road ᵃ Tuckahoe, NY 10707
OFFICE: (914) 337-0300 ᵃ Fax: (914) 337-5404

TicketNo. 34867
Time of Day 9:00 am
RCC-Job# 5C 2.0
BLDG. NO.

UNIT TAG MAIN QFLR
AC #515 (RM #515)

Ticket Date 9/28/2009
Vendor
P.O. #
Old Ticket No.
Field Ticket#

Service Contract ☐    Job Service ☐    Guarantee ☐    COD ☐    Billing ☒

Name    ~~State~~ - MARYKNOLL

Address    39TH STREET

City    NEW YORK    State    NY    Zip    Tel. No. (212) 697-4470

| Make | Model | Serial | MFG. |
|---|---|---|---|
| Air Conditioning Unit | PSH083A35MA | 0804782553 | Amana |

**COMPLAINT OR ORDER:**    SV-Start Up

Inv. 8870

| REPORT: | Service Work Completed | YES ☒ | NO ☐ | Parts Required | YES ☐ | NO ☒ |

Checked operation of unit. Checked electrical connections + T-Stat. Clean
filters. Vacuumed out unit. Checked coil. Checked heat mode. Checked
cooling mode- Checked air temps. unit operates properly.

| Quant | Description | (EA) | Subtotal | Quant | Description | | | EA | Subtotal |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Ordering Information: | | Date: 10 11 08 | | Names: Arild | | | 118 hrs@ | | 118.00 |
| | | Date: | | Names: | | | hrs@ | | |
| | | Date: | | Names: | | | hrs@ | | |
| | | Date: | | Names: | | | hrs@ | | |
| | | Total: | | | | | | 118.00 | |
| | | Tax: | | | | | | 0.00 | |
| | | Total Amount Due: | | | | | | 118.00 | |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS
INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS
ACCEPTED BY PURCHASER (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4)
PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE
HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE
ATTORNEY'S FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE
WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature    Print Name

35521

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-5404

Ticket No. ~~34968~~
Time of Day  8:00 am
RCC Job#  5 ( 20
BLDG. NO.
UNIT TAG/WING/FLR
AC #517 (RM #617)

Ticket Date  9/29/2008
Vendor
P.O. #
Old Ticket No.
Field Ticket#

Service Contract ☐    Job Service ☐    Guarantee ☐    COD ☐    Billing ☒

Name  ~~2008~~ - MARYKNOLL
Address  39TH STREET
City  NEW YORK    State  NY    Zip    Tel. No  (212) 697-4470

| Make | Model | Serial | MFG. |
|------|-------|--------|------|
| Air Conditioning Unit | PBH113A35MA | 0604784054 | Amana |

**COMPLAINT OR ORDER:**   SV-Start Up

Inv. 8871

| REPORT: | Service Work Completed | YES ☒ | NO ☐ | Parts Required | YES ☐ | NO ☒ |
|---------|------------------------|-------|------|----------------|-------|------|

hund and cleaned entire Unit, cleaned and washed
~~a~~ disk filter, cleaned motor, compressor, control
in. Vaccum cleaned entire Unit, Unit runs
properly.

| Quant | Description | EA | Subtotal | Qrant | Description | EA | Subtotal |
|-------|-------------|-----|----------|-------|-------------|-----|----------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Ordering Information: | | Date: 10/1/08 | Names: WF | | 1 | 118 hrs@ | 118.00 |
| | | Date: | Names: | | | hrs@ | |
| | | Date: | Names: | | | hrs@ | |
| | | Date: | Names: | | | hrs@ | |
| | | Total: | | | | | 118.00 |
| | | Tax: | | | | | 0.00 |
| | | Total Amount Due: | | | | | 118.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS
INSTALLED AS STATED HEREIN. (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS
ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 30 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4)
PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE
HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE
ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE
WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature                          Print Name

35522

## RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe , NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-5404

TicketNo. 34870
Time of Day 9:00 am
RCC-Job# SC 20
BLDG. NO.

Ticket Date 9/28/2008
Vendor
P.O. #
Old Ticket No.
Field Ticket#

UNIT TAG/AWING/FLR
AC # 109 (R.M # 109)
Pantry (Rear of 1st floor)

Service Contract ☐  Job Service ☐  Guarantee ☐  COD ☐  Billing ☒

Name - MARYKNOLL

Address 39TH STREET
City NEW YORK  State NY  Zip  Tel. No (212) 697-4470

| Make | Model | Serial | MFG. |
|------|-------|--------|------|
| Air Conditioning Unit | PTC093600H_ | 0709096114 | Amana |

COMPLAINT OR ORDER: SV-Start Up

Inv. 8878

REPORT:  Service Work Completed  YES ☒  NO ☐    Parts Required  YES ☐  NO ☒

Checked operation of unit. Checked T-Stat. Checked electrical connections. Checked control valve for heat. Cleaned filter. Vacuumed out unit. Checked cooling mode. Checked air temps. Unit operates properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|-------|-------------|-----|----------|-------|-------------|-----|----------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Ordering Information:

| | Date: 9/29/08 Names: | | 1 hrs@ 118 | 118.00 |
| | Date: Names: | | hrs@ | |
| | Date: Names: | | hrs@ | |
| | Date: Names: | | hrs@ | |
| | Total: | | | 118.00 |
| | Tax: | | | 0.00 |
| | Total Amount Due: | | | 118.00 |

BY SIGNING THIS TICKET, PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED (6) PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION

None To Sign

Customer or Authorized Signature                    Print Name

35523

## RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-5404

Ticket No. 8873
Time of Day 9:00 am
RCC-Job# 5C20
BLDG. NO.

**UNIT TAG/WING/FLR**
AC # 204A (RM # 204)

Lounge 2nd flr

Ticket Date 9/29/2008
Vendor
P.O. #
Old Ticket No.
Field Ticket#

Service Contract ☐   Job Service ☐   Guarantee ☐   COD ☐   Billing ☒

Name        - MARYKNOLL
Address    39TH STREET
City    NEW YORK    State    NY    Zip _____    Tel. No. (212) 697-4470

| Make | Model | Serial | MFG. |
|------|-------|--------|------|
| Air Conditioning Unit | PTC153B00HJ-PBM | 0709036423 | Amana |

**COMPLAINT OR ORDER:**    SV-Start Up

& Inv. 8873

**REPORT:**    Service Work Completed    YES ☒    NO ☐    Parts Required    YES ☐    NO ☒

Checked operation of unit. Checked T-stat. Checked electrical connections.
cleaned filter. Vacuumed out unit. checked heat mode valve Checked cooling mode
checked air temps. Unit operates properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|-------|-------------|----|----------|-------|-------------|----|----------|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
| Ordering Information: |  | Date: 9/29/08 | Names: David |  |  | 1 hrs@ 118 | 118.00 |
|  |  | Date: | Names: |  |  | hrs@ |  |
|  |  | Date: | Names: |  |  | hrs@ |  |
|  |  | Date: | Names: |  |  | hrs@ |  |
|  |  | Total: |  |  |  |  | 118.00 |
|  |  | Tax: |  |  |  |  | 0.00 |
|  |  | Total Amount Due: |  |  |  |  | 118.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS
INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS
ACCEPTED BY PURCHASER (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4)
PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE
HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE
ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE
WARRANTED FOR A PERIOD OF 90 DAYS FROM INSTALLATION

No one to sign

Customer or Authorized Signature                    Print Name

35524

## RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-5404

Ticket Date 9/29/2008
Vendor
P.O. #
Old Ticket No.
Field Ticket #

Ticket No. ~~34874~~
Time of Day 9:00 am
RCC Job # SC 20
BLDG. NO.

UNIT TAG/WING/FLR
AC # 2048 (RM # 204)
Lounge 2nd flr

Service Contract ☐  Job Service ☐  Guarantee ☐  COD ☐  Billing ☒

Name ~~MARYKNOLL~~

Address 39TH STREET
City NEW YORK  State NY  Zip _____  Tel. No. (212) 697-4470

| Make | Model | Serial | MFG. |
|------|-------|--------|------|
| Air Conditioning Unit | PTC153B00HJ-P9M | 0709036422 | Amana |

COMPLAINT OR ORDER:  Start Up

alvw. 8874

REPORT:  Service Work Completed  YES ☒  NO ☐  Parts Required  YES ☐  NO ☒

Checked operation of unit. Checked T-Stat. Checked electrical connections. Cleaned filter. Vacuumed out unit. Checked control valve for heat. Checked cooling mode. checked air temps. unit operates properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|-------|-------------|-----|----------|-------|-------------|-----|----------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Ordering Information:

| Date: 9/29/08 | Names: _____ | hrs@ 118 | 118.00 |
|---|---|---|---|
| Date: | Names: | hrs@ | |
| Date: | Names: | hrs@ | |
| Date: | Names: | hrs@ | |
| | Total: | | 118.00 |
| | Tax: | | 0.00 |
| | Total Amount Due | | 118.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND/OR IS INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE OR BECKON DUE, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

No one To Sign

Customer or Authorized Signature                    Print Name

## RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe , NY  10707
OFFICE: (914) 337-0300 * Fax: (914) 337-5404

**TicketNo.** 35525
**Time of Day** 9:00 am
**RCC-Job#** 5220
**BLDG. NO.**

**UNIT TAG/WING/FLR**
TSH #1

Ticket Date  9/28/2008
Vendor
P.O. #
Old Ticket No.
Field Ticket#

Service Contract ☐   Job Service ☐   Guarantee ☐   COD ☐   Billing ☑

Name   ~~2222~~ MARYKNOLL

Address   39TH STREET
City   NEW YORK   State  NY   Zip   Tel. No  (212) 697-4470

| Make | Model | Serial | MFG. |
|------|-------|--------|------|
| SPACE HEATER | QTS-1500T | N/A | Q-MARK |

