Aging As of Date 03-17-2011
Aging Basis Accounting date
Include Retainage? Yes
Unpaid Only? Yes
Age Finance Charges? No

| Tran Type | ID | Date | Amount | Current Column | Over 30 Column | Over 60 Column | Over 90 Column | Over 120 Column | Retainage |
|---|---|---|---|---|---|---|---|---|---|
| S-MaryKnOS Maryknoll Fathers & Brothers | | | | 914-941-7590 | | | | | |
| Invoice | SM5879 | 08-31-2007 | 553.30 | | | | | 553.30 | |
| Billed credit | 273 | 01-15-2008 | 94.31- | | | | | 94.31- | |
| Invoice | SM6832 | 01-16-2008 | 2,066.22 | | | | | 2,066.22 | |
| Invoice | SM8481 | 08-21-2008 | 457.50 | | | | | 457.50 | |
| Invoice | SM8622 | 09-26-2008 | 354.00 | | | | | 354.00 | |
| Invoice | SM9246 | 01-09-2009 | 59.00 | | | | | 59.00 | |
| Invoice | SM9598 | 04-15-2009 | 472.00 | | | | | 472.00 | |
| Invoice | SM9607 | 04-20-2009 | 118.00 | | | | | 118.00 | |
| Invoice | SM9608 | 04-20-2009 | 118.00 | | | | | 118.00 | |
| Invoice | SM9609 | 04-20-2009 | 118.00 | | | | | 118.00 | |
| Invoice | SM9610 | 04-20-2009 | 118.00 | | | | | 118.00 | |
| Invoice | SM9611 | 04-20-2009 | 354.00 | | | | | 354.00 | |
| Invoice | SM9612 | 04-20-2009 | 118.00 | | | | | 118.00 | |
| Invoice | SM9613 | 04-20-2009 | 118.00 | | | | | 118.00 | |
| Invoice | SM9614 | 04-20-2009 | 118.00 | | | | | 118.00 | |
| Invoice | SM9615 | 04-20-2009 | 236.00 | | | | | 236.00 | |
| Invoice | SM9616 | 04-20-2009 | 354.00 | | | | | 354.00 | |
| Invoice | SM9617 | 04-20-2009 | 118.00 | | | | | 118.00 | |
| Invoice | SM9622 | 04-28-2009 | 383.95 | | | | | 383.95 | |
| Invoice | SM9623 | 04-28-2009 | 118.00 | | | | | 118.00 | |
| Invoice | SM9624 | 04-28-2009 | 324.95 | | | | | 324.95 | |
| Invoice | SM9625 | 04-28-2009 | 118.00 | | | | | 118.00 | |
| Invoice | SM9639 | 04-29-2009 | 177.00 | | | | | 177.00 | |
| Invoice | SM9640 | 04-29-2009 | 177.00 | | | | | 177.00 | |
| Invoice | SM9656 | 04-30-2009 | 118.00 | | | | | 118.00 | |
| Invoice | SM9657 | 04-30-2009 | 295.00 | | | | | 295.00 | |
| Invoice | SM9659 | 04-30-2009 | 295.00 | | | | | 295.00 | |
| Invoice | SM9666 | 04-30-2009 | 550.95 | | | | | 550.95 | |
| Invoice | SM9667 | 04-30-2009 | 118.00 | | | | | 118.00 | |
| Invoice | SM9668 | 04-30-2009 | 196.95 | | | | | 196.95 | |
| Invoice | SM9672 | 04-30-2009 | 531.00 | | | | | 531.00 | |
| Invoice | SM9712 | 05-05-2009 | 823.50 | | | | | 823.50 | |
| Invoice | SM9739 | 05-11-2009 | 236.00 | | | | | 236.00 | |
| Invoice | SM9740 | 05-11-2009 | 206.95 | | | | | 206.95 | |
| Invoice | SM9741 | 05-11-2009 | 118.00 | | | | | 118.00 | |
| Invoice | SM9750 | 05-11-2009 | 236.00 | | | | | 236.00 | |
| Invoice | SM9770 | 05-14-2009 | 236.00 | | | | | 236.00 | |
| Invoice | SM9806 | 05-20-2009 | 177.00 | | | | | 177.00 | |
| Invoice | SM9807 | 05-20-2009 | 118.00 | | | | | 118.00 | |
| Invoice | SM9808 | 05-20-2009 | 177.00 | | | | | 177.00 | |
| Invoice | SM9809 | 05-20-2009 | 177.00 | | | | | 177.00 | |
| Invoice | SM9810 | 05-20-2009 | 531.00 | | | | | 531.00 | |
| Invoice | SM9811 | 05-20-2009 | 177.00 | | | | | 177.00 | |
| Invoice | SM9816 | 05-20-2009 | 236.00 | | | | | 236.00 | |
| Invoice | SM9817 | 05-20-2009 | 728.30 | | | | | 728.30 | |
| Cs cs rc | 201115 | 11-09-2007 | 215.12- | | | | | 215.12- | |
| Not Used | | 12-26-2007 | 53.00- | | | | | 53.00- | |
| Cs cs rc | 203424 | 02-01-2008 | 1,555.19- | | | | | 1,555.19- | |
| Cs cs rc | 203698 | 02-11-2008 | 701.90- | | | | | 701.90- | |
| | | Maryknoll Fathers & Brothers Totals | 10,812.05* | .00* | .00* | .00* | .00* | 10,812.05* | .00* |
| | | Report Totals | 10,812.05* | .00* | .00* | .00* | .00* | 10,812.05* | .00* |

RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-5404

Ticket Date 4/2/2009
Vendor
P.O. #
Old Ticket No.
Field Ticket#

TicketNo. 41112
Time of Day 9:00 am
RCC-Job# S100.
BLDG. NO.

UNIT TAG/WING/FLR
"M" WING COOLING TOWER

Service Contract ☐ Job Service ☐ Guarantee ☐ COD ☐ Billing ☒

Name Maryknoll Fathers & Brothers
Address 56 Ryder Rd.
City Ossining State NY Zip 10562 Tel No (914) 941-7590

| Make | Model | Serial | MFG. |
|---|---|---|---|
| Cooling Tower | VTO-155-MCX | 97121671 | BAC |

COMPLAINT OR ORDER: SV-Start Up
START UP UNIT FOR COOLING SEASON - CHECK AND CLEAN ENTIRE UNIT

alnw. 9598

REPORT: Service Work Completed YES ☐ NO ☒ Parts Required YES ☐ NO ☐

Checked and replaced all blower belts, greased motor and blower bearings, checked water feed system and louvers. Wash water basins, Installed strainers before cw pumps.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| (4) | B95 Belts (7) | | | | | | |
| (2) | B105 Belts (5) | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Ordering Information: | | | | |
|---|---|---|---|---|
| | Date: 4-2-09 | Names: WF | 4 hrs@ 118 | 472.00 |
| | Date: | Names: | hrs@ | |
| | Date: | Names: | hrs@ | |
| | Date: | Names: | hrs@ | |
| | Total: | | | 472.00 |
| | Tax: | | | 0.00 |
| | Total Amount Due: | | | 472.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature

Print Name

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-5404

Ticket Date 4/3/2008
Vendor
P.O. #
Old Ticket No.
Field Ticket#

TicketNo. 41169
Time of Day 9:00 am
RCC-Job# 5100
BLDG. NO.

