DEMPSEY & LANGAN
1200 Brown Street, Suite 202
Peekskill, New York 10566
(914) 737-0030

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re

    RICHARDS CONDITIONING CORP.
                            Debtor,
-------------------------------------------------------x
RICHARDS CONDITIONING CORP.
                         Plaintiff

   -against-

CATHOLIC FOREIGN MISSION SOCIETY
OF AMERICA, INC., doing business as
MARYKNOLL FATHERS AND BROTHERS

                         Defendant.
-------------------------------------------------------x

Chapter 11
Case No. 09-22525 (RDD)

Adv. Pro. No. 11-08252 (RDD)

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on April 22, 2011, a copy of the Amended Answer with Counterclaim was filed electronically and Notice thereof was sent by email to all parties by operation of the Court's electronic filing system listed on Schedule "A" attached hereto, or served by first class U.S. Mail on the Attorneys for the Debtor/Plaintiff and on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing listed on Schedule "B" attached hereto.

Dated: Peekskill, New York
       April 25, 2011

                                           DEMPSEY & LANGAN

                                           *s/ Thomas R. Langan*
                               By:_____
                                            Thomas R. Langan
                         Attorneys for Catholic Foreign Mission
                            Society of America, Inc.
                        1200 Brown Street, Suite 202
                        Peekskill, New York 10566
                        (914) 737-0030

Schedule "A"

Norman D. Alvy altablaw@optonline.net

Dawn K. Arnold darnold@rattetlaw.com

Harvey S. Barr info@bplegalteam.com, hbarr@bplegalteam.com

Hilary B. Bonial notice@bkcylaw.com

Joseph Capobianco jcapobianco@reismanpeirez.com

Donald J. Carbone dcarbone@goetzfitz.com

Danielle M. Carney dcarney@bislawfirm.com

Michael Collins D'Aries mdaries@helfandlaw.com

Carol G. Dell c.dell@hohlaw.com, c.lee@hohlaw.com

Suzanne Brooks Fertig sfertig@e-hlaw.com

Yann Geron ygeron@foxrothschild.com,
   ygeron@ecf.epiqsystems.com;jmunne@foxrothschild.com

Charles A. Gruen cgruen@gruenlaw.com

Andrew B. Helfand mdaries@helfandlaw.com,ecfbkfilings@helfandlaw.com

Dana L. Henke dhenke@bivaslaw.com

Matthew Henzi mhenzi@swappc.com

Thomas R. Langan tlangan@dempseyandlangan.com

Kevin Laurilliard laurilliard@mltw.com, chandler@mltw.com

Mark G. Ledwin mark.ledwin@wilsonelser.com

Scott A. Levin slevin@mdmc-law.com

Kenneth M. Lewis klewis@lewispllc.com

Kevin G. McMorrow kevinnyc@optonline.net

Edward R. Minson edward.minson@steinrisomantel.com

Parshhueram T. Misir pmisir@agovinoasselta.com

Louis A. Modugno lmodugno@mdmc-law.com

Denise Mondell denise.mondell@ct.gov

Martin A. Mooney mmooney@deilylawfirm.com,
    tjohnson@deilylawfirm.com;bkecfactivitynotices@deilylawfirm.com

Jeff Morgenstern jmattyatlaw@aol.com

Anne J. Penachio apenachio@pmlawllp.com;penachio.anne@gmail.com,
    fmalara@pmlawllp.com;pmbestcase@gmail.com;jraggo@pmlawllp.com

Debra Beth Pevos dpevos@swappc.com

Bonnie Lynn Pollack bpollack@cullenanddykman.com, mroseman@cullenanddykman.com

Robert L. Pryor rlp@pryormandelup.com, rpryor@epitrustee.com

Dennis E. Quaid dquaid@fagelhaber.com

Jeffrey A. Reich reichlaw@aol.com

Jerome Reisman jreisman@reismanpeirez.com

Kevin G Roe kevingroe@hotmail.com

Deborah Kall Schaal dschaal@rochester.rr.com, dschaal@gordonandschaal.com

David J. Selwocki brogers@swappc.com

Marc A. Tenenbaum mtenenbaum@vandallp.com

David L. Tillem tillemd@wemed.com

David H. Wander dhw@dmlegal.com

Schedule "B"

Cooper Union For The Advancement of Science and Art
30 Cooper Square
Eighth Floor
New York, NY 10003

F.J. Sciame Construction Co., Inc.
14 Wall Street
New York, NY 10005

Fidelity & Deposit Company of Maryland
1400 American Lane
Schaumburg, IL 60196

Jonathan Rose Companies, LLC
551 Fifth Avenue
New York, NY 10176

Neal S. Mann
New York State Attorney General's Office
120 Broadway
24th Floor
New York, NY 10271

Kristin B. Mayhew
Pepe & Hazard, LLP
30 Jelliff Lane
Southport, CT 06890

Richard C. Morrissey
Office of the U.S. Trustee
33 Whitehall Street, 21st Fl.
New York, NY 10004

M. Jacob Renick, CPA CIRA
150 Seacord Rd, Apt D-17
New Rochelle, NY 10804-3119

Ira M. Schulman
The New York Times Building
Pepper Hamilton, LLP
620 Eighth Avenue
37 th Floor
New York, NY 10018