**COMPLAINT OR ORDER:**  SV-Start Up

αInv. 8875

| REPORT: | Service Work Completed | YES ☑ | NO ☐ | Parts Required | YES ☐ | NO ☑ |

Check and cleaned space heater, I installed
under sink in kitchen, check heater og elem
and control thermostat on Unit runs properly

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|-------|-------------|-----|----------|-------|-------------|-----|----------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Ordering Information: | Date: 9/30/08 Names: LLF | ½ | 1/8 hrs@ | 59.00 |
| | Date:   Names: | | hrs@ | |
| | Date:   Names: | | hrs@ | |
| | Date:   Names: | | hrs@ | |
| | Total: | | | 59.00 |
| | Tax: | | | 0.00 |
| | Total Amount Due: | | | 59.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS
INSTALLED AS STATED HEREIN .(2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS
ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4)
PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE
HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE
ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE
WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature                    Print Name

## RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning = Heating = Ventilation
70 Marbledale Road = Tuckahoe , NY  10707
OFFICE: (914) 337-0300 ' Fax: (914) 337-5404

Ticket Date  9/28/2008
Vendor  _____
P.O. #  _____
Old Ticket No.  _____
Field Ticket#  _____

TicketNo.  35526 ~~34873~~
Time of Day  9:00 am
RCC-Job#  5C20
BLDG. NO.  _____

UNIT TAGGING/FLR
PTHP #1 (RM #113)

Pantry next to TV Rm 1st flr

Service Contract ☐   Job Service ☐   Guarantee ☐   COD ☐   Billing ☒

Name  ___ - MARYKNOLL
Address  39TH STREET
City  NEW YORK   State  NY   Zip  ____   Tel. No  (212) 697-4470

| Make | Model | Serial | MFG. |
|---|---|---|---|
| PACKAGE TERMINAL HE | PTH093B**** 50 AMBP | 0709098308 | Amana |

COMPLAINT OR ORDER:  Su-Start Up

αInv. 8876

REPORT:   Service Work Completed   YES ☐   NO ☐   Parts Required   YES ☐   NO ☒

Checked operation of unit. Checked T-Stat. Vprogramed ext unit. Cleaned
filter. Checked electrical connections. Checked heat mode. Checked cooling
mode. Checked air temps. Unit operates properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

| Ordering Information: | Date: 9/29/08 Names: _____ | | 118 hrs@ | 118.00 |
|---|---|---|---|---|
|  | Date: _____ Names: _____ | | hrs@ |  |
|  | Date: _____ Names: _____ | | hrs@ |  |
|  | Date: _____ Names: _____ | | hrs@ |  |
|  | Total: | | | 118.00 |
|  | Tax: | | | 0.00 |
|  | Total Amount Due: | | | 118.00 |

BY SIGNING THIS TICKET, PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND WAS
INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS
ACCEPTED BY PURCHASER (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER (4)
PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE
HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE
ATTORNEYS FEES AND EXPENSES (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE
WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

No one to Sign

Customer or Authorized Signature          Print Name

**RICHARDS CONDITIONING CORP.**

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning - Heating - Ventilation
70 Marbledale Road - Tuckahoe, NY 10707
OFFICE: (914) 337-0300 - Fax: (914) 337-5404

TicketNo. 35527

Time of Day 9:00 am
RCC-Job# SC20
BLDG. NO.

UNIT TAG/WING/FLR
PTHP #2 (RM #112)

TV Rm 1st flr.

Ticket Date 9/28/2008
Vendor
P.O. #
Old Ticket No.
Field Ticket#

Service Contract ☐    Job Service ☐    Guarantee ☐    COD ☐    Billing ☒

Name ___ - MARYKNOLL
Address 39TH STREET
City NEW YORK    State NY    Zip    Tel No (212) 697-4470

| Make | Model | Serial | MFG. |
|---|---|---|---|
| PACKAGE TERMINAL HE | PTH123B35400 OAm BP | 0708030289 | Amana |

COMPLAINT OR ORDER:    SU-Start Up

alnu 8877

REPORT:    Service Work Completed    YES ☒    NO ☐    Parts Required    YES ☐    NO ☒

Checked operation of unit. Checked T-Stat. Checked electrical connections. Cleaned filter. Vacuumed out unit. Checked electric heat. Checked Cooling mode. Checked Air Temps. Unit operates properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Ordering Information: | Date: 9/29/08 | Names: | hrs@ | 118 | 118.00 |
|---|---|---|---|---|---|
| | Date: | Names: | hrs@ | | |
| | Date: | Names: | hrs@ | | |
| | Date: | Names: | hrs@ | | |
| | Total: | | | | 118.00 |
| | Tax: | | | | 0.00 |
| | Total Amount Due: | | | | 118.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN. (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 10 DAYS FROM INSTALLATION.

Customer or Authorized Signature

Print Name

## RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning • Heating • Ventilation
70 Marbledale Road • Tuckahoe , NY 10707
OFFICE: (914) 337-0300 • Fax: (914) 337-5404

TicketNo. 3552B ~~34880~~

Ticket Date 9/28/2008
Vendor
P.O. #
Old Ticket No.
Field Ticket#

Time of Day  9:00 am
RCC-Job#  SK 20
BLDG. NO.

UNIT TAG/WING/FLR
PTHP #4 (RM #313)
Chapel 3rd flr.

Service Contract ☐   Job Service ☐   Guarantee ☐   COD ☐   Billing ☒

Name  ~~Rose~~ - MARYKNOLL
Address  39TH STREET
City  NEW YORK   State  NY   Zip _____   Tel. No. (212) 697-4470

| Make | Model | Serial | MFG. |
|------|-------|--------|------|
| PACKAGE TERMINAL HE | PTH153B50AM | 0709034918 | Amana |

COMPLAINT OR ORDER:   SV-Start Up

Inv. 8878

REPORT:   Service Work Completed   YES ☒   NO ☐   Parts Required   YES ☐   NO ☒

Checked operation of unit. Vacuumed out unit. Cleaned filter. Checked electrical
connections. Checked T-Stat. Checked heat mode. Checked cool in mode.
Checked coil. Checked air temps. unit operates properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|-------|-------------|----|----------|-------|-------------|----|----------|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  | Ordering Information: | Date: 9/30/09 Names: Davel |  |  |  | 1 hrs@ | 118 | 118.00 |
|  |  | Date: ____ Names: ____ |  |  |  | hrs@ |  |
|  |  | Date: ____ Names: ____ |  |  |  | hrs@ |  |
|  |  | Date: ____ Names: ____ |  |  |  | hrs@ |  |
|  |  | Total: |  |  |  | hrs@ | 118.00 |
|  |  | Tax: |  |  |  |  | 0.00 |
|  |  | Total Amount Due: |  |  |  |  | 118.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND WORK IS
INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS
ACCEPTED BY PURCHASER (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4)
PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE
HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE
ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE
WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION

Customer or Authorized Signature                    Print Name

35529

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning ª Heating ² Ventilation
70 Marbledale Road ª Tuckahoe, NY 10707
OFFICE: (914) 337-0300 ª Fax: (914) 337-5404

Ticket No. __36881__
Time of Day __9:00 am__
RCC-Job # __SC20__
BLDG. NO. _____

**UNIT TAG** AWING/FLR
PTHP #5 (RM #318)

Ticket Date __9/28/2008__
Vendor _____
P.O. # _____
Old Ticket No. _____
Field Ticket # _____

Service Contract ☐   Job Service ☐   Guarantee ☐   COD ☐   Billing ☒

Name __MRES - MARYKNOLL__

Address __39TH STREET__
City __NEW YORK__   State __NY__   Zip _____   Tel. No __(212) 697-4470__

| Make | Model | Serial | MFG. |
|------|-------|--------|------|
| PACKAGE TERMINAL HE | PBH093A35MA | 0608782751 | Amana |

COMPLAINT OR ORDER:   SU-Start Up

*Inv. 8879*

| REPORT: | Service Work Completed   YES ☒   NO ☐ | Parts Required   YES ☐   NO ☒ |
|---------|----------------------------------------|-------------------------------|

*lubed and cleaned entire unit, cleaned and
washed air filter, vacuum entire cabinet
checked TSTAT blower heat and cooling ope-
ration Ok, Unit runs properly.*

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|-------|-------------|-----|----------|-------|-------------|-----|----------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Ordering Information: | Date: 9/30/08 | Names: UF | 1.8 hrs@ | 59.00 |
|-----------------------|---------------|-----------|----------|-------|
| | Date: _____ | Names: _____ | hrs@ | |
| | Date: _____ | Names: _____ | hrs@ | |
| | Date: _____ | Names: _____ | hrs@ | |
| | Total: | | | 59.00 |
| | Tax: | | | 0.00 |
| | Total Amount Due: | | | 59.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS
INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS
ACCEPTED BY PURCHASER (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4)
PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE
HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE
ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO: PARTS AND LABOR ARE
WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature                    Print Name

35530

## RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe , NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-5404

Ticket Date  9/29/2008
Vendor
P.O. #
Old Ticket No.
Field Ticket#

TicketNo.  34962
Time of Day  9:00 am
RCC-Job#  SC 20
BLDG. NO.