UNIT TAG/WING/FLR
Pump #1 Seminary Building M wing Chiller

Service Contract ☐ Job Service ☐ Guarantee ☐ COD ☐ Billing X

Name Maryknoll Fathers & Brothers
Address 55 Ryder Rd.
City Ossining State NY Zip 10562 Tel. No (914) 941-7590

| Make | Model | Serial | MFG. |
|---|---|---|---|
| Chilled Water Circulating f | 4X4X11.5-4380-BF | 88874 | Armstrong |

COMPLAINT OR ORDER: SV-Preventative Maintenance

alnw. 9607

REPORT: Service Work Completed YES ☒ NO ☐ Parts Required YES ☐ NO ☒

Worked and cleaned entire unit, cleaned and [illegible] motor bearings, checked water seals on [illegible] greased, checked motor starter and tightened all connections, started up and unit runs properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Ordering Information: | | | | |
|---|---|---|---|---|
| | Date: 4-14-04 Names: UF | 1 | 118 hrs@ | 118.00 |
| | Date: Names: | | hrs@ | |
| | Date: Names: | | hrs@ | |
| | Date: Names: | | hrs@ | |
| | Total: | | | 118.00 |
| | Tax: | | | 0.00 |
| | Total Amount Due: | | | 118.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION

[signature]
Customer or Authorized Signature

Print Name

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-6404

Ticket Date 4/3/2009
Vendor
P.O. #
Old Ticket No.
Field Ticket#

Ticket No. 41122
Time of Day 9:00 am
RCC-Job# S100
BLDG. NO.

UNIT TAG/WING/FLR
Pump #4 Seminary Building M wing Chiller

Service Contract ☐ Job Service ☐ Guarantee ☐ COD ☐ Billing ☒

Name Maryknoll Fathers & Brothers
Address 56 Ryder Rd.
City Ossining State NY Zip 10562 Tel No (914) 941-7590

| Make | Model | Serial | MFG. |
|---|---|---|---|
| Condensor Water Circulati | 4X4X11.5 4380 BF | C98976 | Armstrong |

COMPLAINT OR ORDER: SV-Preventative Maintenance

Inv. 9608

| REPORT | Service Work Completed YES ☑ NO ☐ | Parts Required YES ☐ NO ☑ |
|---|---|---|

Tested and cleaned entire pump, checked water seals, pressure gauges & checked and greased motor bearings, cleaned and retighten all power connections at motor starter. Cleaned strainer. Started up and unit runs properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Ordering Information: | | | | |
|---|---|---|---|---|
| | Date: 4-14-09 Names: WE | 1 | 118 hrs@ | 118.00 |
| | Date: Names: | | hrs@ | |
| | Date: Names: | | hrs@ | |
| | Date: Names: | | hrs@ | |
| | Total: | | | 118.00 |
| | Tax: | | | 0.00 |
| | Total Amount Due: | | | 118.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION

Customer or Authorized Signature

Print Name

Ticket Date 4/3/2008
Vendor
P.O. #
Old Ticket No.
Field Ticket#

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe , NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-6404

TicketNo. 41196
Time of Day 9:00 am
RCC Job# S100
BLDG. NO.

UNIT TAG/WING/FLR
CT BASING HEATER

Service Contract ☐ Job Service ☐ Guarantee ☐ COD ☐ Billing

Name Maryknoll Fathers & Brothers
Address 55 Ryder Rd.
City Ossining State NY Zip 10562 Tel No (914) 941-7590

| Make | Model | Serial | MFG. |
|---|---|---|---|
| BASIN HEATER | 3KW 460 3 PHASE | | |

COMPLAINT OR ORDER. SV-Preventative Maintenance

Inv. 91009

REPORT. Service Work Completed YES ☑ NO ☐ Parts Required YES ☐ NO ☑

Checked basin heater on, checked contactor and water temperature control on, heater working properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Ordering Information: | Date: 4-14-09 | Names: WF | 1 | 118 hrs@ | 118.00 |
|---|---|---|---|---|---|
| | Date: | Names: | | hrs@ | |
| | Date: | Names: | | hrs@ | |
| | Date: | Names: | | hrs@ | |
| | Total: | | | | 118.00 |
| | Tax: | | | | 0.00 |
| | Total Amount Due: | | | | 118.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature

Print Name

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventillation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-5404

Ticket Date 4/3/2009
Vendor
P.O #
Old Ticket No.
Field Ticket#

TicketNo. 41121
Time of Day 8:00 am
RCC-Job# S100
BLDG. NO:

UNIT TAG/WING/FLR
Pump #3 Seminary Building M wing Chiller

Service Contract ☐ Job Service ☐ Guarantee ☐ COD ☐ Billing ☒

Name Maryknoll Fathers & Brothers
Address 55 Ryder Rd.
City Ossining State NY Zip 10562 Tel. No (914) 941-7590

| Make | Model | Serial | MFG. |
|---|---|---|---|
| Condenser Water Circulati | 4X4X11 5 4380 | C100686 | Armstrong |

COMPLAINT OR ORDER: SV-Preventative Maintenance

Inv. 9610

REPORT: Service Work Completed YES ☒ NO ☐ Parts Required YES ☐ NO ☒

Checked and cleaned entire pump - greased motor, cleaned water strainer, checked and retightened all connections, cleaned contactors, started up unit running properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Ordering Information: | | | | |
|---|---|---|---|---|
| | Date: 4-14-09 Names: WF | 1 | 118 hrs@ | 118.00 |
| | Date: Names: | | hrs@ | |
| | Date: Names: | | hrs@ | |
| | Date: Names: | | hrs@ | |
| | Total: | | | 118.00 |
| | Tax: | | | 0.00 |
| | Total Amount Due: | | | 118.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION

Customer or Authorized Signature

Print Name

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-6404

Ticket Date 4/3/2008
Vendor
P.O. #
Old Ticket No.
Field Ticket#

Ticket No. 41135
Time of Day 9:00 am
RCC Job# 5100
BLDG. NO.

UNIT TAG/WING/FLR
CW SAND FILTER

Service Contract ☐ Job Service ☐ Guarantee ☐ COD ☐ Billing ☒

Name: Maryknoll Fathers & Brothers
Address: 55 Ryder Rd.
City: Ossining State: NY Zip: 10562 Tel No: (914) 941-7590

| Make | Model | Serial | MFG. |
|---|---|---|---|
| SAND FILTER | SMF-CS-18-T-A | 33457 | PEP |

COMPLAINT OR ORDER: SV-Preventative Maintenance

alnw. 9611

REPORT. Service Work Completed YES ☒ NO ☐ Parts Required YES ☐ NO ☒

drained tank, checked sand still ok, checked water pump - removed and cleaned strainers checked flow controls ok, started up and bled at system and unit runs properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Ordering Information: | | | | |
|---|---|---|---|---|
| | Date: 4-14-09 Names: WF | 3 | hrs@ 118 | 354.00 |
| | Date: Names: | | hrs@ | |
| | Date: Names: | | hrs@ | |
| | Date: Names: | | hrs@ | |
| | Total: | | | 354.00 |
| | Tax: | | | 0.00 |
| | Total Amount Due: | | | 354.00 |

BY SIGNING THIS TICKET, PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

[signature]
Customer or Authorized Signature

Print Name

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-6404

Ticket Date 4/3/2009
Vendor
P.O. #
Old Ticket No.
Field Ticket#

TicketNo. 41120
Time of Day 9:00 am
RCC-Job# 5100
BLDG. NO.