UNIT TAG/WING/FLR
PTHP #6 (RM #319)

Service Contract ☐   Job Service ☐   Guarantee ☐   COD ☐   Billing ☒

Name  2688* MARYKNOLL
Address  39TH STREET
City  NEW YORK    State  NY    Zip _____    Tel. No  (212) 897-4470

| Make | Model | Serial | MFG. |
|------|-------|--------|------|
| PACKAGE TERMINAL HE | /BH113A35M/D604783765 | | Amana |

COMPLAINT OR ORDER:  Sv-Stan Up

Inv. 8880

REPORT:   Service Work Completed   YES ☒   NO ☐   Parts Required   YES ☐   NO ☒

Checked operation of unit. Checked T-stat + electrical connections. Cleaned
filter. Vacuumed out unit. Checked coil. Checked heat mode. Checked
cooling mode. Checked air temps. Unit operates properly.

| Quant | Description | EA | Subtotal | Quant | Description | | EA | Subtotal |
|-------|-------------|-----|----------|-------|-------------|---|-----|----------|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Ordering Information:

| | | |
|---|---|---|
| Date: 9/30/08 | Names: David | 1/2  1 hrs@ | 118 | 59.00 |
| Date: | Names: | hrs@ | | |
| Date: | Names: | hrs@ | | |
| Date: | Names: | hrs@ | | |
| Total: | | | | 59.00 |
| Tax: | | | | 0.00 |
| Total Amount Due: | | | | 59.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND WRITE
INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS
ACCEPTED BY PURCHASER (3) PAYMENT IS DUE IN DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER (4)
PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE
HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE
ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE
WARRANTED FOR A PERIOD OF 10 DAYS FROM INSTALLATION.

Customer or Authorized Signature                    Print Name

35 531

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-5404

Ticket Date  8/28/2009
Vendor _____
P.O. # _____
Old Ticket No. _____
Field Ticket# _____

TicketNo. ~~34893~~
Time of Day  9:00 am
RCC-Job#  SC 20
BLDG. NO. _____

UNIT TAG/WING/FLR
PTHP #7 (RM #301)

Service Contract ☐    Job Service ☐    Guarantee ☐    COD ☐    Billing  ☒

Name  ~~RCC~~ - MARYKNOLL _____
Address  39TH STREET
City  NEW YORK    State  NY    Zip _____    Tel. No  (212) 697-4470

| Make | Model | Serial | MFG. |
|------|-------|--------|------|
| PACKAGE TERMINAL HE | FTH123B35AM | 0709030297 | Amana |

**COMPLAINT OR ORDER:**    SV-Start Up

∠ Inv. 8881

REPORT:    Service Work Completed    YES ☒    NO ☐    Parts Required    YES ☐    NO ☐

checand and Cleaned entire unit checand and
washed air filter, vaccum entire cabinet Clean
blower, heat and cooling operations so, Unit
runs properly

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|-------|-------------|----|----------|-------|-------------|----|----------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Ordering Information: | Date: 7/30/08 Names: LF | 1½ | 118 hrs@ | 59.00 |
|---|---|---|---|---|
| | Date: _____ Names: _____ | | hrs@ | |
| | Date: _____ Names: _____ | | hrs@ | |
| | Date: _____ Names: _____ | | hrs@ | |
| | Total: | | | 59.00 |
| | Tax: | | | 0.00 |
| | Total Amount Due: | | | 59.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS
INSTALLED AS STATED HEREIN. (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS
ACCEPTED BY PURCHASER (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4)
PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE
HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE
ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE
WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature    Print Name

35532

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning = Heating * Ventilation
70 Marbledale Road = Tuckahoe , NY  10707
OFFICE: (914) 337-0300 = Fax: (914) 337-5404

Ticket No. 34324
Time of Day  9:00 am
RCC-Job#  SC 20
BLDG. NO.

UNIT TAG WING/FLR
PTHP #8 (RM #306)

Ticket Date  9/28/2008
Vendor
P.O. #
Old Ticket No.
Field Ticket#

Service Contract ☐    Job Service ☐    Guarantee ☐    COD ☐    Billing ☒

Name  GIM - MARYKNOLL

Address  39TH STREET
City  NEW YORK    State  NY    Zip ____    Tel. No. (212) 697-4470

| Make | Model | Serial | MFG. |
|---|---|---|---|
| PACKAGE TERMINAL HE | PTH098B25AM | 0708098307 | Amana |

**COMPLAINT OR ORDER:**  SV-Start Up

αInv. 8882

| REPORT: | Service Work Completed | YES ☐ | NO ☐ | Parts Required | YES ☐ | NO ☐ |
|---|---|---|---|---|---|---|

Checked operation of unit. Checked T-stat + electrical connections. Cleaned
filter. Vacuumed out unit. Checked heat mode. Checked cooling mode.
Checked air temps. Unit operates properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Ordering Information:

| | | | | |
|---|---|---|---|---|
| Date: 9/30/08 Names: David | | 1/2 | hrs@ 118 | 59.00 |
| Date: ____ Names: ____ | | | hrs@ | |
| Date: ____ Names: ____ | | | hrs@ | |
| Date: ____ Names: ____ | | | hrs@ | |
| Total: | | | | 59.00 |
| Tax: | | | | 0.00 |
| Total Amount Due: | | | | 59.00 |

BY SIGNING THIS TICKET, PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND/OR IS
INSTALLED AS STATED HEREIN. (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS
ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4)
PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE
HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE
ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE
WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature                    Print Name

35533

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe , NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-5404

Ticket No.   34995
Time of Day   9:00 am
RCC-Job#   SC-20
BLDG. NO.

**UNIT TAG/WING/FLR**
PTHP #9 (RM # 307)

Ticket Date   9/28/2008
Vendor
P.O. #
Old Ticket No.
Field Ticket#

Service Contract ☐   Job Service ☐   Guarantee ☐   COD ☐   Billing ☒

Name   2082 - MARYKNOLL

Address   39TH STREET
City   NEW YORK   State   NY   Zip   Tel. No. (212) 697-4470

| Make | Model | Serial | MFG. |
|------|-------|--------|------|
| PACKAGE TERMINAL HE | PTH093B25AM | 0709088300 | Amana |

COMPLAINT OR ORDER:   SV-Start Up

*a Inv. 8883*

| REPORT: | Service Work Completed | YES ☒ | NO ☐ | Parts Required | YES ☐ | NO ☐ |
|---------|------------------------|-------|------|----------------|-------|------|

Check and cleaned entire unit check and
vacuum cleaned cabinet washed air filter
check, T.STAT, heat and cooling operation a
unit runs properly

| Quant | Description | U EA | Subtotal | Quant | Description | EA | Subtotal |
|-------|-------------|------|----------|-------|-------------|-----|----------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Ordering Information: | Date: 9/30/08   Names: Willy | 1.8 hrs@ | 59.00 |
|----------------------|------------------------------|----------|-------|
| | Date:   Names: | hrs@ | |
| | Date:   Names: | hrs@ | |
| | Date:   Names: | hrs@ | |
| | Total: | | 59.00 |
| | Tax: | | 0.00 |
| | Total Amount Due: | | 59.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS
INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS
ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4)
PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE
HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE
ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE
WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature                    Print Name

35534

## RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe , NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-5404

TicketNo. ~~34396~~
Time of Day 9:00 am
RCC-Job# 5C20
BLDG. NO.

UNIT TAG/WING/FLR
PTHP #10 (RM #308)

Ticket Date 8/28/2008
Vendor
P.O. #
Old Ticket No.
Field Ticket

Service Contract ☐    Job Service ☐    Guarantee ☐    COD ☐    Billing ☒

Name    ~~S?~~ - MARYKNOLL

Address    39TH STREET
City    NEW YORK    State    NV    Zip    Tel. No. (212) 697-4470

| Make | Model | Serial | MFG. |
|---|---|---|---|
| PACKAGE TERMINAL HE | PTH123B35AM | 0708030287 | Amana |

COMPLAINT OR ORDER:    SV-Start Up

Inv. 8884

REPORT:    Service Work Completed    YES ☒    NO ☐    Parts Required    YES ☐    NO ☒

Checked operation of unit. Vacumed out unit. Cleaned filter. Checked T-Stat
Checked electrical connections. Checked heat mode. Checked cooling mode.
Checked coil + air temps. Unit operates properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Ordering Information: | Date: 9/30/08 | Names: | 1 1/2 | 11.8 hrs@ | 59.00 |
|---|---|---|---|---|---|
| | Date: | Names: | | hrs@ | |
| | Date: | Names: | | hrs@ | |
| | Date: | Names: | | hrs@ | |
| | Total: | | | | 59.00 |
| | Tax: | | | | 0.00 |
| | Total Amount Due: | | | | 59.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS
INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS
ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE IN 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4)
PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE
HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE
ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE
WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature    Print Name

**RICHARDS CONDITIONING CORP.**

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning ² Heating ³ Ventilation
70 Marbledale Road *  Tuckahoe , NY  10707
OFFICE: (914) 337-0300 ³ Fax: (914) 337-5404

TicketNo.  35575

Ticket Date  9/28/2008
Vendor
P.O. #
Old Ticket No.
Field Ticket#

Time of Day  8:00 am
RCC-Job#  SC 20
BLDG. NO.