UNIT TAG/WING/FLR
Pump # 2 Seminary Building M wing Chiller

Service Contract ☐ Job Service ☐ Guarantee ☐ COD ☐ Billing

Name Maryknoll Fathers & Brothers
Address 55 Ryder Rd.
City Ossining State NY Zip 10562 Tel. No (914) 941-7590

| Make | Model | Serial | MFG. |
|---|---|---|---|
| Chilled Water Circulating P | 4X4X11 5-4380-BF | 100687 | Armstrong |

COMPLAINT OR ORDER: SC Preventative Maintenance

Inv. 9618

REPORT: Service Work Completed YES ☑ NO ☐ Parts Required YES ☐ NO ☑

[handwritten] Vacuumed and cleaned entire unit, checked and greased motor bearings, checked pressure gauges and water seals, checked motor starter and retightened all connections, started up and unit runs properly

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Ordering Information: | | | | |
|---|---|---|---|---|
| | Date: 4-14-09 Names: [illegible] | 1 | hrs@ 118 | 118.00 |
| | Date: Names: | | hrs@ | |
| | Date: Names: | | hrs@ | |
| | Date: Names: | | hrs@ | |
| | Total: | | | 118.00 |
| | Tax: | | | 0.00 |
| | Total Amount Due: | | | 118.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature Print Name

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-5404

Ticket Date 4/3/2009
Vendor
P.O. #
Old Ticket No.
Field Ticket#

TicketNo. 41124
Time of Day 9:00 am
RCC-Job# 5100
BLDG. NO.

UNIT TAG/WING/FLR
Pump #2 Seminary Building L wing Chiller

Service Contract ☐ Job Service ☐ Guarantee ☐ COD ☐ Billing ☒

Name Maryknoll Fathers & Brothers
Address 55 Ryder Rd.
City Ossining State NY Zip 10562 Tel No (914) 941-7590

| Make | Model | Serial | MFG. |
|---|---|---|---|
| Chilled Water Circulating P | 2X2X8-4390 | C488396 | Armstrong |

COMPLAINT OR ORDER: SV-Preventative Maintenance

dlw, 9613

REPORT: Service Work Completed YES ☑ NO ☐ Parts Required YES ☐ NO ☑

[illegible] and cleaned entire pump - checked and greased motor bearings, checked motor starter, pilot light, retighten all connection started up and unit runs properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Ordering Information: | Date: 4-15-09 | Names: WF | 1 | 118 hrs@ | 118.00 |
|---|---|---|---|---|---|
| | Date: | Names: | | hrs@ | |
| | Date: | Names: | | hrs@ | |
| | Date: | Names: | | hrs@ | |
| | Total: | | | | 118.00 |
| | Tax: | | | | 0.00 |
| | Total Amount Due: | | | | 118.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION

Customer or Authorized Signature

Print Name

**RICHARDS CONDITIONING CORP.**

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-6404

Ticket Date 4/3/2009
Vendor
P.O. #
Old Ticket No.
Field Ticket#

TicketNo. 41123
Time of Day 8:00 am
RCC-Job# 5100
BLDG. NO.

UNIT TAG/WING/FLR
Pump #1 Seminary Building Living Chiller

Service Contract ☐ Job Service ☐ Guarantee ☐ COD ☐ Billing ☒

Name Maryknoll Fathers & Brothers
Address 55 Ryder Rd.
City Ossining State NY Zip 10562 Tel. No (914) 941-7590

| Make | Model | Serial | MFG. |
|---|---|---|---|
| Chilled Water Circulating P | 2X2X8-4380 | C489768 | Armstrong |

COMPLAINT OR ORDER: SV-Preventative Maintenance

alrw. 9614

REPORT: Service Work Completed YES ☒ NO ☐ Parts Required YES ☐ NO ☒

Checked and cleaned entire unit, checked and greased pump bearings, checked motor starter, pilot light, contactor and retighten all connections, started up unit runs properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Ordering Information: | | | | |
|---|---|---|---|---|
| | Date: 4-15-09 Names: WF | 1 | 118 hrs@ | 118.00 |
| | Date: Names: | | hrs@ | |
| | Date: Names: | | hrs@ | |
| | Date: Names: | | hrs@ | |
| | Total: | | | 118.00 |
| | Tax: | | | 0.00 |
| | Total Amount Due: | | | 118.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION

Customer or Authorized Signature Print Name

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0600 * Fax: (914) 337-5404

Ticket Date 4/2/2009
Vendor
P.O #
Old Ticket No.
Field Ticket#

Ticket No. 41176
Time of Day 9:00 am
RCC Job# S100
BLDG. NO.

UNIT TAG/WING/FLR
Seminary Building L wing

Service Contract ☐ Job Service ☐ Guarantee ☐ COD ☐ Billing ☒

Name Maryknoll Fathers & Brothers
Address 55 Ryder Rd.
City Ossining State NY Zip 10562 Tel. No (914) 941-7590

| Make | Model | Serial | MFG. |
|---|---|---|---|
| Air Cooled Chiller | 30RAN050-511N | 3904Q00394 | CARRIER |

COMPLAINT OR ORDER: SV-Preventative Maintenance

Inv. 9615

REPORT: Service Work Completed YES ☒ NO ☐ Parts Required YES ☐ NO ☒

Checked and cleaned entire unit, chemically cleaned condenser coil, checked all compressors (4) and condenser fan & blades (4), checked refrigeration system, checked controls and contactors. Unit had a pump maintenance alarm, cleared

| Quant. | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| (1) | Alkaline Cleaner | | | | | | |
| | Nacalgon | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Ordering Information: | | | | |
|---|---|---|---|---|
| | Date: 4-15-09 Names: WF | 2 hrs@ 118 | 236.00 |
| | Date: Names: | hrs@ | |
| | Date: Names: | hrs@ | |
| | Date: Names: | hrs@ | |
| | Total: | | 236.00 |
| | Tax: | | 0.00 |
| | Total Amount Due: | | 236.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN. (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION

Customer or Authorized Signature

Print Name

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-5404

Ticket Date 4/3/2008
Vendor
P.O. #
Old Ticket No.
Field Ticket#

TicketNo. 41174
Time of Day 8:00 am
RCC-Job# S100
BLDG. NO.

UNIT TAG/WING/FLR
CHILLER M-WING (155-TON)

Service Contract ☐ Job Service ☐ Guarantee ☐ COD ☐ Billing ☒

Name Maryknoll Fathers & Brothers
Address 55 Ryder Rd.
City Ossining State NY Zip 10562 Tel. No (914) 941-7590

| Make | Model | Serial | MFG. |
|---|---|---|---|
| Water Cooled Chiller | WHR155EW27 | 58J814150 | McQuay |

COMPLAINT OR ORDER: S/A Preventative Maintenance

Inv. 9616

REPORT: Service Work Completed YES ☑ NO ☐ Parts Required YES ☐ NO ☒

[illegible handwriting] and cleaned system, checked compressors [illegible] crankcase heaters [illegible] checked oil level [illegible] checked refrigeration systems [illegible] checked all contactors and [illegible] [illegible] checked controls [illegible] started [illegible] and chiller runs properly. Note: chilled water [illegible] pressure actuator is bad [illegible] will replace.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Ordering Information: | | | | |
|---|---|---|---|---|
| | Date: 4-15-09 Names: WF | 3 | hrs@ 118 | 354.00 |
| | Date: Names: | | hrs@ | |
| | Date: Names: | | hrs@ | |
| | Date: Names: | | hrs@ | |
| | Total: | | | 354.00 |
| | Tax: | | | 0.00 |
| | Total Amount Due: | | | 354.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN. (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 30 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature

Print Name

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventillation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-8404

Ticket Date 4/3/2009
Vendor
P.O. #
Old Ticket No.
Field Ticket#

Ticket No. 41190
Time of Day 9:00 am
RCC-Job# S100
BLDG. NO.