UNIT TAG/WING/FLR
PTHP #11 (RM #417)

Service Contract ☐    Job Service ☐    Guarantee ☐    COD ☐    Billing ☐

Name  2593 - MARYKNOLL

Address  59TH STREET

City  NEW YORK    State  NY    Zip    Tel. No  (212) 697-4470

| Make | Model | Serial | MFG. |
|---|---|---|---|
| PACKAGE TERMINAL HE | PBH093A35MA | 0603775271 | Amana |

COMPLAINT OR ORDER:    SV-Start Up

αℓω. 8885

| REPORT: | Service Work Completed | YES ☑ | NO ☐ | Parts Required | YES ☐ | NO ☐ |
|---|---|---|---|---|---|---|

Checked operation of unit. Cleaned filter. Vacuumed out unit. Checked electrical connections. Checked T-stat. Checked heat mode. Checked cooling mode. Checked air temps. Unit operates properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Ordering Information. | | Date: 9/30/07 | | Names: | | 1 1/2 | 118 hrs@ | 59.00 |
| | | Date: | | Names: | | | hrs@ | |
| | | Date: | | Names: | | | hrs@ | |
| | | Date: | | Names: | | | hrs@ | |
| | | Total: | | | | | | 59.00 |
| | | Tax: | | | | | | 0.00 |
| | | Total Amount Due: | | | | | | 59.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS
INSTALLED AS STATED HEREIN. (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS
ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4)
PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE
HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE
ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE
WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature

Print Name

35536

## RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning ª Heating ª Ventillation
70 Marbledale Road ª Tuckahoe , NY 10707
OFFICE: (914) 337-0300 ª Fax: (914) 337-6404

TicketNo. ~34688~
Time of Day  8:00 am
RCC-Job#  SC 20
BLDG. NO.

UNIT TAG/WING/FLR
PTHP #12 (RM #420)

Ticket Date  8/29/2008
Vendor
P.O. #
Old Ticket No.
Field Ticket#

Service Contract ☐    Job Service ☐    Guarantee ☐    COD ☐    Billing ☐

Name  ~RCC~ - MARYKNOLL
Address  39TH STREET
City  NEW YORK    State  NY    Zip    Tel. No  (212) 697-4470

| Make | Model | Serial | MFG. |
|------|-------|--------|------|
| PACKAGE TERMINAL HE | PTH093B25AM | 0708030290 | Amana |

COMPLAINT OR ORDER:    SV-Stan Up

α Inv. 88886

| REPORT: | Service Work Completed, | YES ☑ | NO ☐ | Parts Required | YES ☐ | NO ☐ |

Checked operation of unit. Cleaned filter. Vaccumed out unit. Checked
T-stat. Checked heat mode. Checked cooling mode. Checked cold & air
temps. unit operates properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|-------|-------------|-----|----------|-------|-------------|-----|----------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Ordering Information: | Date: 9/30/08  Names: T. ____  1/8  hrs@ | | 59.00 |
|---|---|---|---|
| | Date: ____  Names: ____  hrs@ | | |
| | Date: ____  Names: ____  hrs@ | | |
| | Date: ____  Names: ____  hrs@ | | |
| | Total: | | 59.00 |
| | Tax: | | 0.00 |
| | Total Amount Due: | | 59.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS
INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS
ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4)
PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE
HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE
ATTORNEY'S FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE
WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature    Print Name

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe , NY  10707
OFFICE: (914) 337-0300 * Fax  (914) 337-5404

**TicketNo.** ~~54589~~ 35537
**Time of Day** 8.00 am -
**RCC-Job#** SC 20
**BLDG. NO.** _____
**UNIT TAG/WING/FLR**
PTHP #13 (RM # 421)

Ticket Date 9/28/2008
Vendor _____
P.O. # _____
Old Ticket No. _____
Field Ticket# _____

Service Contract ☐    Job Service ☐    Guarantee ☐    COD ☐    Billing ☐

Name  ~~4588~~ - MARYKNOL _____
Address  39TH STREET
City  NEW YORK    State  NY    Zip _____    Tel. No  (212) 697-4470

| Make | Model | Serial | MFG. |
|---|---|---|---|
| PACKAGE TERMINAL HE | PTH123B35AM | 0708030291 | Amana |

**COMPLAINT OR ORDER:**   SV-Start Up

*Inv. 8887*

| REPORT: | Service Work Completed | YES ☒ | NO ☐ | Parts Required | YES ☐ | NO ☒ |
|---|---|---|---|---|---|---|

Checked operation of unit. Vacuumed out unit. Cleaned filter. Checked
T-Stat. Checked electrical connections. Checked heat mode. Checked
cooling mode. Checked air temps. unit operates properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Ordering Information: | Date: 9/30/08 | Names: _____ | 1 1/8 hrs@ | 59.00 |
|---|---|---|---|---|
| | Date: _____ | Names: _____ | hrs@ | |
| | Date: _____ | Names: _____ | hrs@ | |
| | Date: _____ | Names: _____ | hrs@ | |
| | | Total: | | 59.00 |
| | | Tax: | | 0.00 |
| | | Total Amount Due: | | 59.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS
INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS
ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4)
PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE
HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE
ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE
WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION

Customer or Authorized Signature    Print Name

35538

## RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning - Heating - Ventilation
70 Marbledale Road - Tuckahoe, NY 10707
OFFICE: (914) 337-0300 - Fax: (914) 337-5404

Ticket Date 8/28/2009
Vendor
P.O. #
Old Ticket No.
Field Ticket#

TicketNo. ~~35890~~
Time of Day 8:00 am
RCC-Job# SC20
BLDG. NO.

UNIT TAG/WING/FLR
PTHP #14 (RM #401)

Service Contract ☐   Job Service ☐   Guarantee ☐   COD ☐   Billing ☒

Name ~~3530~~ - MARYKNOLL

Address   39TH STREET
City   NEW YORK   State   NY   Zip _____   Tel. No. (212) 697-4470

| Make | Model | Serial | MFG. |
|---|---|---|---|
| PACKAGE TERMINAL HE | PTH123B35AM | 0708030288 | Amana |

**COMPLAINT OR ORDER:**   SV-Start Up

*rlnw. 8888*

| REPORT: | Service Work Completed | YES ☒ | NO ☐ | Parts Required | YES ☐ | NO ☒ |
|---|---|---|---|---|---|---|

Checend and Cleaned entire unit, checend as
Vashed air filter, chend blower, cooling and
eat operated, Ok, Chend TSTAT ok, Vaccude clax
cabinet, Unit runs properly

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Ordering Information: | | Date: 4/3/ | Names: LLF | 1/2 | 118 Hrs@ | 59.00 |
| | | Date: | Names: | | hrs@ | |
| | | Date: | Names: | | hrs@ | |
| | | Date: | Names: | | hrs@ | |
| | | Total: | | | | 59.00 |
| | | Tax: | | | | 0.00 |
| | | Total Amount Due: | | | | 59.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND WAS INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER (3) PAYMENT IS DUE 30 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature                                  Print Name

35539

**RICHARDS CONDITIONING CORP.**

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning • Heating • Ventilation
70 Marbledale Road • Tuckahoe , NY 10707
OFFICE: (914) 337-0300 • Fax: (914) 337-5404

Ticket No. ~~34694~~
Time of Day  3:00 am
RCC Job#  ~~5 - 2 D~~
BLDG. NO. _____

UNIT TAG/WING/FLR
PTHP #15 (RM #405)

Ticket Date  9/28/2008
Vendor _____
P.O. # _____
Old Ticket No. _____
Field Ticket# _____

Service Contract ☐    Job Service ☐    Guarantee ☐    COD ☐    Billing ☒

Name    ~~#### -~~ MARYKNOLL _____

Address    39TH STREET _____
City    NEW YORK    State    NY    Zip _____    Tel. No. (212) 697-4470

| Make | Model | Serial | MFG. |
|---|---|---|---|
| PACKAGE TERMINAL HE | PTH093B25AM | 0709098304 | Amana |

**COMPLAINT OR ORDER:**    SV-Start Up

Inv. 8889

**REPORT:**    Service Work Completed    YES ☒    NO ☐    Parts Required    YES ☐    NO ☒

Cleaned and Cleaned entire Unit cleaned and
washed air filter, Vaccum clean entire cab
net, Checked cooling, heat, and fan operato
sr. Clean Thermostat on Unit reset properly

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Ordering  Information: | Date: 4/30/08  Names: UF | 1/2 | 118 hrs@ | 59.00 |
|---|---|---|---|---|
| | Date: _____  Names: _____ | | hrs@ | |
| | Date: _____  Names: _____ | | hrs@ | |
| | Date: _____  Names: _____ | | hrs@ | |
| | Total: | | | 59.00 |
| | Tax: | | | 0.00 |
| | Total Amount Due: | | | 59.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS
INSTALLED AS STATED HEREIN. (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS
ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4)
PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE
HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE
ATTORNEYS FEES AND/EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE
WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

_____
Customer or Authorized Signature

_____
Print Name

TicketNo. ~~35890~~

35540

## RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning = Heating = Ventilation
70 Marbledale Road = Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-5404

Ticket Date 9/29/2009
Vendor
P.O. #
Old Ticket No.
Field Ticket#

Time of Day  9:00 am
RCC-Job# SC 2-0
BLDG. NO.