UNIT TAG/WING/FLR
CHW EXPANSION TANK

Service Contract ☐ Job Service ☐ Guarantee ☐ COD ☐ Billing ☒

Name Maryknoll Fathers & Brothers
Address 55 Ryder Rd.
City Ossining State NY Zip 10562 Tel No (914) 941-7590

| Make | Model | Serial | MFG. |
|---|---|---|---|
| Expansion Tank | JSXR-25-008 | | JOHN WOODS |

COMPLAINT OR ORDER: SV-Preventative Maintenance

Inv. 9617

REPORT: Service Work Completed YES ☑ NO ☐ Parts Required YES ☐ NO ☑

[illegible] and drained entire tank, checked side glass and valves ok, checked air ok. [illegible] properly. [illegible]

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Ordering Information: | | | | |
|---|---|---|---|---|
| | Date: 4-15-09 | Names: WF | 1 hrs@ 118 | 118.00 |
| | Date: | Names: | hrs@ | |
| | Date: | Names: | hrs@ | |
| | Date: | Names: | hrs@ | |
| | Total: | | | 118.00 |
| | Tax: | | | 0.00 |
| | Total Amount Due: | | | 118.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature

Print Name

# RICHARDS CONDITIONING CORP.

Mechanical Contractors Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-0404

Ticket Date 4/3/2009
Vendor
P.O. #
Old Ticket No.
Field Ticket#

Ticket No. [illegible]
Time of Day 9:00 am
REC Job# S100
BLDG. NO.
UNIT TAGGING/FLR
CHILLER (ST. THERESA)

Service Contract ☐ Job Service ☐ Guarantee ☐ COD ☐ Billing

Name Maryknoll Fathers & Brothers
Address 50 Ryder Rd.
City Ossining State NY Zip 10562 Tel. No. (914) 941-7590

| Make | Model | Serial | MFG |
|---|---|---|---|
| Air Cooled Chiller | ALPR025E | 57A8502802 | McQuay |

COMPLAINT OR ORDER: SV-Preventative Maintenance

a line 9622

REPORT: Service Work Completed YES ☒ NO ☐ Parts Required YES ☐ NO ☒

Checked and cleaned entire chiller, checked refrigeration system, compressor, condenser fans and safety, chemically cleaned power washed condenser coils, checked operation pressures, oil flow switch ok, started up and chiller runs properly

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| 1) | Gallon Cleaner Degreaser | | 29.95 | | | | |

Ordering Information:

| Date: | Names: | | hrs@ | |
|---|---|---|---|---|
| 4-22-09 | WT | 3 | 118 | 354.00 |
| | | | | |
| | | | | |
| | | | | |

Total: 383.95
Tax: 0.00
Total Amount Due: 383.95

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER (3) PAYMENT IS DUE 15 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature

Print Name

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-0404

Ticket Date 4/3/2008
Vendor
P.O. #
Old Ticket No.
Field Ticket#

Ticket No. [illegible]
Time of Day 9:00 am
RCC Job# S100
BLDG. NO.
UNIT TAG/NUMBER
CHWP #1 ST THERESA

Service Contract ☐ Job Service ☐ Guarantee ☐ COD ☐ Billing

Name Maryknoll Fathers & Brothers
Address 55 Ryder Rd.
City Ossining State NY Zip 10562 Tel. No (914) 941-7590

| Make | Model | Serial | MFG. |
|---|---|---|---|
| Chilled Water Circulating P | | | |

COMPLAINT OR ORDER: SV-Preventative Maintenance

Inv. 9623

REPORT: Service Work Completed YES ☑ NO ☐ Parts Required YES ☐ NO ☑

travel and cleaned entire pump checked oil greased motor bearings checked rotor stator tightened all connections started up and [illegible] runs properly

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Ordering Information:

| Date | Names | | hrs | |
|---|---|---|---|---|
| 4-23-08 | WF | 1 | 118 | 118.00 |
| | | | | |
| | | | | |
| | | | | |

Total: 118.00
Tax: 0.00
Total Amount Due: 118.00

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION

Customer or Authorized Signature

Print Name

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-5404

Ticket Date 6/20/2008
Vendor
P.O.#
Old Ticket No.
Field Ticket#

Ticket No. [illegible]
Time of Day [illegible]
REC. Job# S100
BLDG NO. [illegible]

Service Contract ☐ Job Service ☐ Guarantee ☐ COD ☐ Billing ☐

COPY 2

Name Maryknoll Fathers & Brothers
Address 60 Ryder Rd.
City Ossining State NY Zip 10562 Tel. No. [illegible]

| Make | Model | Serial | [illegible] |
|---|---|---|---|
| Armstrong | 4X4X11.5BF | 100686 | |

COMPLAINT OR ORDER: SV-Miscellaneous
Pump not working [illegible]

REPORT: Service Work Completed YES ☑ NO ☐ Parts Required YES ☐ NO ☐

Cleaned entire unit, found pump not [illegible] water to cooling tower [illegible] chiller on high head [illegible] strainers it was full with [illegible]

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Ordering Information: | | | | |
|---|---|---|---|---|
| | Date: [illegible] | Names: [illegible] | hrs@ [illegible] | 177.00 |
| | Date: | Names: | hrs@ | |
| | Date: | Names: | hrs@ | |
| | Date: | Names: | hrs@ | |
| | Total: | | | 177.00 |
| | Tax: | | | [illegible] |
| | Total Amount Due: | | | [illegible] |

BY SIGNING THIS TICKET, PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND/OR INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

[signature]

Customer or Authorized Signature

Print Name

**RICHARDS CONDITIONING CORP.**
Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-

Ticket Date 6/20/2008
Vendor
P.O. #
Old Ticket No.
Field Ticket#

Ticket No.:
Time of Day:
RCC Job #:
BLDG. NO.:

Service Contract ☐ Job Service ☐ Guarantee ☐ COD ☐ Billing X

Name Maryknoll Fathers & Brothers
Address 55 Ryder Rd.
City Ossining State NY Zip 10562 Tel. No.

| Make | Model | Serial |
|---|---|---|
| Aurora | 4X4X11 SBF | 100683 |

COMPLAINT OR ORDER SV-Miscellaneous
Check pump operation

REPORT: Service Work Completed YES ☑ NO ☐ Parts Required

Check entire pump - Checked and strainer, it was full of [illegible] removed and cleaned, [illegible] running properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Ordering Information:

Date: 4-27-09 Names: [illegible]
Date: Names:
Date: Names:
Date: Names:

Total: 172.00
Tax: 0.00
Total Amount Due: 172.00

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK WAS PERFORMED AND PARTS INSTALLED AS STATED HEREIN. (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature

Print Name

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-[illegible]

Ticket No. [illegible]
Time of Day [illegible]
[illegible] 5108
BLDG NO. [illegible]

Ticket Date 8/20/2008
Vendor
P.O. #
Old Ticket No.
Field Ticket

Chiller [illegible]
M Wing Chiller

Service Contract ☐ Job Service ☐ Guarantee ☐ COD ☐ Billing

Name Maryknoll Fathers & Brothers
Address 55 Ryder Rd.
City Ossining State NY Zip 10562

| Make | Model | Serial | MFG |
|---|---|---|---|
| McQuay | | | |

COMPLAINT OR ORDER: SV-Miscellaneous

Complete chiller start up -

| REPORT: | Service Work Completed YES ☒ NO ☐ | Parts Required YES ☐ NO ☐ |
|---|---|---|

Completed system start up + [illegible]
Unit works properly

[illegible] 4656

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Ordering Information: | | | |
|---|---|---|---|
| | Date 4-27-09 Names: WF | [illegible] hrs@ | 1186.00 |
| | Date: Names: | hrs@ | |
| | Date: Names: | hrs@ | |
| | Date: Names: | hrs@ | |
| | Total: | | 1186.00 |
| | Tax: | | [illegible] |
| | Total Amount Due: | | 1186.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND/OR INSTALLED AS STATED HEREON (2) THE WORK WAS PERFORMED ON A TIME AND MATERIAL BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature

Print Name:

## RICHARDS CONDITIONING CORP.
Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-0404

Ticket No:  44180
Time of Day:  8:00am
RCC Job #  5100
BLDG. NO.