UNIT 3A GM/WING/FLR
PTHP # 16 (RM # 409)

Service Contract ☐    Job Service ☐    Guarantee ☐    COD ☐    Billing ☒

Name  ~~3886~~ - MARYKNOLL
Address  39TH STREET
City  NEW YORK    State  NY    Zip _____    Tel.. No. (212) 697-4470

| Make | Model | Serial | MFG. |
|------|-------|--------|------|
| PACKAGE TERMINAL HE | PTH123E35AM | 0708088301 | Amana |

**COMPLAINT OR ORDER:**  SV-Start Up

✗ lmv 8890

**REPORT:**    Service Work Completed    YES ☒    NO ☐    Parts Required    YES ☐    NO ☐

checked and cleaned entire unit, checked blower
heat and cooling operations Ok, cleaned and washed
air filter, vaccum cleaned cabinet, started up
and unit runs properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|-------|-------------|-----|----------|-------|-------------|-----|----------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Ordering Information. | | |
|---|---|---|
| Date: 9/30/09 Names: ret | 118 hrs@ | 59.00 |
| Date: _____ Names: _____ | hrs@ | |
| Date: _____ Names: _____ | hrs@ | |
| Date: _____ Names: _____ | hrs@ | |
| Total: | | 59.00 |
| Tax: | | 0.00 |
| Total Amount Due: | | 59.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS
INSTALLED AS STATED HEREIN. (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS
ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4)
PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE
HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE
ATTORNEYS FEES AND EXPENSES (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE
WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature                    Print Name

35541

**RICHARDS CONDITIONING CORP.**

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-8404

Ticket Date 9/28/2008
Vendor _____
P.O. # _____
Old Ticket No. _____
Field Ticket# _____

TicketNo. 34893
Time of Day  9:00 am
RCC Job#  SC 20
BLDG. NO. _____

UNIT TAG/WING/FLR
PTHP # 17 (RM # 410)

Service Contract ☐    Job Service ☐    Guarantee ☐    COD ☐    Billing ☒

Name  ____ - MARYKNOLL

Address  39TH STREET
City  NEW YORK    State  NY    Zip _____    Tel  No. (212) 697-4470

| Make | Model | Serial | MFG. |
|---|---|---|---|
| PACKAGE TERMINAL HE | PTHD093B250AMBP | 0709098302 | Amana |

COMPLAINT OR ORDER:    Sv-Start Up

αlmw. 8891

REPORT:    Service Work Completed    YES ☐    NO ☐    Parts Required    YES ☐    NO ☐

Checked operation of unit. Vacuumed out unit. Cleaned filter. Checked T-stat + electrical connections. Checked heat mode. Checked cooling mode. Checked coil + air temps. Unit operates properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Ordering Information: | | | | |
|---|---|---|---|---|
| | Date: 4/3/11  Names: | | 118 hrs@ | 118.00 |
| | Date: _____  Names: _____ | | hrs@ | |
| | Date: _____  Names: _____ | | hrs@ | |
| | Date: _____  Names: _____ | | hrs@ | |
| | Total: | | | 118.00 |
| | Tax: | | | 0.00 |
| | Total Amount Due: | | | 118.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature ..    Print Name

35542

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-5404

TicketNo. 34204
Time of Day 8:00 am
RCC-Job# SC20
BLDG. NO.

UNIT TAG/WING/FLR
PTHP #18 (RM #504)

Ticket Date 9/29/2008
Vendor
P.O. #
Old Ticket No.
Field Ticket#

Service Contract ☐   Job Service ☐   Guarantee ☐   COD ☐   Billing ☑

Name  34689 - MARYKNOLL

Address  39TH STREET
City  NEW YORK      State  NY      Zip          Tel. No. (212) 697-4470

| Make | Model | Serial | MFG. |
|------|-------|--------|------|
| PACKAGE TERMINAL HE | PTH093E35AMNBP | 0708030283 | Amana |

COMPLAINT OR ORDER:   SU-Start Up

Inv. 8892

| REPORT: | Service Work Completed | YES ☑ | NO ☐ | Parts Required | YES ☐ | NO ☑ |

Checked operation of unit. Checked T-Stat & electrical connections.
Cleaned filter. Vacuumed out unit. Checked heat mode. Checked cooling
mode. Checked coil & air temps. Unit operates properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|-------|-------------|-----|----------|-------|-------------|-----|----------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Ordering Information: | | Date: 10/1/08 | Names: David | | | 1 hrs@ 118 | 118.00 |
| | | Date: | Names: | | | hrs@ | |
| | | Date: | Names: | | | hrs@ | |
| | | Date: | Names: | | | hrs@ | |
| | | Total: | | | | | 118.00 |
| | | Tax: | | | | | 0.00 |
| | | Total Amount Due: | | | | | 118.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS
INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS
ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4)
PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE
HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE
ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE
WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature                    Print Name

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe , NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-5404

Ticket No. 35543 ~~34895~~
Time of Day 9:00 am
RCC-Job# 3C20
BLDG. NO.

UNIT TAG/WING/FLR
PTHP #19 (RM #501)

Ticket Date 9/29/2008
Vendor
P.O. #
Old Ticket No.
Field Ticket#

Service Contract ☐   Job Service ☐   Guarantee ☐   COD ☐   Billing ☑

Name  ~~5058~~ - MARYKNOLL

Address  39TH STREET

City  NEW YORK   State  NY   Zip   Tel. No  (212) 697-4470

| Make | Model | Serial | MFG. |
|---|---|---|---|
| PACKAGE TERMINAL HE | PTH123B350AMBP | 0709098305 | Amana |

COMPLAINT OR ORDER:   SV-Start Up

Inv. 8893

REPORT:   Service Work Completed   YES ☑   NO ☐   Parts Required   YES ☐   NO ☐

Checked operation of unit. Cleaned filter. Vaccumed out unit.
Chect. flat + electrical connections. Checked coil. Checked heat mode.
Checked cooling mode. Checked air temps. unit operates properly.

| Quant | Description | EA | Subtotal | Qaunt | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Ordering  Information:

| | | |
|---|---|---|
| Date: 10/1/08 | Names: Kath | hrs@  118.00 |
| Date: | Names: | hrs@ |
| Date: | Names: | hrs@ |
| Date: | Names: | hrs@ |
| | Total: | 118.00 |
| | Tax: | 0.00 |
| | Total Amount Due: | 118.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS
INSTALLED AS STATED HEREIN. (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS
ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4)
PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE
HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE
ATTORNEY'S FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE
WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature                    Print Name

TicketNo. 35544

## RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning ⁴ Heating ⁴ Ventilation
70 Marbledale Road ⁴ Tuckahoe , NY 10707
OFFICE: (914) 337-0300 ⁴ Fax: (914) 337-5404

Ticket Date  9/28/2009
Vendor _____
P.O. # _____
Old Ticket No. _____
Field Ticket# _____

TicketNo. 34996
Time of Day  9:00 am
RCC Job#  5720
BLDG. NO. _____

**UNIT TAG/WING/FLR**
PTHP #20 (RM #506)

Service Contract ☐  Job Service ☐  Guarantee ☐  COD ☐  Billing ☐

Name  MARYKNOLL
Address  39TH STREET
City  NEW YORK    State  NY    Zip _____    Tel. No. (212) 697-4470

| Make | Model | Serial | MFG. |
|---|---|---|---|
| PACKAGE TERMINAL HE | PTH123B350AMBP | 0708030299 | Amana |

COMPLAINT OR ORDER:    SU-Start Up

Inv. 8894

REPORT:  Service Work Completed  YES ☑  NO ☐    Parts Required  YES ☑  NO ☑

Checked and Cleaned entire unit, checed and washed
air filter, Cleaned compresser, blower and electric
reath'er, cleaned Thermostat and it is defective, rep
aced with temporally Thermostat Until new one is
available for replacemt, Unit runs properly.

| Quant | Description | EA | Subtotal | Quant | Description | U | EA | Subtotal |
|---|---|---|---|---|---|---|---|---|
| (1) 1856-0471 Rebate | | | | (1) | T8775C-1005 | 2c50 | N/C | |
| Roder Tstat | | | | | | | | |
| Temporally Needs Rplace | | T/C | | | NOTE: I'd found a thermosta | | | |
| | | | | | in the basement and replac | | | |
| | | | | | unit runs properly | | | |

| Ordering Information: | Date: 10/1/08 | Names: WF | 1 | hrs@ 118 | 118.00 |
|---|---|---|---|---|---|
| | Date: _____ | Names: _____ | | hrs@ | |
| | Date: _____ | Names: _____ | | hrs@ | |
| | Date: _____ | Names: _____ | | hrs@ | |
| | Total: | | | | 118.00 |
| | Tax: | | | | 0.00 |
| | Total Amount Due: | | | | 118.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS
INSTALLED AS STATED HEREIN. (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS
ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4)
PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE
HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST-DUE AMOUNTS AND REASONABLE
ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE
WARRANTED FOR A PERIOD OF 20 DAYS FROM INSTALLATION.

Customer or Authorized Signature _____    Print Name _____

**RICHARDS CONDITIONING CORP.**

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning - Heating - Ventilation
70 Marbledale Road - Tuckahoe, NY 10707
OFFICE: (914) 337-0300 - Fax: (914) 337-5404

Ticket No. 35545
Time of Day 9:00 am
RCC-Job# 5C20
BLDG. NO.