Ticket Date  4/3/2009
Vendor
P.O. #
Old Ticket No.
Field Ticket #

Service Contract ☐   Job Service ☐   Guarantee ☐   COD ☐   Billing ☐

Name   Maryknoll Fathers & Brothers
Address   55 Ryder Rd.
City   Ossining   State   NY   Zip 10562   Tel. No. (914) 941-7590

| Make | Model | Serial | MFGR |
|---|---|---|---|
| AIR HANDLING UNIT | DE2400-CSE1 | 304373-001 | |

**COMPLAINT OR ORDER:**  SV-Preventative Maintenance

**REPORT:**   Service Work Completed   YES ☐   NO ☐   Parts Required

_(handwritten notes, largely illegible)_

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| (2) | B42 Belts | | | | Custodial Co. | | |
| (2) | 24 X 24 X 4 | | | | | | |
| (1) | 18 X 20 X 4 | | | | Stock | | |

**Ordering Information:**

| | Date: 4-20-09 | Names: WF | | |
|---|---|---|---|---|
| 2) B42 Assy. | Date: | Names: | | |
| 2) Contactors | Date: | Names: | | |
| FUV NAG RATNO | Date: | Names: | | |
| 42FF35AT... | Total: | | | |
| P/N 123783 P1 | Tax: | | | |
| 63 amps  24 VAC Coil | Total Amount Due: | | | |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN. (2) THE WORK PERFORMED ON/AT TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF INVOICE. IF INVOICE IS NOT SETTLED (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature                     Print Name

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design; Engineering; Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-6404

Ticket Date 4/0/2009
Vendor
O #
Old Ticket No.
Field Ticket#

Ticket No.
Time of Day
RCC Job#
BLDG NO.

Service Contract ☐ Job Service ☐ Guarantee ☐ COD ☐ Billing

Name: Maryknoll Fathers & Brothers
Address: 50 Ryder Rd.
City: Ossining State: NY Zip: 10562 Tel. No.: (914)941-7590

| Make | Model | Serial | MFG |
|---|---|---|---|
| Chilled Water Air Handler | FH290ACSEI | 378166-004 | WEBERT |

COMPLAINT OR ORDER: 3C Preventative Maintenance

REPORT: Service Work Completed YES ☑ NO ☐ Parts Required YES NO

[handwritten, largely illegible:] ... and cleaned ... air filters and belts ... checked all contactors and ... humidifier ... started up and ...

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| 2 | B42 | | | | | | |
| 3 | 24X24X4 | | | | | | |
| 1 | 18X24X4 | | | | | | |

Ordering Information:
4 B42 As Spare

| Date | Names | | |
|---|---|---|---|
| Date: [illegible] | Names: WF | [illegible] | [illegible] |
| Date: | Names: | | |
| Date: | Names: | | |
| Date: | Names: | | |

Total: [illegible]
Tax: [illegible]
Total Amount Due: [illegible]

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIAL BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 90 DAYS FROM INSTALLATION.

Customer or Authorized Signature

Print name

**RICHARDS CONDITIONING CORP.**

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-6300 * Fax: (914) 337-6404

Ticket Date 4/3/2009
Vendor
P.O. #
Old Ticket No.
Field Ticket

Ticket No.:
Time of Day:
RCC Job #:
BLDG. NO.:

Service Contract ☐ Job Service ☐ Guarantee ☐ COD ☐ Billing

Name: Maryknoll Fathers & Brothers
Address: 50 Ryder Rd.
City: Ossining State: NY Zip: 10562 Tel. No.: (914) 941-7590

| Make | Model | Serial | |
|---|---|---|---|
| ROOF TOP UNIT | 50EK-044-62320 | 1501F70039 | CARRIER |

COMPLAINT OR ORDER: SV-Preventative Maintenance

REPORT: Service Work Completed YES ☑ NO ☐ Parts Required YES ☐ NO ☐

[handwritten, largely illegible] ...and cleaned entire unit ... filters changed and replaced ... motors and blower bearings ... refrigeration ...

| Quant. | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| 2 | SV7530 | | | | [illegible] | | |
| 8 | 20x24x2 | | | | | | |

| Ordering Information: | | |
|---|---|---|
| | Date: 4/2/09 Names: [illegible] | 531.00 |
| | Date: Names: | |
| | Date: Names: | |
| | Date: Names: | |
| | Total: | 550.95 |
| | Tax: | 0.00 |
| | Total Amount Due: | 550.95 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN. (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature

Print Name

**RICHARDS CONDITIONING CORP.**
Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-5404

Ticket Date 4/3/2008
Vendor
P.O. #
Old Ticket No.
Field Ticket#

Ticket No. [illegible]
Time of Day [illegible]
RCC Job# [illegible]
BLDG. NO: [illegible]
UNIT: [illegible]
DRY COOLER PUMPS SET

Service Contract ☐ Job Service ☐ Guarantee ☐ COD ☐ Billing ☐

Name Maryknoll Fathers & Brothers
Address 55 Ryder Rd.
City Ossining State NY Zip 10562 Tel. No. [illegible]

| Make | Model | Serial | [illegible] |
|---|---|---|---|
| DUPLEX PUMP | D3Y 1.5X1X8 | I-0006 | [illegible] |

COMPLAINT OR ORDER: SV-Preventative Maintenance

REPORT: Service Work Completed YES ☒ NO ☐ Parts Required YES ☐ NO ☐

[handwritten] [illegible] and cleaned strainer [illegible] [illegible] water seals [illegible] [illegible] cleaned contactors [illegible] [illegible] [illegible] properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Ordering Information: | | | | |
|---|---|---|---|---|
| | Date: 4-17-08 | Names: [illegible] | 1 hrs@ 118 | 118.00 |
| | Date: | Names: | hrs@ | |
| | Date: | Names: | hrs@ | |
| | Date: | Names: | hrs@ | |
| | Total: | | | 118.00 |
| | Tax: | | | 0.00 |
| | Total Amount Due: | | | 118.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN. (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEY'S FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

[signature]
Customer or Authorized Signature

Print Name

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-0404

Ticket Date 4/3/2008
Vendor
P O #
Old Ticket No
Field Ticket#

Ticket No.
Time/Hr/Day
RCC Job#
BLDG NO.

Service Contract ☐ Job Service ☐ Guarantee ☐ COD ☐ Billing

Name Maryknoll Fathers & Brothers
Address 55 Ryder Rd.
City Ossining State NY Zip 10562 Tel. No: (914) [illegible]

| Make | Model | Serial | MFG |
|---|---|---|---|
| Dry Coolers | DD0650Y40 | 0088C3[illegible] | [illegible] |

COMPLAINT OR ORDER: SV-Preventative Maintenance

REPORT: Service Work Completed YES ☒ NO ☐ Parts Required YES ☐ NO ☐

[handwritten, partly illegible] ...and cleaned [illegible] condenser fans (6) and [illegible] all contactors [illegible] chemically cleaned condenser [illegible] started up and unit [illegible]

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| 5 | gallon of cleaner | | 19.95 | | | | |
| | Dry cooler | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Ordering Information | | | | |
|---|---|---|---|---|
| | Date: 4-17-08 | Names: [illegible] | hrs@ [illegible] | 1700 |
| | Date: | Names: | hrs@ | |
| | Date: | Names: | hrs@ | |
| | Date: | Names: | hrs@ | |
| | Total: | | | [illegible] |
| | Tax: | | | [illegible] |
| | Total Amount Due: | | | [illegible] |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS (1) ALL WORK HAS BEEN PERFORMED [illegible] INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER OF COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature

Print Name

TICKET DATE: 4/9/2009

**RICHARDS CONDITIONING CORP.**

MECHANICAL CONTRACTORS - DESIGN, ENGINEERING, INSTALLATION

**AIR CONDITIONING - HEATING - VENTILATION**

**70 MARBLEDALE ROAD - TUCKAHOE, NY 10707**

**OFFICE: (914) 337-0300 - FAX: (914) 337-5404**

TICKET NO. 200026

TICKET:
TIME OF DAY:
OUTSIDE AIR:
RCC-JOB#
BLDG NO. S-O-2
FLOOR NO. 4
WING:
UNIT TAG:
UNIT LOCATION: Cooling Tower

SERVICE CONTRACT ☐ JOB SERVICE ☐ GUARANTEE ☐ C.O.D. ☐ BILLING ☒

**NAME** Maryknoll
**ADDRESS**
**CITY** STATE ZIP TEL NO:

| MAKE | MODEL | SERIAL | |
|---|---|---|---|
| Baltimore Air | | | |

**COMPLAINT OR ORDER:** Complete start up of Cooling Tower Inv 9678

**REPORT:** Removed all spray nozzels and manifold and cleaned it up, Reinstalled, checked and repaired water leak on side of tower, tower is ready for start up

P.O. #
BY William DATE 4/13/09
NEW TICKET #

| MATERIALS: | | |
|---|---|---|
| (2) Spray nozzels SC/SP | | |

SERVICE WORK COMPLETE: YES ☐ NO ☐
PARTS REQUIRED: YES ☐ NO ☐
PARTS INFORMATION:

ARRIVED____ **LABOR:** 4 1/2 @ 118 531.00
COMPLETED____ **TOTAL** 531.00
**TAX:** 0.00
**TOTAL AMOUNT DUE:** 531.00

WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF ANY INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEY'S FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

[signature]

**CUSTOMER OR AUTHORIZED SIGNATURE** **PRINT NAME**

**RICHARDS CONDITIONING CORP.**
Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-5404

Ticket No. 41753
Time of Day 9:00 am
RCC-Job# 5100
BLDG. NO.
UNIT TAG/WING/FLR: COOLING TOWER (M-WING)

Ticket Date 4/29/2009
Vendor
P.O. #
Old Ticket No.
Field Ticket#

Service Contract ☐ Job Service ☐ Guarantee ☐ COD ☐ Billing A

Name Maryknoll Fathers & Brothers
Address 55 Ryder Rd.
City Ossining State NY Zip 10562 Tel No (914) 941-7590

| Make | Model | Serial | MFG. |
|---|---|---|---|
| BAC | VTO-155-MCX | 97121871 | |

COMPLAINT OR ORDER: SV-Miscellaneous
UNIT DOWN: INVESTIGATE & REPAIR

Inv. 9718

REPORT: Service Work Completed YES ☒ NO ☐ Parts Required YES ☒ NO ☐

Checked entire unit, found pumps cycling - Removed cover from tower, shut down system, found one of the manifolds ... off main, removed and support is broken, cleaned all nozzles from tower and rigged manifold temporarily ... repaired problem with water flow to M wing - ... hydraulic valve closed, manually opened and system ... properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Ordering Information: Joe 4/30/09
(1) Spray nozzle
Manifold
Order from
BAC
Baltimore Air Coil

| Date | Names | hrs@ | |
|---|---|---|---|
| 4-29-09 | WF / Rob M. | 4 1/2 hrs@ 183 | 823.50 |
| | | | |
| | | | |
| | | | |
| Total: | | | 823.50 |
| Tax: | | | 0.00 |
| Total Amount Due: | | | 823.50 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION

Customer or Authorized Signature     Print Name

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-5404

Ticket Date 4/3/2009
Vender
P.O. #
Old Ticket No.
Field Ticket#

TicketNo. 41155
Time of Day 9:00 am
RCC-Job# S100
BLDG. NO.

UNIT TAG/WING/FLR
C/U-1(SEMINARY-2ND-L-WING MEDIA CENTER)

Service Contract ☐ Job Service ☐ Guarantee ☐ COD ☐ Billing ☒

Name Maryknoll Fathers & Brothers
Address 55 Ryder Rd.
City Ossining State NY Zip 10562 Tel. No. (914) 941-7590

| Make | Model | Serial | MFG. |
|---|---|---|---|
| CONDENSING UNIT | 38ARZ008-501 | 3804G10084 | CARRIER |

COMPLAINT OR ORDER: SV-Preventative Maintenance

Inv. 9740

REPORT: Service Work Completed YES ☒ NO ☐ Parts Required YES ☐ NO ☒

Checked and cleaned entire unit, checked refrigeration system, checked and chemically cleaned condenser coil, checked contactors and condenser fan motor and blade, started up and unit runs properly

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| 1/2 | Gallon of Cleaner and Degreaser | | 29.95 | | | | |
| | | | | | | | |

| Ordering Information: | | | |
|---|---|---|---|
| | Date: 5-7-09 Names: WP | 1 hrs@ 118 | 177.00 |
| | Date: Names: | hrs@ | |
| | Date: Names: | hrs@ | |
| | Date: Names: | hrs@ | |
| | Total: | | 206.95 |
| | Tax: | | 0.00 |
| | Total Amount Due: | | 206.95 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN. (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature

Print Name

**RICHARDS CONDITIONING CORP.**
Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-6404

Ticket No. 41133
Time of Day 8:00 am
RCC-Job# S100
BLDG. NO.

Ticket Date 4/3/2009
Vendor
P.O. #
Old Ticket No.
Field Ticket#

UNIT TAG/WING/FLR
HUMID-1(SEMINARY-2ND-L-WING MEDIA)

Service Contract ☐ Job Service ☐ Guarantee ☐ COD ☐ Billing ☒

Name Maryknoll Fathers & Brothers
Address 55 Ryder Rd.
City Ossining State NY Zip 10562 Tel. No (914) 941-7590

| Make | Model | Serial | MFG. |
|---|---|---|---|
| Humidifier | NHMC050 | 8749849622100 | Nortec |

COMPLAINT OR ORDER: SV-Preventative Maintenance

x inv. 9741

REPORT: Service Work Completed YES ☑ NO ☐ Parts Required YES ☐ NO ☑

Inspected and cleaned entire unit, cleaned contactors. filled and ran humidifier canister, drained all water from canister, checked all controls on unit runs properly

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Ordering Information: | | | | |
|---|---|---|---|---|
| | Date: 5-7-09 Names: WF | 1 | 118 hrs@ | 118.00 |
| | Date: Names: | | hrs@ | |
| | Date: Names: | | hrs@ | |
| | Date: Names: | | hrs@ | |
| | Total: | | | 118.00 |
| | Tax: | | | 0.00 |
| | Total Amount Due: | | | 118.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION

Customer or Authorized Signature

Print Name

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-5404

Ticket Date 4/3/2009
Vendor
P.O. #
Old Ticket No.
Field Ticket#

TicketNo. 41167
Time of Day 9:00 am
RCC-Job# S100
BLDG. NO.

UNIT TAG/WING/FLR
Pump #2 Price Building Dry Coolers 3rd floor

Service Contract ☐ Job Service ☐ Guarantee ☐ COD ☐ Billing ☒

Inv. 9750

Name Maryknoll Fathers & Brothers
Address 55 Ryder Rd.
City Ossining State NY Zip 10562 Tel. No (914) 941-7590

| Make | Model | Serial | MFG. |
|---|---|---|---|
| Condensor Water Circulat | P296A | 0800-5153007 | INGERSOL /DRESSER |

COMPLAINT OR ORDER: SC-Preventative Maintenance
INSTALL Rebuilt Circulator Pump.