UNIT TAG/AWING FLR
#1-18  Conference Rm
FCu    1st floor

Ticket Date 9/28/2009
Vendor
P.O. #
Old Ticket No.
Field Ticket#

Service Contract ☐   Job Service ☐   Guarantee ☐   COD ☐   Billing ☒

Name ___ MARYKNOLL

Address  39TH STREET
City  NEW YORK   State  NV   Zip _____   Tel. No. (213) 697-4470

| Make | Model | Serial | MFG. |
|------|-------|--------|------|
| Air Handling Unit | PFFY-P12NRMU | | Mitsubishi |

COMPLAINT OR ORDER:   SC-Preventative Maint.  *Mark locations on ticket*   Inv. 8895

| REPORT: | Service Work Completed | YES ☐ | NO ☐ | Parts Required | YES ☐ | NO ☐ |

ould not remove wooden encasement from fan coil unit. Carpenters need
o allowances to FCu. I was able to check T-Stat. Fan speed control, and air
emps. unit is cooling properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|-------|-------------|-----|----------|-------|-------------|-----|----------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Ordering Information:

| | Date: 9/29/08 | Names: David | | 118 hrs@ | 118.00 |
|--|--|--|--|--|--|
| | Date: | Names: | | hrs@ | |
| | Date: | Names: | | hrs@ | |
| | Date: | Names: | | hrs@ | |
| | Total: | | | | 118.00 |
| | Tax: | | | | 0.00 |
| | Total Amount Due: | | | | 118.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS (1) ALL WORK HAS BEEN PERFORMED AND PARTS
INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS
ACCEPTED BY PURCHASER (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER (4)
PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE
HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE
ATTORNEYS FEES AND EXPENSES (5) UNLESS OTHERWISE EXPRESSLY AGREED TO VAULTS AND EQUIPMENT
WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION

Customer or Authorized Signature                     Print Name

35546

## RICHARDS CONDITIONING CORP.
Mechanical Contractors-Design, Engineering, Installation
Air Conditioning ³ Heating ⁴ Ventilation
70 Marbledale Road ² Tuckahoe , NY  10707
OFFICE: (914) 337-0300 ³ Fax: (914) 337-5484

TicketNo. ~~34506~~
Time of Day  9:00 am
RCC-Job#  SC272
BLDG. NO.

Ticket Date  9/29/2008
Vendor
P.O. #
Old Ticket No.
Field Ticket#

UNIT TAG/WING/FLR
#231 #2-1
FCU
2nd floor TV Rm ceiling

Service Contract ☐    Job Service ☐    Guarantee ☐    COD ☐    Billing ☒

Name    ~~8884~~ MARYKNOLL

Address  39TH STREET
City  NEW YORK    State  NY    Zip    Tel  No  (212) 697-4470

| Make | Model | Serial | MFG |
|------|-------|--------|-----|
| Air Handling Unit / Furnace | PEFY-P24NMHUE | 58W00053 | Mitsubishi |

COMPLAINT OR ORDER:    SC-Preventative Maint.

ℓℓw. 8896

REPORT:    Service Work Completed    YES ☒    NO ☐    Parts Required    YES ☒    NO ☐

Checked unit, cleaned entire, cleaned air filter is
way plugged, vacuum cleaned, need to order for spec
size, cleaned blower, refrigeration and control
operation ok, unit runs properly

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|-------|-------------|----|----|-------|-------------|----|----|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Ordering Information:    Date: 9/30/08    Names: Willy    1 1/2 x 118    177.00

@Box 13¼x21+1    Date:    Names:    hrs@

ply filter,    Date:    Names:    hrs@

J.P.    Date:    Names:    hrs@

| Total: | 177.00 |
|--------|--------|
| Tax: | 0.00 |
| Total Amount Due: | 177.00 |

BY SIGNING THIS TICKET, PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND/OR
INSTALLED AS STATED HEREON (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS
ACCEPTED BY PURCHASER (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER (4)
PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE
HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE
ATTORNEYS FEES AND EXPENSES (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE
WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION

Customer or Authorized Signature    Print Name

35547

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning = Heating = Ventilation
70 Marbledale Road = Tuckahoe , NY 10707
OFFICE: (914) 337-0300 = Fax: (914) 337-5404

Ticket Date 9/28/2009
Vendor
P.O. #
Old Ticket No.
Field Ticket#

TicketNo. 34902
Time of Day 2:00 am
RCC-Job# 5CZ0
BLDG. NO.

UNIT TAG/WING/FLR
#23
FCU
2nd floor TV Rm Ceiling

Service Contract ☐  Job Service ☐  Guarantee ☐  COD ☐  Billing ☒
Name — MARYKNOLL
Address  39TH STREET
City  NEW YORK   State  NY   Zip   Tel. No  (212) 697-4470

| Make | Model | Serial | MFG. |
|---|---|---|---|
| Air Handling Unit Fan Coil | PEFY-P48NMHDUE | 61W00214 | Mitsubishi |
| COMPLAINT OR ORDER: | SC-Preventative Maint. | | |

VMW 8897

REPORT:  Service Work Completed  YES ☒  NO ☐   Parts Required  YES ☒  NO ☐

Went entire unit, checked and cleaned air filter,
ordered new bills, they have to be special ordered
and controls on Need. To Confirm with ACL, outside
air damper operation, since this Unit is 100% O.A
they need to do — their program.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Ordering Information:

DBox 24x6½ X/

filters 40%

slanted S.

16 1

| | Date: 9/30/08 | Names: Willy | 1½ | hrs@ | 118 | 177.00 |
|---|---|---|---|---|---|---|
| | Date: | Names: | | hrs@ | | |
| | Date: | Names: | | hrs@ | | |
| | Date: | Names: | | hrs@ | | |
| | Total: | | | | | 177.00 |
| | Tax: | | | | | 0.00 |
| | Total Amount Due: | | | | | 177.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS
INSTALLED AS STATED HEREIN. (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS
ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4)
PURCHASER SHALL PAY ANY AND ALL COSTS INCLUDED BY SELLER IN COLLECTING ANY AMOUNTS DUE
HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE
ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE
WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature                    Print Name

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe , NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-5404

TicketNo. ~~34903~~ 35548
Time of Day 4:00 am
RCC-Job SC 20
BLDG. NO.

UNIT TAG/WING/FLR
ACCU #1

Ticket Date 9/28/2008
Vendor
P.O. #
Old Ticket No.
Field Ticket#

Service Contract ☐    Job Service ☐    Guarantee ☐    COD ☐    Billing ☒

Name ~~Mark~~ - MARYKNOLL

Address  39TH STREET
City  NEW YORK    State  NY    Zip    Tel: No (212) 697-4470

| Make | Model | Serial | MFG. |
|------|-------|--------|------|
| Air Cooled Condensing Ur | PURY-P108TGMU-A | 6XW00227 | Mitsubishi |

COMPLAINT OR ORDER:    SC-Preventative Maint.

Inv. 8898

REPORT:    Service Work Completed    YES ☒    NO ☐    Parts Required    YES ☐    NO ☒

Found and cleaned entire unit, Chemically cleaned
condenser coil, strained out bended fins on coils,
clean refrigeration System, compressor, VFD's and
condenser fan on, cleaned pressures and electrical
connections unit runs properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|-------|-------------|-----|----------|-------|-------------|-----|----------|
| (1) | 5 gallon Coil Cleaner (V) | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Ordering Information: | Date: 10/1/08 | Names: WF | 2 | hrs@ 118 | 236.00 |
|----------------------|------|-------|---|------|--------|
| | Date: | Names: | | hrs@ | |
| | Date: | Names: | | hrs@ | |
| | Date: | Names: | | hrs@ | |
| | | | Total: | | 236.00 |
| | | | Tax: | | 0.00 |
| | | | Total Amount Due: | | 236.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS. (1) ALL WORK HAS BEEN PERFORMED AND IS
INSTALLED AS STATED HEREIN. (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS
ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4)
PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNT DUE
HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE
ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE
WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature                    Print Name

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning - Heating - Ventilation
70 Marbledale Road - Tuckahoe , NY 10707
OFFICE: (914) 337-0300 - Fax: (914) 337-6404

Ticket No. 35549

Ticket Date 9/28/2009
Vendor
P.O. #
Old Ticket No.
Field Ticket#

Time of Day 9:00 am
RCC Job# SC 320
BLDG. NO.

UNIT TAG/WING/FLR.
B.C. CONTROLLER

Service Contract ☐    Job Service ☐    Guarantee ☐    COD ☐    Billing ☐

Name — MARYKNOLL

Address  39TH STREET

City  NEW YORK    State  NY    Zip    Tel. No. (212) 697-4470

| Make | Model | Serial | MFG. |
|------|-------|--------|------|
| CONTROLS |  |  | Mitsubishi |

COMPLAINT OR ORDER:    SC-Preventative Maint.    Inv. 8899

| REPORT: | Service Work Completed | YES ☑ | NO ☐ | Parts Required | YES ☐ | NO ☐ |
|---------|------------------------|-------|------|----------------|-------|------|

Checked operation of unit. Checked piping for leaks- none. Checked insulation. Checked refrigerant pressures. Unit operates properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|-------|-------------|-----|----------|-------|-------------|-----|----------|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  | Ordering Information: | Date: 10/1/08 | Names: David | 1½ | 118 hrs@ | 59.00 |
|  |  | Date: | Names: | hrs@ |  |
|  |  | Date: | Names: | hrs@ |  |
|  |  | Date: | Names: | hrs@ |  |
|  |  | Total: |  |  | 59.00 |
|  |  | Tax: |  |  | 0.00 |
|  |  | Total Amount Due: |  |  | 59.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN. (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature    Print Name

35550

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe , NY  10707
OFFICE: (914) 337-0300 * Fax: (914) 337-5404

Ticket No. 35169
Time of Day  9:00 am
RCC-Job#  3(20
BLDG. NO.