REPORT. Service Work Completed YES ☒ NO ☐ Parts Required YES ☐ NO ☒

Installed rebuilt pump - wired, checked for leaks no leaks, checked rotation ok, started up and hurt runs properly

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| (1) | P-296A Pump rebuilt by Maryknoll | | Customer Stock | | | | |

| Ordering Information: | Date: 5-5-09 | Names: CF | 2 | 118 hrs@ | 236.00 |
|---|---|---|---|---|---|
| | Date: | Names: | | hrs@ | |
| | Date: | Names: | | hrs@ | |
| | Date: | Names: | | hrs@ | |
| | Total: | | | | 236.00 |
| | Tax: | | | | 0.00 |
| | Total Amount Due: | | | | 236.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature Print Name

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-5404

Ticket No. 41142
Time of Day 9:00 am
RCC-Job# S100
BLDG. NO.

Ticket Date 4/3/2008
Vendor
P.O. #
Old Ticket No.
Field Ticket#

UNIT TAG/WING/FLR
AHU (HALLWAY-GROUND FL)

Service Contract ☐ Job Service ☐ Guarantee ☐ COD ☐ Billing X

Name Maryknoll Fathers & Brothers
Address 55 Ryder Rd.
City Ossining State NY Zip 10562 Tel. No (914) 941-7590

| Make | Model | Serial | MFG. |
|---|---|---|---|
| AIR HANDLING UNIT | VAC096E32A-A | 0007-3743 | Skymark |

COMPLAINT OR ORDER: SV-Preventative Maintenance

Inv. 9806

REPORT: Service Work Completed YES ☑ NO ☐ Parts Required YES ☐ NO ☑

[illegible] and cleaned [illegible] drain, cleaned and changed [illegible] cleaned condenser coil, it was plugged, cleaned [illegible] replaced air filters, checked & changed motor and condenser fan motor, checked refrigeration system and 2 compressors, started up at [illegible] properly

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| 4 | 14X25X2 {Customer Stock} | | | | | | |
| | | | | | | | |

| Ordering Information: | Date | Names | | | hrs@ | |
|---|---|---|---|---|---|---|
| | 5-4-08 | LT | 1 | 1 | 118 | 177.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | Total: | | | | | 177.00 |
| | Tax: | | | | | 0.00 |
| | Total Amount Due: | | | | | 177.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature

Print Name

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-5404

Ticket Date 4/3/2009
Vendor
P.O. #
Old Ticket No.
Field Ticket#

TicketNo. 41128
Time of Day 8:00 am
RCC-Job# S100
BLDG. NO

UNIT TAG/WING/FLR
RTU #2 (3RD FLR NORTH ST. THERESA)

Service Contract ☐ Job Service ☐ Guarantee ☐ COD ☐ Billing ☒

Name Maryknoll Fathers & Brothers
Address 55 Ryder Rd.
City Ossining State NY Zip 10562 Tel. No (914) 941-7590

| Make | Model | Serial | MFG. |
|---|---|---|---|
| ROOF TOP UNIT | WCH048UA300AA | C14102292 | TRANE |

COMPLAINT OR ORDER: SV-Preventative Maintenance

alum. 9807

REPORT: Service Work Completed YES ☑ NO ☐ Parts Required YES ☐ NO ☑

[illegible]ed and cleaned entire unit, checked and replaced air filters, checked blower, motor and wheel ok, checked refrigeration system, condenser fan, compressor, found defective compressor contactor replaced, started up and unit runs properly

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| (1) | 8910DPA32V14 | | | | | | |
| | 30 amps 24VAC | (C) | | | Customer (C) | | |
| | | | | | 840 cu | | |
| (2) | 16x 25 x 1 | | | | | | |

| Ordering Information: | Date: 5-4-07 | Names: WF | 1 | 118 hrs@ | 118.00 |
|---|---|---|---|---|---|
| | Date: | Names: | | hrs@ | |
| | Date: | Names: | | hrs@ | |
| | Date: | Names: | | hrs@ | |
| | Total: | | | | 118.00 |
| | Tax: | | | | 0.00 |
| | Total Amount Due: | | | | 118.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 90 DAYS FROM INSTALLATION.

Customer or Authorized Signature

Print Name

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-5404

Ticket Date 4/3/2009
Vendor
P.O #
Old Ticket No.
Field Ticket#

TicketNo. 41127
Time of Day 9:00 am
RCC-Job# S100
BLDG. NO.

UNIT TAG/WING/FLR
RTU #1 (2ND FLR SOUTH ST THERESA)

Service Contract ☐ Job Service ☐ Guarantee ☐ COD ☐ Billing ☒

Name Maryknoll Fathers & Brothers
Address 55 Ryder Rd.
City Ossining State NY Zip 10562 Tel. No (914) 941-7590

| Make | Model | Serial | MFG. |
|---|---|---|---|
| ROOF TOP UNIT | TCD060A300AA | C37107089 | |

COMPLAINT OR ORDER: SV-Preventative Maintenance

Inv. 9808

REPORT: Service Work Completed YES ☑ NO ☐ Parts Required YES ☑ NO ☐

checked and cleaned entire unit, changed and replaced air filter, checked blower and motor, needs to be replaced ASAP bad bearings. checked refrigeration system ok, checked condenser compressor and contactor, started up and unit runs properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| (8) | 16X25X1 air filter stock | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Ordering Information: [illegible] 5/5/09

1) Evaporator Motor
GE M/N 5KCP39EG414ES
3/4 hp, 1075 rpm
208/230 VAC
4.5 amps 48 FM

| | | | |
|---|---|---|---|
| Date: 5-4-09 | Names: [illegible] | 1 1/2 hrs@ 118 | 177.00 |
| Date: | Names: | hrs@ | |
| Date: | Names: | hrs@ | |
| Date: | Names: | hrs@ | |
| Total: | | | 177.00 |
| Tax: | | | 0.00 |
| Total Amount Due. | | | 177.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature

Print Name

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-5404

Ticket Date 8/20/2008
Vendor
P.O. #
Old Ticket No.
Field Ticket#

TicketNo. 30312
Time of Day 9:00 am
RCC-Job# S100
BLDG. NO.

UNIT TAG/WING/FLR

Service Contract ☐ Job Service ☐ Guarantee ☐ COD ☐ Billing ☒

Name Maryknoll Fathers & Brothers
Address 55 Ryder Rd.
City Ossining State NY Zip 10562 Tel. No (914) 941-7590

| Make | Model | Serial | MFG. |
|---|---|---|---|
| Friedrich | BU067A-CAEJ | 706853-001 | |

COMPLAINT OR ORDER: SV-Miscellaneous

Inv. 9809

REPORT: Service Work Completed YES ☒ NO ☐ Parts Required YES ☐ NO ☒

Checked and cleaned entire unit, checked and replaced air filter and blower belt, checked refrigerant system and all contactors, retightened all connections, cleaned humidifier and reheater, started and unit runs properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| (1) | 4L400 | | Customer | | | | |
| (1) | 29.5X28.5X2 | | | | | | |
| | Friedrich filter | | Stock | | | | |
| | P/N 136550P3 | | | | | | |

| Ordering information: | | | |
|---|---|---|---|
| Date: 5-4-05 | Names: WF | 1 1/2 hrs@ 118 | 177.00 |
| Date: | Names: | hrs@ | |
| Date: | Names: | hrs@ | |
| Date: | Names: | hrs@ | |
| Total: | | | 177.00 |
| Tax: | | | 0.00 |
| Total Amount Due: | | | 177.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION

Customer or Authorized Signature

Print Name

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-5404

Ticket Date 4/3/2009
Vendor
P.O. #
Old Ticket No.
Field Ticket#

Ticket No. 41129
Time of Day 9:00 am
RCC-Job# 5100
BLDG. NO.