Ticket Date  10/1/2008
Vendor
P.O. #
Old Ticket No.
 Field Ticket#

UNIT TAG/WING/FLR

DHWH 1
Basement

Service Contract ☐  Job Service ☐   Guarantee ☐   COD ☐   Billing  ☒
Name   #### - MARYKNOLL
Address   39TH STREET
City   NEW YORK    State   NY    Zip             Tel. No. (212) 69_

| Make | Model | Serial | MFG. |
|------|-------|--------|------|
| Domestic Hot water heater | D38T1553 N | YA068 7268 | Bradford White |

COMPLAINT OR ORDER:    SC-Preventative Maint.

Inv. 8900

REPORT:   Service Work Completed   YES ☒   NO ☐    Parts Required   YES ☐   NO ☒

Checked operation of unit. Checked electrical connections & T-Stat.
Checked exhaust damper. Checked gas valve. Checked burners & manifold.
Checked piping for leaks-none. Checked water temps. Unit running properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|-------|-------------|-----|----------|-------|-------------|-----|----------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Ordering Information:

| | | | |
|---|---|---|---|
| Date: 10/1/08 | Names: David | 1 1/2 | 118 hrs@ | 177.00 |
| Date: | Names: | | hrs@ | |
| Date: | Names: | | hrs@ | |
| Date: | Names: | | hrs@ | |

Total.  177.00
Tax:  0.00
Total Amount Due:  177.00

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS
INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS
ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4)
PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE
HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE
ATTORNEY FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE
WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION

Customer or Authorized Signature                    Print Name

3555/

## RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-6404

TicketNo. ~35170
Time of Day  8:00 am
RCC-Job#  SCTC
BLDG. NO.

UNIT TAG/WING/FLR.

Ticket Date  10/1/2008
Vendor
P.O. #
Old Ticket No.
Field Ticket#

2 Domestic hot water
Pumps
Basement

Service Contract ☐   Job Service ☐   Guarantee ☐   COD ☐   Billing ☐

Name  2683 - MARYKNOLL
Address  39TH STREET
City  NEW YORK    State  NY    Zip _____    Tel  No  (212) 697-4470

| Make | Model | Serial | MFG. |
|------|-------|--------|------|
| B & G | 102-2-13 | | |

COMPLAINT OR ORDER:   SG-Preventative Maint.

Jlm. 8901

REPORT:   Service Work Completed   YES ☑   NO ☐   Parts Required   YES ☐   NO ☑

... a and .... four, ... all .....
Cleaned ..... .... .... water cleaned, ....
.... bottom of ... .... water cleaned, ....
in be,

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|-------|-------------|-----|----------|-------|-------------|-----|----------|
| 2 | pumps lubrication w/ (VB) | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Ordering Information:

| | Date | Names | | hrs@ | |
|--|------|-------|--|------|--|
| | 10/1/08 | 9LF | 1 | | 118.00 |
| | Date: | Names: | | hrs@ | |
| | Date: | Names: | | hrs@ | |
| | Date: | Names: | | hrs@ | |
| | Total: | | | | 118.00 |
| | Tax: | | | | 0.00 |
| | Total Amount Due: | | | | 118.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS
INSTALLED AS STATED HEREIN. (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS
ACCEPTED BY PURCHASER. (2) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER (4)
PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE
HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE
ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE
WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION

Customer or Authorized Signature                    Print Name

3.5552

## RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe , NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-5404

TicketNo. 35174
Time of Day  9:00 am
RCC-Job#
BLDG. NO.

UNIT TAG/WING/FLR

Ticket Date  10/1/2008
Vendor
P.O. #
Old Ticket No.
Field Ticket#

DHW Storage tank
Basement

Service Contract ☐   Job Service ☐   Guarantee ☐   COD ☐   Billing ☒

Name   2683 - MARYKNOLL

Address   39TH STREET
City   NEW YORK   State   NY   Zip   Tel. No  (212) 697-4470

| Make | Model | Serial | MFG. |
|------|-------|--------|------|
| Bradlor A-White M3ST 12R5 | | WM 2818 040 | |

COMPLAINT OR ORDER:   SC-Preventative Maint.

a lm. 8908

REPORT:   Service Work Completed   YES ☒   NO ☐   Parts Required   YES ☐   NO ☒

Checked and cleaned tank, changed all connectors
a; Checked pressure gauge, and temperature gauge
Drained bottom of tank until water cleared, Unit
runs on

| Quant | Description | EA. | Subtotal | Quant | Description | EA. | Subtotal |
|-------|-------------|-----|----------|-------|-------------|-----|----------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Ordering Information:

| | Date: 10/1/08 | Names: W/F | | 1 | hrs@ 118 | 118.00 |
|--|---------------|------------|--|---|----------|--------|
| | Date: | Names: | | | hrs@ | |
| | Date: | Names: | | | hrs@ | |
| | Date: | Names: | | | hrs@ | |
| | Total: | | | | | 118.00 |
| | Tax: | | | | | 0.00 |
| | Total Amount Due: | | | | | 118.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND/OR IS INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASED. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature                    Print Name

# RICHARDS CONDITIONING CORP.

**Mechanical Contractors - Design, Engineering, Installation**
**Air Conditioning ▪ Heating ▪ Ventilation**

70 MARBLEDALE ROAD ▪ TUCKAHOE, NY 10707
Office: (914) 337-0300 ▪ Fax: (914) 337-5404
rcc@richardsconditioning.com

61927

NO. 35553

Ticket Date **10-01-08**

Vendor _____
P.O. # _____
Old Ticket No. _____

Time of Day _____ Outside Air Temp. _____
RCC-JOB # _____
BLDG. NO. _____
FLOOR NO. _____
WING _____
UNIT TAG _____
TEL. NO. _____

SERVICE CONTRACT ☐   JOB SERVICE ☐   GUARANTEE ☐   C.O.D. ☐   BILLING ☒

NAME **Maryanell**
ADDRESS **171 39th Street**
CITY **NYC**   STATE **NY**   ZIP _____

| MAKE | MODEL | SERIAL | MFG. |
|------|-------|--------|------|
|      |       |        |      |

COMPLAINT OR ORDER: **Travel time**      **Inv. 8903**

| SERVICE WORK COMPLETED | YES ☐ NO ☐ | PARTS REQUIRED | YES ☐ NO ☐ |

**Travel time from shop 6:30 Am TO 7:30 Am**
**Travel Time from Maryanell 2:00 P.M TO 3:30**

EXPIRATION TIME   EXPIRATION DATE

AREA   MACHINE   AMT PAID   START TIME

NYC DOT-BUREAU OF PARKING
DISPLAY ON DRIVER'S SIDE
OF DASHBOARD

NYC DOT-BUREAU OF PARKING
DISPLAY ON DRIVER'S SIDE
OF DASHBOARD

| Parts Ordering Information | Date **10-1-08** Names **w/ parts** | **2** hrs@ **65** | **418.50** |
|---|---|---|---|
|   | Date _____ Names _____ | hrs@ |   |
|   | Date _____ Names _____ | hrs@ |   |
|   | Total |   | **412.50** |
|   | Tax |   | **0.00** |
|   | Total Amount Due |   | **412.50** |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS. (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN. (2) THE
WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN
INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER,
INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE
EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

**CUSTOMER OR AUTHORIZED SIGNATURE**          **PRINT NAME**

# RICHARDS CONDITIONING CORP.

Mechanical Contractors - Design, Engineering, Installation
Air Conditioning • Heating • Ventilation

70 MARBLEDALE ROAD • TUCKAHOE, NY 10707
Office: (914) 337-0300 • Fax: (914) 337-5404
rcc@richardsconditioning.com

NO. **35554**

Ticket Date _____
Vendor _____
P.O. # _____
Old Ticket No. _____

Time of Day _____   Outside Air Temp. _____
RCC JOB # **5620**
BLDG. NO. _____
FLOOR NO. **1**
WING **Office**
UNIT TAG **FCU 1-2**
TEL. NO. _____

SERVICE CONTRACT ☐   JOB SERVICE ☐   GUARANTEE ☐   C.O.D. ☐   BILLING ☒

NAME **Mary Knoll**
ADDRESS **39th St**
CITY **New York**   STATE **NY**   ZIP _____

| MAKE | MODEL | SERIAL | MFG. |
|---|---|---|---|
| Fan Coil Unit | PFFY-P12NKMUE | 061011 | Mitsubishi |

COMPLAINT OR ORDER: **Preventative Maintenance**

| SERVICE WORK COMPLETED   YES ☒   NO ☐ | PARTS REQUIRED   YES ☐   NO ☒ |
|---|---|

lued and cleaned entire unit, chead and
jashed air filter, vaccum cleaned entire cabi
chead controls, blower operation, heat
nd cooling sy started up and Unit
un properly.