UNIT TAG/WING/FLR
RTU #8 (3RD FLR SOUTH ST. THERESA)

Service Contract ☐ Job Service ☐ Guarantee ☐ COD ☐ Billing ☒

Name Maryknoll Fathers & Brothers
Address 55 Ryder Rd.
City Ossining State NY Zip 10562 Tel. No (914) 941-7590

| Make | Model | Serial | MFG. |
|---|---|---|---|
| ROOF TOP UNIT | WCH060A300AA | C35106581 | TRANE |

COMPLAINT OR ORDER: SV-Preventative Maintenance

Inv. 9810

REPORT: Service Work Completed YES ☒ NO ☐ Parts Required YES ☒ NO ☐

[handwritten] ...ed and cleaned entire unit, checked and rep... air filters, checked blower and found motor bearings are bad, need to replace ASAP! checked refrigeration system OK, checked condenser and coils. Unit runs properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| 3 | 16X24X1 Custom Stock | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Ordering Information:
1 Evaporator Motor
AO Smith P/N F48S9G6
OB1
3/4hp - 48 Frm 1 phase
1075 RPM 208/230
VAC

| Date | Names | | | hrs@ | |
|---|---|---|---|---|---|
| 4-3-09 | WF | 4 | 1/2 | hrs@ 118 | 531.00 |
| | | | | hrs@ | |
| | | | | hrs@ | |
| | | | | hrs@ | |

Total: 531.00
Tax: 0.00
Total Amount Due: 531.00

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature

Print Name

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-5404

Ticket Date 4/3/2009
Vendor
P.O #
Old Ticket No
Field Ticket#

TicketNo. 41179
Time of Day 8:00 am
RCC-Job# S100
BLDG. NO.

UNIT TAG/WING/FLR
Seminary BLD. Archives G wing Computer RM

Service Contract ☐ Job Service ☐ Guarantee ☐ COD ☐ Billing ☒

Name Maryknoll Fathers & Brothers
Address 55 Ryder Rd.
City Ossining State NY Zip 10562 Tel. No (914) 941-7590

| Make | Model | Serial | MFG. |
|---|---|---|---|
| AIR HANDLING UNIT | BU067ACAM | 355512001 | LIEBERT |

COMPLAINT OR ORDER: SV-Preventative Maintenance

Inv. 9811

REPORT: Service Work Completed YES ☒ NO ☐ Parts Required YES ☒ NO ☐

Checked and cleaned entire unit, changed and replaced air filter and blower belt, checked refrigeration system and all contactors, contactor for reheat 1 burned, Reheat (1) coil is burned. Checked blower and belt. Cleaned humidifier pan and [illegible] started up and client [illegible]

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| 1 | #2400 | | | | | | |
| (1) | 39.5 X 28.5 X 2 | | | | Customer Stock | | |
| | Liebert P/N | | | | | | |
| | 136550P3 | | | | | | |

Ordering Information:
(1) Reheat Coil
(1) Contactor for Reheat Coil.
(1) Emerson Motor P63PYOCK-3127 hp 1½ 1750 RPM

| | | | |
|---|---|---|---|
| Date: 4-5-09 | Names: WF | 1½ hrs@ 118 | 177.00 |
| Date: | Names: | hrs@ | |
| Date: | Names: | hrs@ | |
| Date: | Names: | hrs@ | |
| Total. | | | 177.00 |
| Tax: | | | 0.00 |
| Total Amount Due: | | | 177.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE (0 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE SELLER INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEY FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

[handwritten: 2002A5 P/N 355312-001]

Customer or Authorized Signature

Print Name

# RICHARDS CONDITIONING CORP.

Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-8404

Ticket Date 5/12/2009
Vendor
P.O. #
Old Ticket No.
Field Ticket#

Ticket No. 42069
Time of Day 9:00 am
RCC-Job# 9100
BLDG. NO.

UNIT TAG/WING/FLR
RTU #3 (3RD FLR SOUTH ST. THERESA)

Service Contract ☐ Job Service ☐ Guarantee ☐ COD ☐ Billing ☐

Name Maryknoll Fathers & Brothers
Address 55 Ryder Rd.
City Ossining State NY Zip 10562 Tel. No (914) 941-7590

| Make | Model | Serial | MFG. |
|---|---|---|---|
| ROOF TOP UNIT | WCH060A300AA | C35106581 | TRANE |

COMPLAINT OR ORDER: SV-Install New Part
INSTALL (1) SUPPLY FAN MOTOR MOT03015 (C.S.)

alw 9816

REPORT: Service Work Completed YES ☑ NO ☐ Parts Required YES ☐ NO ☑

removed old motor, I installed new one, wired [illegible] rotation, started up, checked amps on unit runs properly.

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| (1) | 3/4 hp MOTOR 208 1 ph 1075 RPM. | C/S | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Ordering Information: | Date: 5-12-09 | Names: WF | 2 | hrs@ 118 | 236.00 |
|---|---|---|---|---|---|
| | Date: | Names: | | hrs@ | |
| | Date: | Names: | | hrs@ | |
| | Date: | Names: | | hrs@ | |
| | Total: | | | | 236.00 |
| | Tax: | | | | 0.00 |
| | Total Amount Due: | | | | 236.00 |

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN. (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEY'S FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF (30) DAYS FROM INSTALLATION.

Customer or Authorized Signature

Print Name

**RICHARDS CONDITIONING CORP.**
Mechanical Contractors-Design, Engineering, Installation
Air Conditioning * Heating * Ventilation
70 Marbledale Road * Tuckahoe, NY 10707
OFFICE: (914) 337-0300 * Fax: (914) 337-5404

Ticket Date 5/12/2008
Vendor Trane Company
P.O # 104658
Old Ticket No.
Field Ticket#

TicketNo. 42057
Time of Day 9:00 am
RCC-Job# 5100
BLDG. NO.
UNIT TAG/WING/FLR

Service Contract ☐ Job Service ☐ Guarantee ☐ COD ☐ Billing ☒

Name Maryknoll Fathers & Brothers
Address 55 Ryder Rd.
City Ossining State NY Zip 10562 Tel No (914) 941-7590

| Make | Model | Serial | MFG. |
|---|---|---|---|
| | | | |

COMPLAINT OR ORDER: DELIVER PARTS
PICK UP (2) SUPPLY FAN MOTORS (P# MOT0316) FROM TRANE AND DELIVER TO SITE
(TO BE INSTALLED IN RTU-1 & 3 - ST THERESA BLDG)

Inv. 9817

REPORT: Service Work Completed YES ☐ NO ☐ Parts Required YES ☐ NO ☐

Picked up (2) new motors from trane

| Quant | Description | EA | Subtotal | Quant | Description | EA | Subtotal |
|---|---|---|---|---|---|---|---|
| 2 | Motors @ 364.149 | | 728.30 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Ordering Information: Date: 5-12-08 Names: [illegible] hrs@
Date: Names: hrs@
Date: Names: hrs@
Date: Names: hrs@

Total: 728.30
Tax: 0.00
Total Amount Due: 728.30

BY SIGNING THIS TICKET PURCHASER AGREES AS FOLLOWS: (1) ALL WORK HAS BEEN PERFORMED AND PARTS INSTALLED AS STATED HEREIN. (2) THE WORK WAS PERFORMED ON A TIME AND MATERIALS BASIS AND IS ACCEPTED BY PURCHASER. (3) PAYMENT IS DUE 10 DAYS AFTER RECEIPT OF AN INVOICE FROM SELLER. (4) PURCHASER SHALL PAY ANY AND ALL COSTS INCURRED BY SELLER IN COLLECTING ANY AMOUNTS DUE HEREUNDER, INCLUDING WITHOUT LIMITATION INTEREST ON PAST DUE AMOUNTS AND REASONABLE ATTORNEYS FEES AND EXPENSES. (5) UNLESS OTHERWISE EXPRESSLY AGREED TO, PARTS AND LABOR ARE WARRANTED FOR A PERIOD OF 30 DAYS FROM INSTALLATION.

Customer or Authorized Signature

Print Name