Inv. 8904

| Parts List | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| Parts Ordering Information | Date **9/29/08** Names **LH** | | hrs@ **118** | **118.00** |
|---|---|---|---|---|
| | Date | Names | hrs@ | |
| | Date | Names | hrs@ | |
| | | Total | | **118.00** |
| | | Tax | | **0.00** |
| | | Total Amount Due | | **118.00** |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN. (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

No One to Sign here

**CUSTOMER OR AUTHORIZED SIGNATURE**         **PRINT NAME**

# RICHARDS CONDITIONING CORP.

Mechanical Contractors - Design, Engineering, Installation
Air Conditioning • Heating • Ventilation

70 MARBLEDALE ROAD • TUCKAHOE, NY 10707
Office: (914) 337-0300 • Fax: (914) 337-5404
rcc@richardsconditioning.com

NO. **35555**

Ticket Date _____
Vendor _____
P.O. # _____
Old Ticket No. _____

Time of Day _____ Outside Air Temp. _____
RCC JOB # _5C 20_

SERVICE CONTRACT ☐   JOB SERVICE ☐   GUARANTEE ☐   C.O.D. ☐   BILLING ☒

BLDG. NO. _____
FLOOR NO. _Roof_

NAME _Mary Knoll_

WING _Serve's Hallway_

ADDRESS _25 SH_

UNIT TAG _EF 3_

CITY _New York_   STATE _____ ZIP _____   TEL. NO. _____

| MAKE | MODEL | SERIAL | MFG. |
|------|-------|--------|------|
| Exhaust fan | 6-131 A | 110603990710 | Greenheck |

COMPLAINT OR ORDER: _Preventative Maintenance_

**SERVICE WORK COMPLETED   YES ☒   NO ☐     PARTS REQUIRED   YES ☐   NO ☒**

Checked operation of unit. Checked fan speed control and electrical connection.
Checked blower. Checked voltages and motor amps. unit operates properly.

dw. 8905

| Parts List | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Parts Ordering Information | Date 9/30/08 Names David | ½ | hrs@18 | 54.00 |
|---|---|---|---|---|
| | Date ___ Names ___ | | hrs@ | |
| | Date ___ Names ___ | | hrs@ | |
| | Total | | | 54.00 |
| | Tax | | | 0.00 |
| | Total Amount Due | | | 54.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS. (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN. (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

**CUSTOMER OR AUTHORIZED SIGNATURE            PRINT NAME**

Exhibit PB

# RICHARDS CONDITIONING CORP.

Mechanical Contractors - Design, Engineering, Installation
Air Conditioning • Heating • Ventilation

70 MARBLEDALE ROAD • TUCKAHOE, NY 10707
Office: (914) 337-0300 • Fax: (914) 337-5404
rcc@richardsconditioning.com

NO. 35556

| | |
|---|---|
| Ticket Date | |
| Vendor | |
| P.O. # | |
| Old Ticket No. | |

Time of Day _____ Outside Air Temp: _____

RCC-JOB # _SC20_

| | |
|---|---|
| SERVICE CONTRACT ☐ | JOB SERVICE ☐ GUARANTEE ☐ C.O.D. ☐ BILLING ☒ |

BLDG. NO. _____

FLOOR NO. _3_

NAME _Maryknoll_

WING _Chapel Prep Room_

ADDRESS _39 st_

UNIT TAG _____

CITY _New York_ STATE _NY_ ZIP _____

_Package Terminal heat Pump_

TEL. NO. _____

| MAKE | MODEL | SERIAL | MFG. |
|---|---|---|---|
| Window Unit (Heat Pump) | PBH093A35MA | 0604783006 | Amana |

COMPLAINT OR ORDER: _Preventative maintenance_

| SERVICE WORK COMPLETED | YES ☒ NO ☐ | PARTS REQUIRED | YES ☐ NO ☒ |
|---|---|---|---|

Checked operations of unit. Cleaned filter. Checked T-stat + electrical connections. Checked coil. Checked heat mode. Checked cooling mode. Checked air temps. unit operates properly. _Inv. 8906_

| Parts List | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Parts Ordering Information | Date 9/30/08 | Names _Burell_ | hrs@ 118 | 59.00 |
|---|---|---|---|---|
| | Date | Names | hrs@ | |
| | Date | Names | hrs@ | |
| | Total | | | 59.00 |
| | Tax | | | 0.00 |
| | Total Amount Due | | | 59.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN. (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

**CUSTOMER OR AUTHORIZED SIGNATURE** _____ **PRINT NAME** _____

# RICHARDS CONDITIONING CORP.

Maryknoll

Mechanical Contractors - Design, Engineering, Installation
Air Conditioning • Heating • Ventilation

70 MARBLEDALE ROAD • TUCKAHOE, NY 10707
Office: (914) 337-0300 • Fax: (914) 337-5404
rcc@richardscondtioning.com

NO. **35557**

Ticket Date ___
Vendor ___
P.O. # ___
Old Ticket No. ___

Time of Day ___  Outside Air Temp. ___
ACC-JOB # _5L20_

SERVICE CONTRACT ☐  JOB SERVICE ☐  GUARANTEE ☐  C.O.D. ☐  BILLING ☒

BLDG. NO. ___
FLOOR NO. Roof
WING serves Toilets
UNIT TAG EF2

NAME _Maryknoll_
ADDRESS _35 St_
CITY _New York_   STATE _NY_   ZIP ___

TEL. NO. ___

| MAKE | MODEL | SERIAL | MFG. |
|------|-------|--------|------|
| Exhaust fan | 6-121A | 11060 3980710 | Greenheck |

COMPLAINT OR ORDER: Preventative Maintenance   Inv. 89071

| SERVICE WORK COMPLETED | YES ☒ NO ☐ | PARTS REQUIRED | YES ☐ NO ☒ |

Checked operation of unit. Checked fan speed control and electrical connections. Checked blower. Checked motor amps + voltages. Unit operates properly.

**Parts List**

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| Parts Ordering Information | Date 4/30/08 | Names PWatt | hrs@ 118 | 118.00 |
|---|---|---|---|---|
| | Date | Names | hrs@ | |
| | Date | Names | hrs@ | |
| | Total | | | 118.00 |
| | Tax | | | 0.00 |
| | Total Amount Due | | | 118.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

**CUSTOMER OR AUTHORIZED SIGNATURE**          **PRINT NAME**

# RICHARDS CONDITIONING CORP.

*Mechanical Contractors - Design, Engineering, Installation*
*Air Conditioning ▪ Heating ▪ Ventilation*

70 MARBLEDALE ROAD ▪ TUCKAHOE, NY 10707
Office: (914) 337-0300 ▪ Fax: (914) 337-5404
rcc@richardsconditioning.com

62409

NO **35558**

Ticket Date **9-29-08**

Vendor _____

P.O. # _____

Old Ticket No. _____

Time of Day _____ Outside Air Temp' _____

RCC JOB # _____

BLDG. NO. _____

FLOOR NO. _____

WING _____

UNIT TAG _____

TEL. NO. _____

SERVICE CONTRACT ☐  JOB SERVICE ☐  GUARANTEE ☐  C.O.D. ☐  BILLING ☒

NAME **Maryknoll**

ADDRESS **123 39th St**

CITY **New York**  STATE **NY**  ZIP _____

| MAKE | MODEL | SERIAL | MFG. |
|------|-------|--------|------|
|      |       |        |      |

COMPLAINT OR ORDER: **Travel time into Job Site**

| SERVICE WORK COMPLETED | YES ☐ | NO ☐ | PARTS REQUIRED | YES ☐ | NO ☐ |
|---|---|---|---|---|---|

Travel time in 7:00 to 8:30 - 1½hs
Travel time out 7:30 to 9:00  1½

⟨Inv. 8908

| | Date 9-29-08 | Names WP/DS | 3 | hrs@ 165 | 495.00 |
|---|---|---|---|---|---|
| | Date _____ | Names _____ | | hrs@ | |
| | Date _____ | Names _____ | | hrs@ | |
| | | | Total | | 495.00 |
| | | | Tax | | 0.00 |
| | | | Total Amount Due | | 495.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

**CUSTOMER OR AUTHORIZED SIGNATURE**  **PRINT NAME**

# RICHARDS CONDITIONING CORP.

Ticket Date 9-30-09

**Mechanical Contractors - Design, Engineering, Installation**
*Air Conditioning • Heating • Ventilation*

70 MARBLEDALE ROAD • TUCKAHOE, NY 10707
Office: (914) 337-0300 • Fax: (914) 337-5404
rcc@richardsconditioning.com

NO. 35559

50674

Vendor _____
P.O. # _____
Old Ticket No. _____

Time of Day _____
Outside Air Temp _____
ACC-JOB # SC2-0
BLDG NO _____
FLOOR NO. _____
WING _____
UNIT TAG _____
TEL NO. _____

SERVICE CONTRACT ☐   JOB SERVICE ☐   GUARANTEE ☐   C.O.D. ☐   BILLING ☒

NAME Maryknoll
ADDRESS 121 35th St.
CITY NY   STATE NY   ZIP _____

| MAKE | MODEL | SERIAL | MFG. |
|------|-------|--------|------|
| | | | |

COMPLAINT OR ORDER: Travel Time   Inv. 8909

| SERVICE WORK COMPLETED | YES ☒ | NO ☐ | PARTS REQUIRED | YES ☐ | NO ☒ |

Travel time IN From 6:30 To 7:30 Am
Travel Time Out From 7:30 To

EXPIRATION TIME   EXPIRATION DATE
AREA   MACHINE   UNIT PAID   START TIME

EXPIRATION TIME   EXPIRATION DATE
AREA   MACHINE   AMT PAID   START TIME

EXPIRATION TIME   EXPIRATION DATE

NYC DOT-BUREAU OF PARKING
DISPLAY ON DRIVER'S SIDE
OF DASHBOARD

NEW YORK CITY
DOT

| Parts Ordering Information | Date 9-30-09 | Names WF/05 | 2½ | hrs@ 165 | 412.50 |
|---|---|---|---|---|---|
| | Date _____ | Names _____ | | hrs@ | |
| | Date _____ | Names _____ | | hrs@ | |
| | Total | | | | 412.50 |
| | Tax | | | | 0.00 |
| | Total Amount Due | | | | 412.50 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION

**CUSTOMER OR AUTHORIZED SIGNATURE**     **PRINT NAME**